**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Calpine Corporation, et al.,<br><br>              Debtors. | )<br>)<br>) Chapter 11<br>)<br>) Case No. 05-60200 (BRL)<br>) Jointly Administered<br>) |

**ORDER GRANTING THE DEBTORS ADDITIONAL TIME**
**WITHIN WHICH TO FILE SCHEDULES AND STATEMENTS**

Upon the motion (the "Motion")[1] of the above-captioned debtors (collectively, the "Debtors"), for entry of an order granting the Debtors additional time within which to file the Schedules and Statements; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; notice of this Motion and the opportunity for a hearing on this Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED

    1.    The Motion is granted in its entirety.

    2.    The Debtors are granted an extension of 60 days of the time provided for under Bankruptcy Rule 1007(c) to file the Schedules and Statements, which will provide the Debtors with a total of 75 days after the Petition Date to file the Schedules and Statements.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

K&E 10857506.3

3. Such extension is without prejudice to the Debtors' right to file a motion seeking a further extension.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The requirement set forth in Rule 9013-1(b) of the Local Bankruptcy Rules for the Southern District of New York that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December 21, 2005
     New York, New York                     /s/Burton R. Lifland
                                                 United States Bankruptcy Judge

K&E 10857506.3