UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re                                              :
                                                   :
                                                   :
     CALPINE CORPORATION, et. al.,        :    Case No. 05 - 60200 (BRL)
                                                   :
                                                   :
                                                   :
                           Debtor.         :
-------------------------------------------------------X         (Chapter 11)

                                                           (Jointly Administered)

**APPOINTMENT OF COMMITTEE OF**
**UNSECURED CREDITORS**

    Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtors being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

1. Wilmington Trust Co.
   520 Madison Avenue
   New York, NY 10022
   Attn: James McGinley
   Tel. No. (212) 415-0522

2. HSBC Bank USA, National Association
   10 East 40th Street
   New York, NY 10016-0200
   Attn: Sandra E. Horwitz
   Tel. No. (212) 525-1300

3. Franklin Advisers, Inc.
   One Franklin Parkway
   San Mateo, CA 94403
   Attn: Richard Kuersteiner
   Tel. No. (650) 312-4525

4. SPO Partners & Co.
591 Redwood Highway, Suite 3215
Mill Valley, CA 94941
Attn: William J. Patterson
Tel. No. (415) 383-6600

5. Amerada Hess Corporation
1185 Avenue of the Americas
New York, NY 10036
Attn: Jonathan C. Stein & Charles F. Cerria
Tel. No. (212) 536-8252

6. TransCanada Pipelines Limited,
TransCanada Pipelines Tower
450 First Street, S.W.
Calgary, Alberta
Canada
T2P 5H1
Attn: Garry Lamb
Tel. No. (403) 920-2727

7. Acadia Power Partners, LLC
2030 Donahue Ferry Road
Pineville, LA 71360
Attn: S. H. Chariton, III
Tel. No. (318) 484-7729

Dated: New York, New York
January 9, 2006

DEIRDRE A. MARTINI
UNITED STATES TRUSTEE

By: /s/ Paul Schwartzberg
PAUL SCHWARTZBERG (PKS 9129)

33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500