Michael Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Alexis Freeman (AF-0328)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re: : Chapter 11
:
Calpine Corporation, <u>et al</u>. : Case No. 05-60200 (BRL)
:
           Debtors. : (Jointly Administered)
------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR
### <u>SERVICE OF ALL PLEADINGS AND DOCUMENTS</u>

        **PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP hereby appears in the above-captioned cases as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee"), a party-in-interest herein, and enters its appearance pursuant to section 1109(b) of the Bankruptcy Code, and requests pursuant to Bankruptcy Rules 2002(i), 9007, and 9010(b) that copies of all notices given or required to be given, and all papers served or required to be served in these cases, be given to and served upon the following:

        Michael S. Stamer
        Philip C. Dublin
        Alexis Freeman
        AKIN GUMP STRAUSS HAUER & FELD LLP
        590 Madison Avenue
        New York, New York 10022-2524

(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
mstamer@akingump.com
pdublin@akingump.com
afreeman@akingump.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtors, the Debtors' estates or the Committee.

Dated:    New York, New York
January 11, 2006

AKIN GUMP STRAUSS HAUER & FELD LLP

By:   /s/ Michael S. Stamer
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Alexis Freeman (AF-0328)
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
mstamer@akingump.com
pdublin@akingump.com
afreeman@akingump.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*