```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
In re                            :   Case No. 05-60200 (BRL)
                                 :
CALPINE CORPORATION, et al.,     :
                                 :
                                 :   Chapter 11
                                 :
                    Debtor.      :   Jointly Administered
                                 :
---------------------------------x
```

**APPOINTMENT OF COMMITTEE OF
<u>EQUITY SECURITY HOLDERS</u>**

    Pursuant to Section 1102 of the Bankruptcy Code, the following equity security holders of the above-captioned debtors being among the largest equity security holders who are willing to serve are appointed to the committee of equity security holders:

1. Steelhead Partners, LLC
   PO Box 21749
   Seattle, WA 98111
   Attn: J.D. Kritser
   (206) 689-2436

2. Paul Leikert
   1535 SW 6th Ter
   Boca Raton, Fla. 33486

3. John Thomas Dolan, III
   6500 Shenandoah Drive
   Lincoln, Nebraska 68510-5159

4. Alan Ku
   2470 Holly Oak
   Danville, CA 94506

     5.    Michael Willingham
           9202 Meaux Dr.
           Houston, TX 77031

Dated:    New York, New York
           May 9, 2006

                                DIANA G. ADAMS
                                ACTING UNITED STATES TRUSTEE

                        By:  /s/ Paul Schwartzberg
                                PAUL SCHWARTZBERG (PKS 9129)
                                33 Whitehall Street, 21st Floor
                                New York, New York  10004
                                Tel. No. (212) 510-0500