CAMPEAU GOODSELL SMITH, L.C.
WILLIAM J. HEALY, #146158
38 West Santa Clara Street
San Jose, California 95113
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR CREDITOR
Robert Membreno, Trustee of SAI Trust

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) |
| CALPINE CORPORATION, et al, | ) Case No. 05-60200 (BRL) |
| | ) Jointly Administered |
| | ) |
| Debtor. | ) |

**LIMITED RESPONSE OF ROBERT MEMBRENO, TRUSTEE OF SAI TRUST TO DEBTORS' FIRST OMNIBUS OBJECTION (DUPLICATIVE CLAIMS, BENEFICIAL NOTEHOLDER CLAIMS AND EQUITY INTEREST CLAIMS)**

**TO: THE HONORABLE BURTON R. LIFLAND**
**UNITED STATES BANKRUPTCY JUDGE**.

Robert Membreno, Trustee of SAI Trust ("SAI") files this Limited Response of Robert Membreno, Trustee of SAI Trust to Debtors' First Omnibus Objection (Duplicative Claims, Beneficial Noteholder Claims and Equity Interest Claims), and in support hereof, respectfully states as follows:

1. On September 20, 2006, Calpine Corporation, et al., (the "Debtors") filed the Debtors' First Omnibus Objection (Duplicative Claims, Beneficial Noteholder Claims and Equity Interest Claims) (the "Objection").

2. By the Objection, the Debtors seek to disallow (i) Kurtzman Carlson Consultants,

LLC's ("KCC") Claim[1] No. 2800 of SAI filed against Geysers Power Company II, LLC on July 27, 2006; (ii) KCC Claim No. 2801 of SAI filed against Geysers Power I Company on July 27, 2006; (iii) KCC Claim No. 2804 of SAI filed against Calpine Geysers Company, LP on July 27, 2006; (iv) KCC Claim No. 2807 of SAI filed against Anderson Springs Energy Company on July 27, 2006; and (v) KCC Claim No. 5613 of SAI filed against Geysers Power Company, LLC on July 27, 2006, solely on the ground that such claims are exact duplicates of other claims filed by SAI against one or more of the Debtors.

3. The Objection, specifically Exhibit A to the Objection, is unclear as to which claims are to be expunged given the fact that the claim numbers referenced in the Objection are the numbers provided by KCC and are not the numbers on the official Claims Registers of each of the Debtors' cases in this Court which SAI was provided at the time of filing its claims. In addition, Exhibit A does not specify the name(s) of which debtor(s) each claim pertains and which case number(s) each claim was filed in.

4. To the extent SAI understands (i) KCC Claim No. 2800 to mean Claim No. 47 as shown on the claims register of case no. 05-60200; (ii) KCC Claim No. 2801 to mean Claim No. 48 as shown on the claims register of case no. 05-60200; (iii) KCC Claim No. 2804 to mean Claim No. 50 as shown on the claims register of case no. 05-60200; (iv) KCC Claim No. 2807 to mean Claim No. 46 as shown on the claims register of case no. 05-60200; and (v) KCC Claim No. 5613 to mean Claim No. 49 as shown on the claims register of case no. 05-60200, and that SAI maintains at least one claim against each of Calpine Corporation; Geysers Power Company II, LLC; Geysers Power I Company; Calpine Geysers Company, LP; Anderson Springs Energy Company; and Geysers Power Company, LLC; SAI does not oppose the relief sought by the Debtors.

5. SAI, however, opposes any suggestion by Debtors that its claims are valued at $0.

Dated: October 13, 2006　　　　　　　　　　　　　CAMPEAU GOODSELL SMITH

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ William J. Healy
　　　　　　　　　　　　　　　　　　　　　　　　William J. Healy
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Creditor

---

[1] KCC Claim numbers refer to the unofficial list of claims provided by KCC. All other claim numbers refer to the official Claims Register as maintained by the Bankruptcy Court