KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri (RC 6062)
Marc Kieselstein (admitted pro hac vice)
David R. Seligman (admitted pro hac vice)
Edward O. Sassower (ES 5823)
James J. Mazza, Jr. (admitted pro hac vice)
Chad J. Husnick (admitted pro hac vice)

Counsel for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **CALPINE CORPORATION, ET AL.,** | **CASE NO. 05-60200 (BRL)** |
| **DEBTORS.** | **JOINTLY ADMINISTERED** |

**SUPPLEMENT TO DEBTORS' JOINT PLAN OF REORGANIZATION
PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE**

Dated: June 20, 2007

# TABLE OF CONTENTS

**DOCUMENT**

**EXHIBIT
NUMBER**

**SOLICITATION MATERIALS**

Solicitation Procedures ........................................................................................ 1

**BANKRUPTCY DOCUMENTS**

Retained Causes of Action.................................................................................... 2

List of Entities Excepted from Certain POR Provisions........................................ 3

Contingent and Unliquidated Claims.................................................................... 4

**DOCUMENTS RELATED TO EXECUTORY CONTRACTS
AND UNEXPIRED LEASES**

Assumed Executory Contracts and Unexpired Leases .......................................... 5

Rejected Executory Contracts and Unexpired Leases ........................................... 6

Rejected Indemnification Obligations for Former Employees .............................. 7

Repudiated FERC Jurisdictional Contracts .......................................................... 8

Conditionally Assumed Executory Contracts and Unexpired Leases .................... 9

Guarantees Subject to Reinstatement.................................................................... 10

**FINANCIAL DOCUMENTS**

Liquidation Analysis............................................................................................ 11

Projections........................................................................................................... 12

**CORPORATE DOCUMENTS**

Management Equity Incentive Plan ...................................................................... 13

Director Equity Incentive Plan............................................................................. 14

Amended and Restated Bylaws of Calpine Corporation ....................................... 15

Restated Certificate of Calpine Corporation......................................................... 16

Entities To Be Merged or Eliminated ................................................................... 17