# Exhibit 1

# Solicitation Procedures

TO COME