# Exhibit 2

# Retained Causes of Action

TO COME