# Exhibit 3

# List of Entities Excepted from Certain POR Provisions

TO COME