# Exhibit 4

# Contingent and Unliquidated Claims

TO COME