# Exhibit 6

## Rejected Executory Contracts and Unexpired Leases

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 10526 | Anacapa Land Company, LLC | Tim E. and Teri L. Newman<br>5843 Weld County Rd. 51<br>Keenesburg, CO 80643 | Residential Lease Agreement | 1/1/2007 |
| 17961 | Anderson Springs Energy Company | A & G Industrial Services Inc.<br>121 Granton Dr.<br>Unit 12<br>Richmond Hill, ON L4B 3N4 Canada | Consulting Contract | 2/11/2005 |
| 12494 | Calpine Central, L.P. | Burns and Roe Enterprises Inc.<br>80 Kinderkamack Rd.<br>Oradell, NJ 07649 | Consulting Contract | 10/7/1999 |
| 24813 | Calpine Central, L.P. | CogenAmerica Morris LLC<br>50 West San Fernando St.<br>San Jose, CA 95113 | Operation and Maintenance Contract | 12/17/1999 |
| 18304 | Calpine Central, L.P. | Hoover & Keith Inc.<br>11381 Meadowglen<br>Suite 1<br>Houston, TX 77082 | Consulting Contract | 7/15/2004 |
| 24999 | Calpine Central, L.P. | IBC Ltd. Company<br>Dept. 706, 78 Marylebone High Street<br>London, W1U 5AP United Kingdom | Consulting Contract | 1/26/2004 |
| 18334 | Calpine Central, L.P. | James W. Reynolds<br>13307 St. Marys Ln.<br>Houston, TX 77079 | Consulting Contract | 3/6/2004 |
| 18314 | Calpine Central, L.P. | Mercury Environmental Services<br>6913 Hwy. 225<br>Deer Park, TX 77536 | Consulting Contract | 5/31/2005 |
| 3117 | Calpine Central, L.P. | Mercury Interactive Corporation<br>379 N. Whisman Rd.<br>Mountain View, CA 94043 | Consulting Contract | 6/1/2005 |
| 27070 | Calpine Central, L.P. | MidAmerican Energy Company<br>4299 Northwest Urbandale<br>Urbandale, IA 50322-7298 | Service Agreement | 7/18/2000 |
| 18318 | Calpine Central, L.P. | NKP Services<br>10507 Timberoak Dr.<br>Houston, TX 77043 | Consulting Contract | 7/24/2004 |
| 18326 | Calpine Central, L.P. | Prairie Land Services Inc.<br>1502 Sapphire Way<br>Sun Prairie, WI 53590 | Consulting Contract | 6/12/2005 |
| 18328 | Calpine Central, L.P. | Prejean & Company Inc.<br>9324 Westview Dr.<br>Houston, TX 77055-6423 | Consulting Contract | 2/17/2005 |
| 18329 | Calpine Central, L.P. | Process Power Plants LLC<br>6003 Parkis Mills Rd.<br>Galway, NY 12074 | Consulting Contract | 2/18/2005 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 18331 | Calpine Central, L.P. | Providence Engineering & Environmental Group LLC<br>P.O. Box 84380<br>Baton Rouge, LA  70884-4380 | Consulting Contract | 8/1/2004 |
| 18335 | Calpine Central, L.P. | RMT Inc.<br>912 Capital of Texas Hwy. S.<br>Suite 300<br>Austin, TX  78746-5210 | Consulting Contract | 8/1/2004 |
| 18336 | Calpine Central, L.P. | Saitas & Arenson<br>1122 Colorado St.<br>Suite 208<br>Austin, TX  78701 | Consulting Contract | 3/8/2005 |
| 18344 | Calpine Central, L.P. | Summit Consulting Group<br>614 N. St. Patrick St.<br>New Orleans, LA  70119 | Consulting Contract | 8/5/2004 |
| 3173 | Calpine Central, L.P. | Sun Microsystems Inc.<br>4150 Network Circle<br>Santa Clara, CA  95054 | Consulting Contract | 7/21/2005 |
| 3172 | Calpine Central, L.P. | Sun Microsystems Inc.<br>4150 Network Circle<br>Santa Clara, CA  95054 | Consulting Contract | 7/12/2005 |
| 3171 | Calpine Central, L.P. | Sun Microsystems Inc.<br>4150 Network Circle<br>Santa Clara, CA  95054 | Consulting Contract | 6/22/2005 |
| 3174 | Calpine Central, L.P. | Sun Microsystems Inc.<br>4150 Network Circle<br>Santa Clara, CA  95054 | Consulting Contract | 9/12/2005 |
| 18345 | Calpine Central, L.P. | T. Jens & T. Jens Inc.<br>18803 Whitewood Dr.<br>Spring, TX  77373-5613 | Consulting Contract | 9/9/2004 |
| 18349 | Calpine Central, L.P. | Tetradyne Inc.<br>4411 Bluebonnet Dr.<br>Suite 107<br>Stafford, TX  77477 | Consulting Contract | 8/31/2004 |
| 18529 | Calpine Corporation | Activestrategy Inc.<br>190 W. Germantown Pike<br>Suite 110<br>East Norriton, PA  19401-1385 | Consulting Contract | 10/24/2005 |
| 3126 | Calpine Corporation | Andrew F. Blumenthal, Esq.<br>250 W. 57th St.<br>Suite 332<br>New York, NY  10107 | Consulting Contract | 6/17/2004 |
| 18616 | Calpine Corporation | Arbaugh & Associates<br>726 N. 1st St.<br>P.O. Box 1070<br>Shelton, WA  98584 | Consulting Contract | 1/31/2005 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 18643 | Calpine Corporation | Atmospheric Dynamics Inc.<br>2925 Puesta Del Sol Rd.<br>Santa Barbara, CA 93105 | Consulting Contract | 6/1/2003 |
| 18642 | Calpine Corporation | Atmospheric Dynamics Inc.<br>2925 Puesta Del Sol Rd.<br>Santa Barbara, CA 93105 | Consulting Contract | 12/1/2003 |
| 3009 | Calpine Corporation | Avaya Financial Services<br>P.O. Box 465<br>Livingston, NJ 07039 | Channel Service Agreement | 12/1/2003 |
| 18688 | Calpine Corporation | Black & Veatch Corporation<br>11401 Lamar Ave.<br>Overland Park, KS 66211 | Consulting Contract | 4/8/2005 |
| 18694 | Calpine Corporation | Booz Allen Hamilton Inc.<br>101 California St.<br>Suite 3300<br>San Francisco, CA 94111 | Consulting Contract | 10/17/2005 |
| 18695 | Calpine Corporation | Borcherding & Smith Inc.<br>1200 Walnut Hill Ln.<br>Suite 1800<br>Irving, TX 75038 | Consulting Contract | 3/3/1999 |
| 18719 | Calpine Corporation | Brazil Levake Government Relations<br>P.O. Box 3014<br>Sacramento, CA 95812 | Consulting Contract | 12/31/2005 |
| 18720 | Calpine Corporation | Brazil Levake Government Relations<br>P.O. Box 3014<br>Sacramento, CA 95812 | Consulting Contract | 1/27/2005 |
| 18734 | Calpine Corporation | Bryan Field Consulting<br>777 Dynasty Dr.<br>Fairfield, CA 94534-6617 | Consulting Contract | 12/31/2004 |
| 3939 | Calpine Corporation | Business Equipment Unlimited, Inc.<br>275 Read St.<br>Portland, ME 04104 | Equipment Lease Agreement | 3/28/2003 |
| 17289 | Calpine Corporation | Business Equipment Unlimited, Inc.<br>275 Read St.<br>P.O. Box 1250<br>Portland, MA 04104 | Maintenance Agreement | 8/1/2005 |
| 18752 | Calpine Corporation | California Steel Industries Inc.<br>14000 San Bernardino Ave.<br>Fontana, CA 92335-5258 | Consulting Contract | 12/1/2004 |
| 18766 | Calpine Corporation | Cannon Law LC<br>3919 N. Riverwood Dr.<br>Provo, UT 84604 | Consulting Contract | 12/1/2003 |
| 10493 | Calpine Corporation | Canon Financial Services Inc.<br>P.O. Box 4004<br>Carol Stream, IL 60197-4004 | Lease Agreement | 5/3/2004 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 18776 | Calpine Corporation | Carter Cromwell<br>727 15th Ave.<br>Menlo Park, CA 94025 | Consulting Contract | 12/20/2004 |
| 3924 | Calpine Corporation | CIT Technology Financing Services, Inc.<br>P.O. Box 1638<br>Livingston, NJ 07039 | Lease Agreement | 5/27/2005 |
| 18816 | Calpine Corporation | Clifton Enterprises Inc.<br>351 Olympia Ave.<br>Sand City, CA 93955 | Consulting Contract | 4/12/2002 |
| 18843 | Calpine Corporation | Comsys Information Technology Services Inc.<br>Wachovia Bank<br>P.O. Box 563968<br>Charlotte, NC 28262-3966 | Consulting Contract | 10/17/2002 |
| 18854 | Calpine Corporation | Contec Systems Industrial<br>1566 Medical Dr.<br>Suite 200<br>Pottstown, PA 19464 | Consulting Contract | 12/9/2004 |
| 18882 | Calpine Corporation | Crestone Managed Services Inc.<br>1720 Windward Concourse, Suite 120<br>Alpharetta, GA 30005 | Consulting Contract | 7/23/2004 |
| 18905 | Calpine Corporation | David Evans & Associates Inc.<br>2100 SW River Pkwy.<br>Portland, OR 97201 | Consulting Contract | 11/18/2002 |
| 18911 | Calpine Corporation | DC Navigators LLC<br>901 7th St. NW<br>Suite 200<br>Washington, DC 20001 | Consulting Contract | 3/1/2004 |
| 17283 | Calpine Corporation | De Lage Landen<br>P.O. Box 41601<br>Suite 900<br>Philadelphia, PA 19101-1601 | Lease Agreement | 6/29/2004 |
| 18941 | Calpine Corporation | DOJ Consulting<br>P.O. Box 7172 201<br>Stateline, NV 89449-7172 | Consulting Contract | 1/10/2005 |
| 18942 | Calpine Corporation | Dome Tech Engineering<br>175 May St.<br>Suite 200<br>Edison, NJ 08837 | Consulting Contract | 7/24/2004 |
| 3038 | Calpine Corporation | EMC Corporation<br>176 South St.<br>Hopkinton, MA 01748 | Consulting Contract | 9/23/2004 |
| 18996 | Calpine Corporation | EMC Corporation<br>One Riverway<br>Suite 300<br>Houston, TX 77056 | Consulting Contract | 9/16/2004 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 3060 | Calpine Corporation | EMC Corporation<br>One Riverway<br>Suite 300<br>Houston, TX 77056 | Consulting Contract | 9/16/2004 |
| 19046 | Calpine Corporation | Energy Insights an IDC Company<br>5 Speen St.<br>Framingham, MA 01701 | Consulting Contract | 5/1/2005 |
| 19051 | Calpine Corporation | Energy Security Analysis Inc.<br>Integrated Energy Service<br>301 Edgewater Pl. Suite 220<br>Wakefield, MA 01880 | Consulting Contract | 4/5/2004 |
| 19075 | Calpine Corporation | ENSR<br>9521 Willows Rd. NE<br>Redmond, WA 98052 | Consulting Contract | 11/29/2000 |
| 3063 | Calpine Corporation | Entisys Solutions Inc.<br>1390 Willow Pass Rd.<br>Suite 540<br>Concord, CA 94520 | Consulting Contract | 5/1/2005 |
| 19088 | Calpine Corporation | Entisys Solutions Inc.<br>1390 Willow Pass Rd.<br>Suite 540<br>Concord, CA 94520 | Consulting Contract | 5/1/2005 |
| 19097 | Calpine Corporation | Equarius Inc.<br>500 108th Ave.<br>Suite 1820<br>Bellevue, WA 98004 | Consulting Contract | 12/30/2003 |
| 13328 | Calpine Corporation | FFICE Technology<br>N2310 East Frontage Rd.<br>Kaukauna, WI 54130 | Copier Service Agreement | 10/14/2004 |
| 19129 | Calpine Corporation | Foothill Services Inc.<br>340 August Circle<br>Menlo Park, CA 94025 | Consulting Contract | 4/5/2004 |
| 19139 | Calpine Corporation | Frank Szentmiklossy<br>59 Tuscany Hills Circle NW<br>Calgary, AB T3L 2E4 Canada | Consulting Contract | 1/1/2005 |
| 19140 | Calpine Corporation | Frank Tallerico Consulting<br>205 S. Dewitt Way<br>Yreka, CA 96097 | Consulting Contract | 9/13/2005 |
| 19146 | Calpine Corporation | Fuji Electric Corporation of America<br>1 Park Plaza<br>Suite 580<br>Irvine, CA 92614 | Consulting Contract | 2/6/2004 |
| 19211 | Calpine Corporation | Golder Associates Inc.<br>5100 W. Lemon St.<br>Suite 114<br>Tampa, FL 33609 | Consulting Contract | 1/27/2004 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 19224 | Calpine Corporation | GZA Geoenvironmental of New York<br>Two Pennsylvania Ave. 18th Fl.<br>New York, NY 10121 | Consulting Contract | 12/12/2004 |
| 19227 | Calpine Corporation | Hadden Environmental Solutions<br>4145 Alta Sierra Way<br>El Dorado Hills, CA 95762 | Consulting Contract | 4/22/2004 |
| 19229 | Calpine Corporation | Halvis Consulting Inc.<br>288 Sandalwood Close NW<br>Calgary, AB T3K4B3 Canada | Consulting Contract | 2/25/2005 |
| 19234 | Calpine Corporation | Hargrove & Associates Inc.<br>P.O. Box 6821<br>Mobile, AL 36660 | Consulting Contract | 3/8/2004 |
| 19259 | Calpine Corporation | Holzmacher McLendon & Murrell PC<br>575 Broad Hollow Rd.<br>Melville, NY 11747 | Consulting Contract | 1/27/2004 |
| 19262 | Calpine Corporation | Horn Murdock Cole<br>36992 Treasury Center<br>Chicago, IL 60694-6900 | Consulting Contract | 8/23/2005 |
| 3067 | Calpine Corporation | Idea Integration Corporation<br>1 Independent Dr.<br>Jacksonville, FL 32202 | Consulting Contract | 3/1/2005 |
| 19282 | Calpine Corporation | iFocus Consulting Inc.<br>100 39th St.<br>Suite 201<br>Astoria, OR 97103 | Consulting Contract | 12/17/2004 |
| 17299 | Calpine Corporation | Ikon Financial Services<br>1738 Bass Rd.<br>Macon, GA 31210 | Lease Agreement | 4/28/2004 |
| 17227 | Calpine Corporation | Ikon Financial Services<br>P.O. Box 9115<br>Macon, GA 31208-9115 | Master Agreement | 11/16/2005 |
| 14022 | Calpine Corporation | Ikon Financial Services<br>P.O. Box 9115<br>Macon, GA 31208-9115 | Master Product Schedule Agreement | |
| 17260 | Calpine Corporation | Ikon Financial Services<br>1738 Bass Rd.<br>Macon, GA 31210 | National Account Agreement | 7/1/2004 |
| 3076 | Calpine Corporation | Ikon Office Solutions Inc.<br>1738 Bass Rd.<br>Macon, GA 31210 | Master Maintenance Agreement | 7/1/2004 |
| 3072 | Calpine Corporation | Ikon Office Solutions Inc.<br>P.O. Box 9115<br>Macon, GA 31210 | Master Product Schedule Agreement | 9/9/2004 |
| 3073 | Calpine Corporation | Ikon Office Solutions Inc.<br>P.O. Box 9115<br>Macon, GA 31210 | Master Product Schedule Agreement | 6/30/2004 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 3074 | Calpine Corporation | Ikon Office Solutions Inc.<br>70 Valley Stream Pkwy.<br>Malvern, PA 19355-1453 | Master Service Agreement | 1/1/2005 |
| 19308 | Calpine Corporation | Ikon Office Solutions Inc.<br>General Counsel<br>70 Valley Stream Pkwy.<br>Malvern, PA 19355 | National Account Agreement | 7/1/2004 |
| 19291 | Calpine Corporation | Ikon Office Solutions Inc.<br>1738 Bass Rd.<br>Macon, GA 31210 | National Account Agreement | 7/1/2004 |
| 19288 | Calpine Corporation | Ikon Office Solutions Inc.<br>1550 Parkside Dr.<br>Walnut Creek, CA 94596 | National Account Agreement | 7/1/2004 |
| 19299 | Calpine Corporation | Ikon Office Solutions Inc.<br>31117 Wiegman Rd.<br>Hayward, CA 94544 | National Account Agreement | 7/1/2004 |
| 19293 | Calpine Corporation | Ikon Office Solutions Inc.<br>1738 Bass Rd.<br>Macon, GA 31210 | Project Agreement | 3/1/2004 |
| 19297 | Calpine Corporation | Ikon Office Solutions Inc.<br>31117 Wiegman Rd.<br>Hayward, CA 94544 | Project Agreement | 3/1/2004 |
| 19286 | Calpine Corporation | Ikon Office Solutions Inc.<br>1550 Parkside Dr.<br>Walnut Creek, CA 94596 | Project Agreement | 3/1/2004 |
| 19300 | Calpine Corporation | Ikon Office Solutions Inc.<br>810 Gears Rd.<br>Houston, TX 77067 | Project Agreement | 3/1/2004 |
| 19304 | Calpine Corporation | Ikon Office Solutions Inc.<br>810 Gears Rd.<br>Houston, TX 77067 | Project Agreement | 3/1/2004 |
| 19307 | Calpine Corporation | Ikon Office Solutions Inc.<br>General Counsel<br>70 Valley Stream Pkwy.<br>Malvern, PA 19355 | Service Agreement | 1/1/2005 |
| 19294 | Calpine Corporation | Ikon Office Solutions Inc.<br>1738 Bass Rd.<br>Macon, GA 31210 | Service Agreement | 1/1/2005 |
| 19284 | Calpine Corporation | Ikon Office Solutions Inc.<br>70 Valley Stream Pkwy.<br>Malvern, PA 19355 | Service Agreement | 3/1/2003 |
| 19287 | Calpine Corporation | Ikon Office Solutions Inc.<br>1550 Parkside Dr.<br>Walnut Creek, CA 94596 | Service Agreement | 1/1/2005 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 19301 | Calpine Corporation | Ikon Office Solutions Inc.<br>810 Gears Rd.<br>Houston, TX 77067 | Service Agreement | 1/1/2005 |
| 19290 | Calpine Corporation | Ikon Office Solutions Inc.<br>1738 Bass Rd.<br>Macon, GA 31210 | Service Agreement | 1/1/2005 |
| 19309 | Calpine Corporation | Imagitek Ltd.<br>2525 South Shore Blvd.<br>Suite 202<br>Houton, TX 77573 | Consulting Contract | 2/18/2004 |
| 19312 | Calpine Corporation | Imagitek Ltd.<br>2951 Marina Bay Dr.<br>Suite 130<br>League City, TX 77573 | Consulting Contract | 2/18/2004 |
| 19310 | Calpine Corporation | Imagitek Ltd.<br>2525 South Shore Blvd.<br>Suite 202<br>Houton, TX 77573 | Consulting Contract | 2/18/2004 |
| 19313 | Calpine Corporation | Imagitek Ltd.<br>2951 Marina Bay Dr.<br>Suite 130<br>League City, TX 77573 | Consulting Contract | 2/18/2004 |
| 3041 | Calpine Corporation | Imagitek Ltd.<br>2951 Marina Bay Dr.<br>Suite 130<br>League City, TX 77573 | Consulting Contract | 2/18/2004 |
| 19357 | Calpine Corporation | International Gas Consulting Inc.<br>3200 Wilcrest Dr.<br>Suite 450<br>Houston, TX 77042 | Consulting Contract | 11/6/2005 |
| 17304 | Calpine Corporation | IOS Capital<br>1738 Bass Rd.<br>Macon, GA 31210 | Image Management Plus Agreement | 12/4/2003 |
| 19366 | Calpine Corporation | Iris Power Engineering<br>1 Westside Dr. Unit No. 2<br>Etobicoke, ON M9C 1B2 Canada | Consulting Contract | 9/30/2004 |
| 19381 | Calpine Corporation | Jacobs Consultancy Inc.<br>5995 Rogerdale Rd.<br>Houston, TX 77072 | Consulting Contract | 1/7/2005 |
| 19384 | Calpine Corporation | John Redding<br>31 Eucalyptus Ln.<br>San Rafael, CA 94901 | Consulting Contract | 4/8/2004 |
| 19385 | Calpine Corporation | John Whalen<br>7918 Longwood Run Ln.<br>Tampa, FL 33615 | Consulting Contract | 4/1/2004 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 3108 | Calpine Corporation | Keane Inc.<br>100 City Square<br>Boston, MA 02129 | Consulting Contract | 7/1/2005 |
| 3046 | Calpine Corporation | Keane Inc.<br>100 City Square<br>Boston, MA 02129 | Consulting Contract | 7/1/2005 |
| 25229 | Calpine Corporation | Leon Van Wyhe<br>1022 Chena Pump Rd.<br>Fairbanks, AK 99709 | Consulting Contract | 6/14/2004 |
| 19426 | Calpine Corporation | Leon Van Wyhe<br>1022 Chena Pump Rd.<br>Fairbanks, AK 99709 | Consulting Contract | 11/14/2004 |
| 19430 | Calpine Corporation | LFR Inc.<br>1900 Powell St., 12th Fl.<br>Emeryville, CA 94608 | Consulting Contract | 10/1/2004 |
| 19462 | Calpine Corporation | Lumigent Technologies Inc.<br>c/o Edwards & Angell LLP<br>101 Federal St.<br>Boston, MA 02110 | Consulting Contract | 6/3/2005 |
| 19201 | Calpine Corporation | Mari Gillman<br>6670 W. Polk Pl.<br>Littleton, CO 80123 | Consulting Contract | 5/5/2004 |
| 19202 | Calpine Corporation | Mari Gillman<br>6670 W. Polk Pl.<br>Littleton, CO 80123 | Consulting Contract | 5/1/2001 |
| 19496 | Calpine Corporation | Martin Schreiber & Associates<br>2700 S. Shore Dr.<br>Suite A<br>Milwaukee, WI 53207 | Consulting Contract | 1/30/2004 |
| 3118 | Calpine Corporation | Mercury Interactive Corporation<br>379 N. Whisman Rd.<br>Mountain View, CA 94043 | Consulting Contract | 5/31/2005 |
| 19534 | Calpine Corporation | Michigan Group Inc.<br>1131 San Ysidro Dr.<br>Beverly Hills, CA 90210 | Consulting Contract | 4/13/2004 |
| 19647 | Calpine Corporation | Northwest Wildlife Consultants Inc.<br>815 NW 4th St.<br>Pendlton, OR 97801 | Consulting Contract | 3/1/2005 |
| 19653 | Calpine Corporation | OceanAir Environmental<br>7234 Chamois St.<br>Ventura, CA 93003 | Consulting Contract | 7/20/2005 |
| 19655 | Calpine Corporation | Office of James Burnett<br>3313 D'Amico St.<br>Houston, TX 77019 | Consulting Contract | 4/22/2003 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 17816 | Calpine Corporation | Oklahoma Ordinance Works Authority / Epic Mid America Corporation<br>P.O. Box 945<br>Pryor, OK 74362-0945 | Water Sales and Puchase Agreement | 9/24/1984 |
| 17303 | Calpine Corporation | Oxarc<br>1004 E. Mead Ave.<br>Yakima, WA 98903 | Rental Agreement | 3/10/2005 |
| 19739 | Calpine Corporation | Pepperweed Consulting LLC<br>9465 Counselors Row<br>Suite 200<br>Indianapolis, IN 46240 | Consulting Contract | 3/21/2005 |
| 17305 | Calpine Corporation | Pitney Bowes<br>27 Waterview Drive<br>Shelton, CT 06484-4361 | Technology Protection Plan Agreement | 3/13/2002 |
| 17306 | Calpine Corporation | Pitney Bowes<br>27 Waterview Drive<br>Shelton, CT 06484-4361 | Technology Protection Plan Agreement | 9/19/2001 |
| 19763 | Calpine Corporation | Politico Group<br>1127 11th St.<br>Suite 747<br>Sacramento, CA 95113 | Consulting Contract | 1/27/2005 |
| 19775 | Calpine Corporation | Power Resource Managers L.L.P.<br>2100 112th Ave. NE<br>Suite 100<br>Bellevue, WA 98004-2911 | Consulting Contract | 1/2/2005 |
| 19782 | Calpine Corporation | PPC Land Consultants<br>P.O. Box 1060<br>Dixon, CA 95620 | Consulting Contract | 1/15/2005 |
| 25105 | Calpine Corporation | Procera Networks Inc.<br>100 Cooper Court<br>Los Gatos, CA 95032 | Consulting Contract | 3/9/2004 |
| 19820 | Calpine Corporation | Quest Software Inc.<br>P.O. Box 51739<br>Los Angeles, CA 90051-6039 | Consulting Contract | 7/1/2002 |
| 19816 | Calpine Corporation | Quest Software Inc.<br>8001 Irvine Ctr., Dr. No. 200<br>Irvine, CA 92618 | Consulting Contract | 7/1/2002 |
| 3146 | Calpine Corporation | Quest Software Inc.<br>8001 Irvine Ctr. Dr. No. 200<br>Irvine, CA 92618 | Consulting Contract | 7/1/2002 |
| 19819 | Calpine Corporation | Quest Software Inc.<br>P.O. Box 51739<br>Los Angeles, CA 90051-6039 | Consulting Contract | 7/1/2002 |
| 19817 | Calpine Corporation | Quest Software Inc.<br>8001 Irvine Ctr., Dr. No. 200<br>Irvine, CA 92618 | Consulting Contract | 7/1/2002 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 19832 | Calpine Corporation | R. W. Beck Inc.<br>800 N. Magnolia Ave.<br>Suite 300<br>Orlando, FL 32803 | Consulting Contract | 8/15/2005 |
| 19831 | Calpine Corporation | R. W. Beck Inc.<br>800 N. Magnolia Ave.<br>Suite 300<br>Orlando, FL 32803 | Consulting Contract | 6/8/2004 |
| 19835 | Calpine Corporation | R. W. Beck Inc.<br>P.O. Box 10366<br>Corpus Christi, TX 78460-0366 | Consulting Contract | 8/15/2005 |
| 19829 | Calpine Corporation | R. W. Beck Inc.<br>14635 N. Kierland Blvd.<br>Ste 130<br>Phoenix, AZ 85254 | Consulting Contract | 8/15/2005 |
| 19841 | Calpine Corporation | Rand Worldwide<br>2701 Troy Centre Dr.<br>Suite 130<br>Troy, MI 48084 | Consulting Contract | 9/13/2004 |
| 19843 | Calpine Corporation | Rapidigm Inc.<br>361 Centennial Pkwy.<br>Suite 370<br>Louisville, CO 80027 | Consulting Contract | 12/5/2004 |
| 19861 | Calpine Corporation | Resources Connection of Texas L.P.<br>2700 Post Oak Blvd.<br>Suite 1600<br>Houston, TX 77056 | Consulting Contract | 5/11/2004 |
| 19254 | Calpine Corporation | Richard William Highlander<br>5906 Gleneagles Circle<br>San Jose, CA 95138 | Consulting Contract | 9/2/2005 |
| 19865 | Calpine Corporation | Rick Feldmann & Associates<br>6518 Briarstone Ln.<br>Spring, TX 77379 | Consulting Contract | 7/1/2005 |
| 24946 | Calpine Corporation | Ron Fischer<br>50 W. San Fernando St.<br>Suite 550<br>San Jose, CA 95113 | Consulting Contract | 8/25/2005 |
| 6995 | Calpine Corporation | Ronald Greenwell & Associates<br>10 S. Lake Drive<br>Suite 1<br>Antioch, CA 94509-2057 | Consulting Contract | 3/26/1998 |
| 19900 | Calpine Corporation | Saillant Consulting Group<br>6501 E. Belleview Ave.<br>Suite 120<br>Englewood, CO 80111-6020 | Consulting Contract | 8/26/2004 |
| 19902 | Calpine Corporation | SAS Institute Inc.<br>SAS Campus Dr.<br>Cary, NC 27513 | Consulting Contract | 1/3/2001 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 17197 | Calpine Corporation | Savin Corporation<br>2900 N. Loop West<br>Suite 100<br>Houston, TX 77092 | Customer Care Service Agreement | 4/2/2005 |
| 3162 | Calpine Corporation | Sentigy Inc.<br>Three Riverway<br>Suite 1430<br>Houston, TX 77056 | Consulting Contract | 8/24/2004 |
| 19954 | Calpine Corporation | Simons Environmental Services<br>0350 SW Dakota St.<br>Portland, OR 97201 | Consulting Contract | 4/10/2003 |
| 19964 | Calpine Corporation | Software Contracts Solutions Inc.<br>4731 Hillcrest Ave.<br>Fair Oaks, CA 95628-6143 | Consulting Contract | 6/13/2005 |
| 25159 | Calpine Corporation | Sun Microsystems Inc.<br>5 Omni Way<br>Chelmsford, MA 01824 | Consulting Contract | 11/15/2004 |
| 3176 | Calpine Corporation | Sun Microsystems Inc.<br>4150 Network Circle<br>Santa Clara, CA 95054 | Consulting Contract | 11/15/2004 |
| 25164 | Calpine Corporation | TAOS The System Administration Company<br>3970 Freedom Circle<br>Santa Clara, CA 95054 | Consulting Contract | 11/13/2000 |
| 20069 | Calpine Corporation | TMG Communications Inc.<br>1750 California Ave.<br>Suite 209<br>Corona, CA 92881 | Consulting Contract | 5/11/2004 |
| 20076 | Calpine Corporation | Top Down Consulting Inc.<br>404 Gold Mine Dr.<br>San Francisco, CA 94131 | Consulting Contract | 4/18/2005 |
| 25185 | Calpine Corporation | Turbine Technology International Inc.<br>7071 University Blvd.<br>Winter Park, FL 32792 | Consulting Contract | 3/1/2004 |
| 20134 | Calpine Corporation | TZA Water Engineers Inc.<br>12596 W. Bayaud Ave.<br>Suite 330<br>Lakewood, CO 80228 | Consulting Contract | 12/13/2001 |
| 20135 | Calpine Corporation | TZA Water Engineers Inc.<br>12596 W. Bayaud Ave.<br>Suite 330<br>Lakewood, CO 80228 | Consulting Contract | 12/13/2002 |
| 29756 | Calpine Corporation | Utility Engineering Corporation<br>500 S. Taylor St.<br>Suite 100<br>Amarillo, TX 79101-2446 | General Service Agreement | 7/14/2005 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 20186 | Calpine Corporation | Vignette Corporation<br>P.O. Box 911787<br>Dallas, TX  75391-1787 | Consulting Contract | 6/25/2004 |
| 20185 | Calpine Corporation | Vignette Corporation<br>1601 S. Mopac Expressway<br>Austin, TX  78746 | Consulting Contract | 6/25/2004 |
| 20215 | Calpine Corporation | White Wolf Land Service<br>1412 17th St.<br>Suite 560<br>Bakersfield, CA  93301 | Consulting Contract | 10/29/2002 |
| 20219 | Calpine Corporation | Windward Technologies Inc.<br>P.O. Box 18101<br>Reno, NV  89511 | IT Agreement | 1/28/2003 |
| 17230 | Calpine Corporation | Xerox Corporation<br>800 Long Ridge<br>Stamford, CT  06904 | Lease Agreement | 11/18/2005 |
| 26660 | Calpine Energy Services, L.P. | Allegheny Energy Supply Company LLC<br>4350 Northern Pike<br>Monroeville, PA  15146-2841 | EEI Master Power Purchase and Sales Agreement | 12/18/2001 |
| 26661 | Calpine Energy Services, L.P. | Allegheny Energy Supply Company LLC<br>4350 Northern Pike<br>Monroeville, PA  15146-2841 | ISDA Master Agreement | 12/20/2001 |
| 26659 | Calpine Energy Services, L.P. | Allegheny Energy Supply Company, L.L.C.<br>4350 Northern Pike<br>Monroeville, PA  15146-2841 | GISB - Base Contract for Short-Term Sale and Purchase of Natural Gas | 3/1/2001 |
| 26682 | Calpine Energy Services, L.P. | Aquila, Inc.<br>10700 E. 350 Hwy.<br>Kansas City, MO  64138 | Generator Balancing Service Agreement | 11/1/2003 |
| 20902 | Calpine Energy Services, L.P. | Barker Dunn & Rossi<br>680 American Ave.<br>Suite 302<br>King of Prussia, PA  19406 | Consulting Contract | 12/1/2004 |
| 26064 | Calpine Energy Services, L.P. | Bay Gas Storage Company, Ltd.<br>P.O. Box 1368<br>Mobile, AL  36633 | Interruptible Transport Agreement | 6/22/2004 |
| 27494 | Calpine Energy Services, L.P. | Brascan Energy Marketing Inc.<br>480 de la Cite Blvd.<br>Gatineau, QC  J8T 8R3  Canada | Transaction Confirmation - EEI Master Power Purchase and Sales Agreement | |
| 26712 | Calpine Energy Services, L.P. | California Energy Resources Schedules<br>3310 El Camino Avenue<br>Sacramento, CA  95821 | Western Systems Power Pool Agreement | |
| 28356 | Calpine Energy Services, L.P. | Canadian Hunter<br>2800 605-5th Ave. SW<br>Calgary, AB  T2P 3H5  Canada | Firm Transportation Agreement | |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 27504 | Calpine Energy Services, L.P. | Cheyenne Petroleum Company<br>c/o Holden Energy Inc.<br>Houston, TX 77077-3160 | Transaction Confirmation - Base Contract for Sale and Purchase of Natural Gas | |
| 27507 | Calpine Energy Services, L.P. | Cirro Corporation<br>4949 Hedgcoxe Road<br>Plano, TX 75024 | Transaction Confirmation - EEI Master Power Purchase and Sales Agreement | |
| 26814 | Calpine Energy Services, L.P. | Cobra Oil & Gas Corporation<br>2201 Kell Blvd.<br>Wichita Falls, TX 76308 | NAESB - Base Contract for Sale and Purchase of Natural Gas | 7/1/2003 |
| 24848 | Calpine Energy Services, L.P. | Commodity Advisory Corporation of Texas<br>9301 SW Fwy.<br>Suite 420<br>Houston, TX 77074-1509 | Consulting Contract | 10/1/2002 |
| 25980 | Calpine Energy Services, L.P. | ConocoPhillips Company<br>P.O. Box 2197<br>Houston, TX 77252-2197 | Gas Balancing Agreement | 5/1/2003 |
| 26837 | Calpine Energy Services, L.P. | Co-Steel, Inc.<br>Hopkins Street South<br>Whitby, ONT L1N 5T1 Canada | GISB - Base Contract for Short-Term Sale and Purchase of Natural Gas | 12/1/2001 |
| 26856 | Calpine Energy Services, L.P. | Dighton Power Associates Limited Partnership<br>1450 Somerset Avenue<br>Dighton, MA 02715 | EEI Master Power Purchase and Sales Agreement | 8/1/2002 |
| 26854 | Calpine Energy Services, L.P. | Dighton Power Associates Limited Partnership<br>1450 Somerset Avenue<br>Dighton, MA 02715 | GISB - Base Contract for Short-Term Sale and Purchase of Natural Gas | 11/1/2000 |
| 26898 | Calpine Energy Services, L.P. | Duke Power Company<br>P.O. Box 1006<br>Charlotte, NC 28201-1006 | Non-Firm Point-to-Point Transmission Service Agreement | 8/13/1996 |
| 25696 | Calpine Energy Services, L.P. | Duke Power Company<br>P.O. Box 1006<br>Charlotte, NC 28201-1006 | Service Agreement for Market Rate Sales | 8/1/1996 |
| 27543 | Calpine Energy Services, L.P. | Dynegy Power Marketing, Inc.<br>1000 Louisiana St.<br>Houston, TX 77002 | Transaction Confirmation - EEI Master Power Purchase and Sales Agreement | |
| 26905 | Calpine Energy Services, L.P. | E Prime<br>1099 18th Street<br>Denver, CO 80202 | GISB - Base Contract for Short-Term Sale and Purchase of Natural Gas | 1/1/2001 |
| 26915 | Calpine Energy Services, L.P. | El Paso Industrial Energy LP<br>1001 Louisiana St.<br>Houston, TX 77002 | GISB - Base Contract for Short-Term Sale and Purchase of Natural Gas | 4/1/2000 |
| 25956 | Calpine Energy Services, L.P. | Enterprise Texas Pipeline L.P.<br>P.O. Box 4324<br>Houston, TX 77210-4324 | Intrastate Interruptible Gas Transportation Agreement | 1/1/2003 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 21293 | Calpine Energy Services, L.P. | Epoch Energy Group L.P.<br>Two Allen Center<br>1200 Smith St., 16th Fl.<br>Houston, TX 77002 | Consulting Contract | 3/31/2005 |
| 26944 | Calpine Energy Services, L.P. | Erskine Energy Partners, L.P.<br>11700 Old Katy Road<br>Houston, TX 77079 | Base Contract for Sale and Purchase of Natural Gas | 8/29/2001 |
| 28126 | Calpine Energy Services, L.P. | Fried Wire Inc.<br>3209 Walnut Street<br>Boulder, CO 80301 | Software License Agreement | |
| 24957 | Calpine Energy Services, L.P. | FT Interactive Data Corporation<br>Not Found | Service Agreement | 6/1/2004 |
| 27563 | Calpine Energy Services, L.P. | Garland Power & Light Company<br>390 5th Ave.<br>New York, NY 10018 | Transaction Confirmation - EEI Master Power Purchase and Sales Agreement | |
| 21363 | Calpine Energy Services, L.P. | Global Insight USA Inc.<br>1 Adelaide St. East<br>Suite 2505<br>Toronto, ON M5C 2V9 Canada | Consulting Contract | 12/1/2003 |
| 25982 | Calpine Energy Services, L.P. | Gulfstream Natural Gas System, LLC<br>2701 N. Rocky Point Drive<br>Tampa, FL 33607 | Service Agreement - Loan | 5/15/2002 |
| 25983 | Calpine Energy Services, L.P. | Gulfstream Natural Gas System, LLC<br>2701 N. Rocky Point Drive<br>Tampa, FL 33607 | Service Agreement - Park | 5/15/2002 |
| 21405 | Calpine Energy Services, L.P. | Horn Wallace Cole & Company Ltd.<br>10375 Richmond Ave.<br>Suite 450<br>Houston, TX 77042 | Consulting Contract | 6/18/2005 |
| 27005 | Calpine Energy Services, L.P. | Houston Pipeline Company<br>1201 Louisiana St.<br>Houston, TX 77002-5600 | Interruptible Gas Transportation Agreement | 1/8/2001 |
| 27294 | Calpine Energy Services, L.P. | Hudson Light & Power Department<br>49 Forest Avenue<br>Hudson, MA 01749 | Transaction Confirmation - EEI Master Power Purchase and Sales Agreement | |
| 28150 | Calpine Energy Services, L.P. | Iconixx Corporation<br>3301 Hollister St.<br>Houston, TX 77040 | Professional Software Services Agreement | |
| 21438 | Calpine Energy Services, L.P. | Infrared Thermal Imaging Inc.<br>4302 Queenswood St.<br>Baytown, TX 77521 | Consulting Contract | 6/6/2005 |
| 27019 | Calpine Energy Services, L.P. | Innovative Technical Services, LLC<br>1555 Poydras Street<br>New Orleans, LA 70112 | EEI Master Power Purchase and Sales Agreement | 12/1/2003 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 25887 | Calpine Energy Services, L.P. | Iroquois Gas Transmission System L.P.<br>One Corporate Dr.<br>Suite 600<br>Shelton, CT 06484 | Interruptible Gas Transport Agreement | 11/10/2000 |
| 27303 | Calpine Energy Services, L.P. | Littleton Water & Light Department<br>65 Lafayette Avenue<br>Littleton, NH 03561 | Transaction Confirmation - EEI Master Power Purchase and Sales Agreement | |
| 27060 | Calpine Energy Services, L.P. | Maguire Oil Company<br>1201 Elm Street<br>Dallas, TX 75270 | GISB - Base Contract for Short-Term Sale and Purchase of Natural Gas | 11/1/2005 |
| 28176 | Calpine Energy Services, L.P. | Market Point, Inc.<br>95 Main Street<br>Los Altos, CA 94022 | Software License Agreement | |
| 28175 | Calpine Energy Services, L.P. | Market Point, Inc.<br>95 Main Street<br>Los Altos, CA 94022 | Software License Agreement | |
| 27306 | Calpine Energy Services, L.P. | Massachusetts Municipal Wholesale Electric Company<br>Moody Street<br>P.O. Box 426<br>Ludlow, MA 01056 | Transaction Confirmation - EEI Master Power Purchase and Sales Agreement | |
| 21550 | Calpine Energy Services, L.P. | Meridian Risk Management Services LLC<br>1161 Edwards Rd.<br>Cincinnati, OH 45208 | Consulting Contract | 4/16/2004 |
| 25930 | Calpine Energy Services, L.P. | Natural Gas Pipeline Company of America<br>500 Dallas St., Suite. 1000<br>Houston, TX 77001-0283 | Park and Loan Agreement | 8/1/2002 |
| 27108 | Calpine Energy Services, L.P. | Newmarket Power Company LLC<br>17 State Street, 41st Fl.<br>New York, NY 10004 | Consulting Contract | |
| 28204 | Calpine Energy Services, L.P. | ONEOK Gas Transportation, LLC<br>P.O. Box 22089<br>Tulsa, OK 74121-2089 | Service Agreement | 5/23/2000 |
| 27604 | Calpine Energy Services, L.P. | Pepco Energy Services, Inc.<br>1300 North 17th St.<br>Arlington, VA 22079 | Transaction Confirmation - EEI Master Power Purchase and Sales Agreement | 12/17/2003 |
| 27157 | Calpine Energy Services, L.P. | PG&E Energy Trading<br>P.O. Box 770000 N12E<br>San Francisco, CA 94177 | Master Agreement | 12/21/1999 |
| 27608 | Calpine Energy Services, L.P. | PG&E Energy Trading<br>P.O. Box 770000 N12E<br>San Francisco, CA 94177 | Transaction Confirmation(s) pursuant to ISDA Master Agreement | |
| 27607 | Calpine Energy Services, L.P. | PG&E Energy Trading<br>P.O. Box 770000 N12E<br>San Francisco, CA 94177 | Transaction Confirmation(s) pursuant to ISDA Master Agreement | |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 27160 | Calpine Energy Services, L.P. | Philadelphia Water Department<br>ARA Towers - 5th Fl.<br>Philadelphia, PA 19107 | Transaction Confirmation(s) pursuant to ISDA Master Agreement | |
| 26318 | Calpine Energy Services, L.P. | Philadelphia Water Department NE<br>ARA Towers - 5th Fl.<br>Philadelphia, PA 19107 | Energy Services Agreement | 6/30/1992 |
| 26018 | Calpine Energy Services, L.P. | Portland Natural Gas Transmission System<br>One Harbour Place<br>Portsmouth, NH 03801 | Park and Loan Service Agreement | 3/17/2003 |
| 21804 | Calpine Energy Services, L.P. | PricewaterhouseCoopers L.L.P.<br>1 Embankment Pl.<br>London, WC2N6RH United Kingdom | Consulting Contract | 12/10/2003 |
| 28245 | Calpine Energy Services, L.P. | Resource Data International<br>1320 Pearl Street<br>Boulder, CA 80306 | Software Subscription Agreement | |
| 25636 | Calpine Energy Services, L.P. | Romara Energy, Inc.<br>27570 Mooncrest Drive<br>Carmel, CA 93923 | Gas Purchase Agreement | 7/1/1995 |
| 25929 | Calpine Energy Services, L.P. | Sabine Hub Services Company<br>P.O. Box 4879<br>Houston, TX 77210-4781 | Master Service Arrangements Agreement | 8/27/2001 |
| 28386 | Calpine Energy Services, L.P. | Southern Natural Gas Company<br>P.O. Box 2563<br>Birmingham, AL 35202-2563 | Transportation Agreement | |
| 28284 | Calpine Energy Services, L.P. | Southwestern Power Administration<br>One West 3rd Street<br>Tulsa, OK 74103-3519 | Transmission Service Agreement | |
| 25666 | Calpine Energy Services, L.P. | Sunset Exploration, Inc.<br>10500 Brentwood Blvd.<br>Brentwood , CA 94513 | Gas Purchase Agreement | 4/1/1993 |
| 28392 | Calpine Energy Services, L.P. | Todd Jamison Ballantyne<br>P.O. Box 682<br>Rancho Mirage, CA 92270 | Gas Purchase Agreement | |
| 25650 | Calpine Energy Services, L.P. | Tri-Valley Oil & Gas Company<br>230 South Mountclair Street<br>Bakersfield, CA 93309 | Gas Purchase Agreement | 8/22/1979 |
| 28322 | Calpine Energy Services, L.P. | True Quote, LLC<br>9931 Corporate Campus Dr.<br>Louisville, KY 40223 | Software License Agreement | |
| 26234 | Calpine Freestone, LLC | Matador Operating Company<br>8340 Meadow Road<br>Dallas, TX 75231-3751 | Interconnect and Operating Pipeline Agreement | 7/17/2001 |
| 26987 | Calpine Fuels Corporation | Greenleaf Unit One Associates, Inc.<br>717 Texas Avenue<br>Houston, TX 77002 | Gas Sales Agreement | |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 26988 | Calpine Fuels Corporation | Greenleaf Unit Two Associates, Inc.<br>50 West San Fernando St.<br>San Jose, CA 95113 | Gas Sales Agreement | |
| 27079 | Calpine Fuels Corporation | Montis Niger, Incorporated<br>Three Radnor Corp. Center<br>Radnor, PA 190087-876 | Gas Sales Agreement | |
| 3932 | Calpine Kennedy Operators Inc. | Xerox Corporation<br>800 Long Ridge<br>Stamford, CT 06904 | Lease Agreement | 6/27/2001 |
| 17282 | Calpine Kennedy Operators Inc. | Xerox Corporation<br>800 Long Ridge<br>Stamford, CT 06904 | Lease Agreement | 6/27/2001 |
| 9454 | Calpine Operating Services Company, Inc. | Airgas NCN Inc.<br>6790 Florin Perkins Rd.<br>Sacramento, CA 95828 | Product Sale Agreement | 10/24/2004 |
| 22990 | Calpine Operating Services Company, Inc. | Dighton Power Associates L.P.<br>One Energy Rd.<br>North Dartmouth, MA 02747 | Operations and Maintenance Contract | 2/15/2005 |
| 3946 | Calpine Operating Services Company, Inc. | Ikon Financial Services<br>P.O. Box 650073<br>Dallas, TX 75265-0073 | Product Schedule Agreement | 4/21/2005 |
| 23445 | Calpine Operating Services Company, Inc. | Rumford Power Associates L.P.<br>One Energy Rd.<br>North Dartmouth, MA 02747 | Operations and Maintenance Contract | 2/15/2005 |
| 23562 | Calpine Operating Services Company, Inc. | Tiverton Power Associates L.P.<br>150 E. 42nd St.<br>New York, NY 10017 | Operations and Maintenance Contract | 2/15/2005 |
| 23691 | Calpine Power Management, Inc. | Energy Services Group Inc.<br>33 Riverside Dr.<br>Suite 1000<br>Pembroke, MA 02359 | Consulting Contract | 2/9/2004 |
| 23710 | Calpine Power Management, LP | Texas Retail Energy<br>2001 SE 10th St.<br>Dept. 8845<br>Bentonville, AR 72716-0550 | Service Agreement | 10/15/2004 |
| 26437 | Calpine Producer Services, L.P. | AA Production Services, Inc.<br>433 2nd St.<br>Woodland, CA 95695-4065 | Base Contract for Sales and Purchase of Natural Gas | 6/15/2003 |
| 26438 | Calpine Producer Services, L.P. | ABA Energy Corporation<br>7612 Meany Ave.<br>Bakersfield, CA 93308 | Base Contract for Sales and Purchase of Natural Gas | 6/1/2004 |
| 26450 | Calpine Producer Services, L.P. | Aspen Exploration Corporation<br>P.O. Box 22530<br>Bakersfield, CA 93390 | Base Contract for Sales and Purchase of Natural Gas | 11/1/2002 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 26451 | Calpine Producer Services, L.P. | Atlantic Oil Company<br>310 E. Colorado St.<br>Glendale, CA 91205 | Base Contract for Sales and Purchase of Natural Gas | 8/1/2002 |
| 26459 | Calpine Producer Services, L.P. | BMC, Ltd.<br>6267 Carpinteria Ave.<br>Carpinteria, CA 93013 | Transfer and Division Agreement | 9/1/2005 |
| 26464 | Calpine Producer Services, L.P. | Brigham Oil & Gas L.P.<br>6300 Bridge Point Parkway, Building 2<br>Austin, TX 78730 | Base Contract for Sales and Purchase of Natural Gas | 8/1/2004 |
| 26466 | Calpine Producer Services, L.P. | California Energy Exchange Corporation<br>2981 Gold Canal Dr.<br>Rancho Cordova, CA 95670 | Base Contract for Sales and Purchase of Natural Gas | 2/1/2003 |
| 27498 | Calpine Producer Services, L.P. | Capitol Oil Corporation<br>3838 Watt Avenue<br>Sacramento, CA 95821-2664 | Base Contract for Sales and Purchase of Natural Gas | 7/1/2003 |
| 26471 | Calpine Producer Services, L.P. | Castle Minerals, Inc.<br>45 Main Street<br>Rio Vista, CA 94571 | Base Contract for Sale and Purchase of Natural Gas | 8/1/2004 |
| 26479 | Calpine Producer Services, L.P. | Cima Energy, LLC<br>1221 McKinney St.<br>Houston, TX 77010 | Base Contract for Short-Term Sale and Purchase of Natural Gas | 5/15/2003 |
| 26480 | Calpine Producer Services, L.P. | Citigas, LLC<br>2122 Enterprise Rd.<br>Greensboro, NC 27408 | Base Contract for Sales and Purchase of Natural Gas | 5/1/2005 |
| 26486 | Calpine Producer Services, L.P. | Crystal River Oil & Gas, Inc.<br>P.O. Box 6749<br>Snowmass Village, CO 81615 | Base Contract for Sales and Purchase of Natural Gas | 12/1/2004 |
| 27432 | Calpine Producer Services, L.P. | East Texas Gas Systems<br>5718 Westheimer Rd.<br>Suite 2000<br>Houston, TX 77057 | Interruptible Transportation Service Agreement | |
| 27980 | Calpine Producer Services, L.P. | Elm Ridge Exploration Company, L.P.<br>12225 Greenville Ave.<br>Dallas, TX 75243-9362 | Base Contract for Sales and Purchase of Natural Gas | 5/1/2004 |
| 26494 | Calpine Producer Services, L.P. | Equity Oil Company<br>1700 Broadway<br>Denver, CO 80290-2300 | Base Contract for Sales and Purchase of Natural Gas | 4/1/2002 |
| 27992 | Calpine Producer Services, L.P. | Fairway Producer Services, LLC<br>1325 B East 35th Street<br>Tulsa, OK 74105 | Base Contract for Sales and Purchase of Natural Gas | 7/1/2005 |
| 26509 | Calpine Producer Services, L.P. | Hexadyne Energy Corporation<br>1400 Easton Dr.<br>Bakersfield, CA 93309 | Base Contract for Sales and Purchase of Natural Gas | 12/1/2003 |
| 26515 | Calpine Producer Services, L.P. | Ivanhoe Energy, Inc.<br>5050 California Avenue<br>Bakersfield, CA 93389 | Base Contract for Sales and Purchase of Natural Gas | 12/1/2004 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 26533 | Calpine Producer Services, L.P. | Marquez Energy, LLC<br>370 17th St.<br>Denver, CO 80202 | Base Contract for Sale and Purchase of Natural Gas | 8/1/2004 |
| 26537 | Calpine Producer Services, L.P. | Merit Energy Company<br>13727 Noel Rd.<br>Dallas, TX 75240 | Base Contract for Sale and Purchase of Natural Gas | 11/1/2004 |
| 26274 | Calpine Producer Services, L.P. | ONEOK Gas Transportation, LLC<br>P.O. Box 22089<br>Tulsa, OK 74121-2089 | Interstate Service Agreement | |
| 27446 | Calpine Producer Services, L.P. | Questar Pipeline Company<br>P.O. Box 45601<br>Oklahoma City, OK 73112 | Operational Balancing Agreement | 6/28/2002 |
| 26575 | Calpine Producer Services, L.P. | Romara Energy, Inc.<br>27570 Mooncrest Drive<br>Carmel, CA 93923 | Base Contract for Sales and Purchase of Natural Gas | 5/1/2005 |
| 26576 | Calpine Producer Services, L.P. | Romara Energy, Inc.<br>27570 Mooncrest Drive<br>Carmel, CA 93923 | Gas Purchase Agreement | 7/1/1995 |
| 26577 | Calpine Producer Services, L.P. | Royale Energy Inc.<br>7676 Hazard Center Drive<br>San Diego, CA 92108 | Base Contract for Sales and Purchase of Natural Gas | 9/5/2003 |
| 26579 | Calpine Producer Services, L.P. | Safari Production Company Inc.<br>608 Upas St.<br>McAllen, TX 78501 | Base Contract for Sales and Purchase of Natural Gas | 7/1/2005 |
| 26583 | Calpine Producer Services, L.P. | SEI Energy, LLC<br>735 Broad St.<br>Chattanooga, TN 37402 | Base Contract for Sales and Purchase of Natural Gas | 1/1/2004 |
| 27633 | Calpine Producer Services, L.P. | Shoshone Oil Corporation<br>P.O. Box 6178<br>Ventura, CA 93006-6178 | Base Contract for Sales and Purchase of Natural Gas | 12/1/2005 |
| 26594 | Calpine Producer Services, L.P. | Slawson Exploration Company<br>1625 Broadway<br>Denver, CO 80202 | Base Contract for Sales and Purchase of Natural Gas | 6/1/2004 |
| 26595 | Calpine Producer Services, L.P. | Software Experts, Inc.<br>433 Longfellow Drive<br>Highland Village, TX 75077 | Consulting Contract | |
| 26597 | Calpine Producer Services, L.P. | Source Energy Corporation<br>3555 Santoro Way<br>San Diego, CA 92130 | Base Contract for Sale and Purchase of Natural Gas | 12/1/2004 |
| 26603 | Calpine Producer Services, L.P. | Stream Energy, Inc.<br>101 Park Ave.<br>Oklahoma City, OK 73102 | Base Contract for Sales and Purchase of Natural Gas | 9/1/2004 |
| 26605 | Calpine Producer Services, L.P. | Sundance Resources Inc.<br>210 N. Hwy. 174<br>Rio Vista, TX 76093 | Base Contract for Sales and Purchase of Natural Gas | 10/14/2005 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 26606 | Calpine Producer Services, L.P. | Sunset Exploration, Inc.<br>10500 Brentwood Blvd.<br>Brentwood, CA  94513 | Base Contract for Sales and Purchase of Natural Gas | 8/1/2004 |
| 26624 | Calpine Producer Services, L.P. | The Termo Company<br>3275 Cherry Ave.<br>Long Beach, CA  90807 | Base Contract for Sales and Purchase of Natural Gas | 5/1/2005 |
| 26642 | Calpine Producer Services, L.P. | Western Continental Operating Company<br>1400 Easton Dr.<br>Bakersfield, CA  93309-9404 | Base Contract for Sales and Purchase of Natural Gas | 5/1/2005 |
| 26983 | Calpine Pryor, Inc. | G P Gypsum Corporation<br>Highway 69 A<br>Pryor, OK  74361 | Process Steam Sales Agreement | 10/1/1997 |
| 14453 | Calpine Pryor, Inc. | Ikon Office Solutions Capital<br>1738 Bass Rd.<br>Macon, GA  31210 | Image Management Agreement | 7/15/2003 |
| 23911 | Calpine Pryor, Inc. | NORIT Americas Inc.<br>Route 3<br>Box 696<br>Pryor, OK  74361 | Steam Sales Agreement | 5/17/1994 |
| 28199 | Calpine Pryor, Inc. | Oklahoma Gas and Electric Company<br>321 N. Harvey Ave.<br>Oklahoma City, OK  73102 | Power Sales Agreement | 7/7/1987 |
| 1851 | Calpine Pryor, Inc. | Oklahoma Ordinance Works Authority<br>P.O. Box 945<br>Pryor, OK  74362 | Compressed Air Sales Agreement | 9/24/1984 |
| 28200 | Calpine Pryor, Inc. | Oklahoma Ordinance Works Authority<br>P.O. Box 945<br>Pryor, OK  74362 | Steam Sales and Purchase Agreement | 9/24/1984 |
| 28230 | Calpine Pryor, Inc. | Protein Technologies International<br>P.O. Box 248<br>Pryor, OK  74362 | Thermal Energy Sales Agreement | 1/26/1990 |
| 28690 | Calpine Pryor, Inc. | Public Service Company of Oklahoma<br>P.O. Box 660164<br>Dallas, TX  75266-0164 | Electricity Purchase Agreement | 1/1/1998 |
| 28234 | Calpine Pryor, Inc. | Public Service Company of Oklahoma<br>P.O. Box 660164<br>Dallas, TX  75266-0164 | Interconnection Agreement | |
| 17201 | Clear Lake Cogeneration Limited Partnership | LightSource L.P.<br>1111 N. Loop West<br>Suite 200<br>Houston, TX  77008 | Software License Agreement | 1/9/2004 |
| 27216 | Clear Lake Cogeneration Limited Partnership | Reliant Energy HL&P<br>1000 Main St.<br>Houston, TX  77002 | Ancillary Services Agreement | |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 24060 | CPN Pipeline Company | Calpine Central L.P.<br>700 Louisiana Ave Ste 2350<br>Houston, TX 77002 | Interconnection Agreement | 3/26/2004 |
| 17267 | Dighton Power Associates Limited Partnership | Aramark Uniform Services Inc.<br>P.O. Box 20969<br>Portland, OR 97294-0969 | Allied Products Service Agreement | 7/27/2004 |
| 3972 | Dighton Power Associates Limited Partnership | Ashland Specialty Chemical Company<br>5200 Blazer Pkwy.<br>Dublin, OH 43017 | Water Cooling Treatment Agreement | 3/23/2004 |
| 17268 | Dighton Power Associates Limited Partnership | BFI Browning Ferris Industries<br>Fall River Collection District<br>P.O Box 830113<br>Baltimore, MD 21283-0113 | Service Agreement | 10/30/2003 |
| 7705 | East Altamont Energy Center, LLC | Department of Energy<br>Sierra Nevada Customer Service Region<br>114 Parkshore Dr.<br>Folsom, CA 95630-4710 | Letter of Agreement | 1/26/2004 |
| 7708 | East Altamont Energy Center, LLC | Sacramento Municipal Utility District<br>6201 S. St.<br>MS A304<br>Sacramento, CA 95852-1830 | Letter Agreement | 5/24/2002 |
| 3950 | Geysers Power Company, LLC | Pitney Bowes Credit Corporation<br>27 Waterview Drive<br>Shelton, CT 06484-4361 | Lease Agreement | 9/19/2001 |
| 12093 | Goldendale Energy Center, LLC | Calpine Energy Services, L.P.<br>717 Texas St Ste 1000<br>Houston, TX 77002 | Index Based Gas Sale and Power Purchase Agreement | 3/23/2004 |
| 12687 | Goldendale Energy Center, LLC | Calpine Operating Services Company Inc.<br>717 Texas Ave.<br>Suite 1000<br>Houston, TX 77002 | Master Operation and Maintenance Agreement | 3/23/2004 |
| 25213 | Goldendale Energy Center, LLC | Calpine Operating Services Company Inc.<br>717 Texas Ave.<br>Suite 1000<br>Houston, TX 77002 | Service Agreement | 2/2/2004 |
| 15125 | Lawrence Energy Center, LLC | American Electric Power Service Corporation<br>1 Riverside Plaza<br>Columbus, OH 43215 | Interconnection and Operation Agreement | 6/28/2002 |
| 15123 | Lawrence Energy Center, LLC | Ohio Power Company<br>825 Tech Center Dr.<br>Gahanna, OH 43230 | Interconnection and Operation Agreement | 1/18/2002 |
| 15119 | Lawrence Energy Center, LLC | Rock Hill Local School District<br>2273 Co. Rd. 26<br>Ironton, OH 45638 | Enterprise Zone Agreement | 12/18/2003 |

# The Schedule of Rejected Executory Contracts and Unexpired Leases

| Contract ID | Rejecting Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 24348 | Lone Oak Energy Center, LLC | ABB Inc.<br>202 Carnegie Center<br>Suite 100<br>Princeton, NJ 08540 | Equipment Agreement | 5/8/2001 |
| 11630 | MEP Pleasant Hill, LLC | Calpine Central L.P.<br>250 Parkway Dr.<br>Suite 380<br>Lincolnshire, IL 60069 | Second Amended and Restated Operating and Maintenance Agreement | 4/26/2004 |
| 28532 | Nissequogue Cogen Partners | State University of New York<br>717 Texas Ave.<br>Houston, TX 77002 | Operating and Maintenance Agreement | |
| 14447 | Pine Bluff Energy, LLC | Skygen Services LLC<br>650 Dundee Rd.<br>Suite 350<br>Northbrook, IL 60062 | Facility Management Agreement | 6/3/1999 |
| 24613 | Skipanon Natural Gas, LLC | Coers & Company<br>2209 Meadowbrook Dr.<br>Austin, TX 78703 | Consulting Contract | 9/1/2005 |
| 24616 | Skipanon Natural Gas, LLC | John Compere<br>167 W. Grand Ave.<br>Astoria, OR 97103 | Consulting Contract | 3/15/2005 |
| 24617 | Skipanon Natural Gas, LLC | Minister & Glaeser Surveying Inc.<br>2200 E. Evergreen Blvd.<br>Vancouver, WA 98661 | Consulting Contract | 1/31/2005 |
| 24618 | Skipanon Natural Gas, LLC | Spencer B Gross Inc.<br>13545 NW Science Park Dr.<br>Portland, OR 97229 | Consulting Contract | 1/31/2005 |
| 14768 | Zion Energy LLC | Chemetron Fire Systems<br>4801 Southwick Dr. 3rd Fl.<br>Matteson, IL 60443 | Fire Protection Inspection Services Agreement | 10/27/2005 |