# Exhibit 7

# Rejected Indemnification Obligations for Former Employees

TO COME