# Exhibit 8

# Repudiated FERC Jurisdictional Contracts

# The Schedule of Repudiated FERC Jurisdictional Contracts

| Contract ID | Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 26299 | Calpine Energy Services, L.P. | California Department of Water Resources<br>3310 El Camino Avenue<br>Sacramento, CA 95821 | EEI Master Power Purchase and Sales Agreement | 4/22/2002 |
| 26400 | Calpine Energy Services, L.P. | Gas Transmission Northwest Corporation<br>1400 SW Fifth Ave.<br>Suite 900<br>Portland, OR 97201 | Firm Fuel Transportation Agreement | 11/13/2001 |
| 26399 | Calpine Energy Services, L.P. | Gas Transmission Northwest Corporation<br>1400 SW Fifth Ave.<br>Suite 900<br>Portland, OR 97201 | Firm Fuel Transportation Agreement | 10/31/2001 |
| 26401 | Calpine Energy Services, L.P. | Gas Transmission Northwest Corporation<br>1400 SW Fifth Ave.<br>Suite 900<br>Portland, OR 97201 | Firm Fuel Transportation Agreement | 11/6/2001 |
| 26423 | Calpine Energy Services, L.P. | Gas Transmission Northwest Corporation<br>1400 SW Fifth Ave.<br>Suite 900<br>Portland, OR 97201 | Firm Gas Transportation Agreement | 8/31/2001 |
| 28131 | Calpine Energy Services, L.P. | Gas Transmission Northwest Corporation<br>1400 SW Fifth Ave.<br>Suite 900<br>Portland, OR 97201 | Firm Transportation Service Agreement | 12/28/2001 |
| 26974 | Calpine Energy Services, L.P. | Gas Transmission Northwest Corporation<br>1400 SW Fifth Ave.<br>Suite 900<br>Portland, OR 97201 | Firm Transportation Service Agreement | 8/6/2002 |
| 26971 | Calpine Energy Services, L.P. | Gas Transmission Northwest Corporation<br>P.O. Box 3327<br>Houston, TX 77046 | Firm Transportation Service Agreement | 8/6/2002 |
| 26402 | Calpine Energy Services, L.P. | Gas Transmission Northwest Corporation<br>1400 SW Fifth Ave.<br>Suite 900<br>Portland, OR 97201 | Firm Transportation Service Agreement | 3/12/2001 |
| 26391 | Calpine Energy Services, L.P. | Gulf South Pipeline Company, L.P.<br>20 East Greenway Plaza<br>Houston, TX 77046-2002 | Firm Gas Transportation Service Agreement | 2/1/2002 |
| 27254 | Calpine Energy Services, L.P. | South Carolina Electric & Gas Company<br>246 Stoneridge Dr.<br>Columbia, SC 29210 | Service Agreement for Firm Point-to-Point Transmission Service | 10/16/2001 |
| 26066 | Calpine Energy Services, L.P. | Southern Company Services Inc.<br>P.O. Box 2641<br>Birmingham, AL 35291-5256 | Service Agreement for Firm Point-to-Point Transmission Services | 1/1/2002 |
| 26034 | Calpine Energy Services, L.P. | Southern Company Services Inc.<br>P.O. Box 2641<br>Birmingham, AL 35291-5256 | Service Agreement for Firm Point-to-Point Transmission Services | 3/29/2005 |

# The Schedule of Repudiated FERC Jurisdictional Contracts

| Contract ID | Debtor Entity | Counterparty Name and Address | Agreement Description | Dated |
|---|---|---|---|---|
| 26342 | Calpine Energy Services, L.P. | Transwestern Pipeline Company<br>1331 Lamar St.<br>Houston, TX  77010 | Firm Transportation Agreement | 6/1/2001 |
| 26363 | Rumford Power Associates Limited Partnership | Portland Natural Gas Transmission System<br>One Harbour Place<br>Portsmouth, NH  03801 | Fuel Transportation Agreement | 2/12/1998 |

Note:  The Debtors' inclusion of these Agreements on this Schedule does not imply that the Debtors agree with any of the counterparties' jurisdictional positions surrounding the Debtors' motion to reject such Agreements filed in these Chapter 11 Cases [Docket No. 0057].  The jurisdictional issues are currently pending before the United States Court of Appeals for the Second Circuit.  These Agreements have been placed on this Schedule only for purposes of categorization, pending a Final Order in the PPA Litigation authorizing the Debtors or Reorganized Debtors, as applicable, to reject these Agreements.