# Exhibit 9

# Conditionally Assumed Executory Contracts and Unexpired Leases

# The Schedule of Conditionally Assumed Executory Contracts and Unexpired Leases

| Contract ID | Debtor Entity | Counterparty Name and Address | Plant | Agreement Description | Dated |
|---|---|---|---|---|---|
| 17660 | Calpine Central, L.P. | Olympus Financial Services<br>Two Corporate Center Dr.<br>Melville, NY 11747-3157 | Acadia | Master Equipment Lease and Service Agreement | 5/9/2005 |
| 12518 | Calpine Central, L.P. | Siemens Westinghouse Power Corporation<br>4400 N. Alafaya Trail<br>MS 251<br>Orlando, FL 32826-2399 | Baytown | Maintenance Agreement | 10/11/1999 |
| 13037 | Channel Energy Center, LP | Siemens Westinghouse Power Corporation<br>4400 N. Alafaya Trail<br>MC 605<br>Orlando, FL 32826-2399 | Channel | Maintenance Agreement | 3/12/2001 |
| 4438 | Columbia Energy LLC | Calhoun County South Carolina<br>Courthouse Annex<br>Suite 108<br>St. Matthews, SC 29135 | Columbia | Amended and Restated Inducement and Millage Rate Agreement | 12/31/2004 |
| 29007 | Columbia Energy LLC | Calhoun County South Carolina<br>Courthouse Annex<br>Suite 108<br>St. Matthews, SC 29135 | Columbia | Lease Agreement | 12/31/2004 |
| 4441 | Columbia Energy LLC | Eastman Chemical Company<br>Carolina Operations<br>P.O. Box 1782<br>Columbia, SC 29202 | Columbia | Amended and Restated Ground Lease Agreement | 8/1/2001 |
| 26396 | Columbia Energy LLC | Eastman Chemical Company<br>P.O. Box 431<br>Kingsport, TN 37662 | Columbia | Energy Services Agreement | 8/15/2000 |
| 26908 | Columbia Energy LLC | Eastman Chemical Company<br>P.O. Box 431<br>Kingsport, TN 37662 | Columbia | NAESB - Base Contract for Sale and Purchase of Natural Gas | 5/27/2004 |
| 26268 | Columbia Energy LLC | South Carolina Electric & Gas Company<br>246 Stoneridge Dr.<br>Suite 300<br>Columbia, SC 29210 | Columbia | Electric Service Contract | 6/7/2005 |
| 2330 | Columbia Energy LLC | South Carolina Electric & Gas Company<br>246 Stoneridge Dr.<br>Suite 300<br>Columbia, SC 29210 | Columbia | Excess Energy Purchase and Sales Agreement | 1/17/2004 |
| 28272 | Columbia Energy LLC | South Carolina Pipeline Corporation<br>1426 Main Street<br>Columbia, SC 29201 | Columbia | Interconnection and Operating Agreement | 11/18/2005 |
| 13145 | Corpus Christi Cogeneration L.P. | Flint Hills Resources L.P.<br>2825 Suntide Rd.<br>Corpus Christi, TX 78409 | Corpus Christi | Energy Services Agreement | 7/24/2003 |
| 26317 | Calpine Energy Services, L.P. | Tennessee Gas Pipeline Company<br>P.O. Box 2511<br>Houston, TX 77252-2511 | Decatur | Firm Gas Transportation Agreement | 11/1/2002 |

# The Schedule of Conditionally Assumed Executory Contracts and Unexpired Leases

| Contract ID | Debtor Entity | Counterparty Name and Address | Plant | Agreement Description | Dated |
|---|---|---|---|---|---|
| 10873 | Decatur Energy Center, LLC | Joe Wheeler Electric Membership Corporation<br>P.O. Box 460<br>Trinity, AL  35673-0460 | Decatur | Industrial Power Agreement | 9/20/2005 |
| 25499 | Decatur Energy Center, LLC | Siemens Westinghouse Power Corporation<br>4000 Executive Pkwy.<br>Suite 210<br>San Ramon, CA  94583 | Decatur | Amended Maintenance Contract | 10/1/2003 |
| 2316 | Decatur Energy Center, LLC | Solutia, Inc.<br>575 Maryville Centre Dr.<br>P.O. Box 66760<br>St Louis, MO  63166-6760 | Decatur | Operating and Maintenance Agreement | 12/21/1999 |
| 4456 | Decatur Energy Center, LLC | Solutia, Inc.<br>575 Maryville Centre Dr.<br>P.O. Box 66760<br>St Louis, MO  63166-6760 | Decatur | Switching Station Equipment Operation and Maintenance Agreement | 3/14/2002 |
| 17219 | Decatur Energy Center, LLC | Solutia, Inc.<br>1050 Chemstrand Ave.<br>Decatur, AL  35601 | Decatur | Third Amended and Restated Lease | 6/1/2004 |
| 24086 | Decatur Energy Center, LLC | Tennessee Valley Authority<br>1101 Market St. MR BA<br>Chattanooga, TN  37402 | Decatur | Interconnection Agreement | 12/4/2003 |
| 29750 | Calpine Corporation | Siemens Westinghouse Power Corporation<br>4000 Executive Pkwy.<br>Suite 210<br>San Ramon, CA  94583 | Deer Park | Compressor Parts and Repairs Agreement | 3/29/2004 |
| 7651 | Calpine Corporation | Delta Diablo Sanitation District<br>2500 Pittsburg Antioch Hwy.<br>Antioch, CA  94509 | Delta | Purveyorship of Recycled Water Agreement | 4/12/2000 |
| 25510 | Calpine Corporation | Siemens Westinghouse Power Corporation<br>4000 Executive Pkwy.<br>Suite 210<br>San Ramon, CA  94583 | Delta | Turbine Maintenance Agreement | 4/3/2000 |
| 7702 | Calpine Energy Services, L.P. | Pacific Gas and Electric Company<br>77 Beale Street<br>San Francisco, CA  94105 | Delta | Non-Core Balancing Aggregation Agreement | 7/19/2001 |
| 7608 | Delta Energy Center, LLC | California Independent System Operator Corporation<br>151 Blue Ravine Rd.<br>Folsom, CA  95630 | Delta | Meter Service Agreement | 2/8/2002 |
| 7418 | Delta Energy Center, LLC | Contra Costa Water District<br>P.O. Box H20<br>Concord, CA  94525 | Delta | Raw Water Service Agreement | 4/12/2000 |
| 7416 | Delta Energy Center, LLC | Delta Diablo Sanitation District<br>2500 Pittsburg Antioch Hwy.<br>Antioch, CA  94509 | Delta | Recycled Water Agreement | 4/12/2000 |
| 7698 | Delta Energy Center, LLC | Pacific Gas and Electric Company<br>77 Beale Street<br>San Francisco, CA  94105 | Delta | Distribution Service and Extension Agreement | 12/9/2002 |

# The Schedule of Conditionally Assumed Executory Contracts and Unexpired Leases

| Contract ID | Debtor Entity | Counterparty Name and Address | Plant | Agreement Description | Dated |
|---|---|---|---|---|---|
| 7602 | Delta Energy Center, LLC | Pacific Gas and Electric Company<br>3480 Buskirk Ave.<br>Pleasant Hill, CA  94523 | Delta | Electrical Standby Special Service Agreement | 10/3/2001 |
| 7640 | Delta Energy Center, LLC | Pacific Gas and Electric Company<br>245 Market Street<br>San Francisco, CA  94105 | Delta | Generation Installation and Electrical Standby Service Agreement | 8/10/2001 |
| 7639 | Delta Energy Center, LLC | Pacific Gas and Electric Company<br>P.O. Box 770000<br>Mail Code B13J<br>San Francisco, CA  94177 | Delta | Generator Special Facilities Agreement | 9/27/2000 |
| 7694 | Delta Energy Center, LLC | The Dow Chemical Company<br>P.O. Box 1398<br>901 Loveridge Rd.<br>Pittsburg, CA  94565 | Delta | Lease and License Agreement | 9/15/2001 |
| 4516 | Delta Energy Center, LLC | The Dow Chemical Company<br>P.O. Box 1398<br>Pittsburg, CA  94565 | Delta | Merchant Plant Lease Agreement | 4/30/2000 |
| 7458 | Delta Energy Center, LLC | USS Posco Industries<br>900 Loveridge Rd.<br>Pittsburg, CA  94565 | Delta | Master Agreement | 4/30/2001 |
| 17770 | Delta/Los Medanos Energy Center | Delta Diablo Sanitation District<br>2500 Pittsburg Antioch Hwy.<br>Antioch, CA  94509 | Delta | Industrial Blowdown Water Discharge Special Agreement | 7/21/2005 |
| 28670 | Calpine Corporation | Dominion East Ohio<br>P.O. Box 2666<br>Richmond, VA  23261-2666 | Fremont | Gas Transportation Agreement | 10/23/2001 |
| 15041 | Fremont Energy Center LLC | American Electric Power Service Corporation<br>825 Tech Center Dr.<br>Gahanna, OH  43230 | Fremont | Interconnection Agreement | 8/16/2001 |
| 15034 | Fremont Energy Center LLC | American Transmission Systems Inc.<br>76 S. Main St.<br>Akron, OH  44308 | Fremont | Generator Interconnection and Operating Agreement | 9/19/2001 |
| 15050 | Fremont Energy Center LLC | City of Fremont<br>323 S. Front St.<br>Fremont, OH  43420 | Fremont | Water Supply and Wastewater Treatment Agreement | 8/17/2001 |
| 15031 | Fremont Energy Center LLC | Dominion East Ohio<br>1717 E. 9th St.<br>P.O. Box 5759<br>Cleveland, OH  44101-0759 | Fremont | Construction and Reimbursement Agreement | 12/19/2001 |
| 16863 | Geysers Power Company, LLC | City of Santa Rosa<br>Utilities Department<br>Municipal Services Center - South 69 Stony Circle<br>Santa Rosa, CA  95401 | Geysers | Construction and Operating Agreement | 4/14/1998 |
| 7797 | Calpine Gilroy Cogen, L.P. | ConAgra Foods, Inc.<br>1 ConAgra Dr.<br>Omaha, NE  68102 | Gilroy | Shared Facilities Agreement | 5/10/2002 |

# The Schedule of Conditionally Assumed Executory Contracts and Unexpired Leases

| Contract ID | Debtor Entity | Counterparty Name and Address | Plant | Agreement Description | Dated |
|---|---|---|---|---|---|
| 7837 | Calpine Gilroy Cogen, L.P. | ConAgra, Inc.<br>1 ConAgra Dr.<br>Omaha, NE 68102-5001 | Gilroy | Amended and Restated Lease Agreement | 8/28/1996 |
| 26345 | Calpine Gilroy Cogen, L.P. | ConAgra, Inc.<br>1 ConAgra Dr.<br>Omaha, NE 68102-5022 | Gilroy | Steam Sales Agreement | 1/20/1986 |
| 7758 | Calpine Gilroy Cogen, L.P. | Pacific Gas and Electric Company<br>P.O. Box 770000<br>Mail Code B13J<br>San Francisco, CA 94177 | Gilroy | Generator Interconnection Agreement | 10/31/2002 |
| 7761 | Calpine Gilroy Cogen, L.P. | Pacific Gas and Electric Company<br>P.O. Box 770000<br>Mail Code B13J<br>San Francisco, CA 94177 | Gilroy | Generator Special Facilities Agreement | 10/31/2002 |
| 25756 | Calpine Gilroy Cogen, L.P. | Pacific Gas and Electric Company<br>245 Market Street<br>San Francisco, CA 94105 | Gilroy | Natural Gas Service Agreement | 2/4/1998 |
| 2361 | Calpine Energy Services, L.P. | Southern Company Services Inc.<br>P.O. Box 2641<br>Bin Gs 8256<br>Birmingham, AL 35291-5256 | Hillabee | Firm Point-to-Point Transmission Service Agreement | 5/4/2001 |
| 26307 | Calpine Energy Services, L.P. | Southern Company Services Inc.<br>P.O. Box 2641<br>Birmingham, AL 35291-5256 | Hillabee | Firm Transmission Service Agreement | 1/1/2002 |
| 28731 | Hillabee Energy Center LLC | Siemens Westinghouse Power Corp.<br>4000 Executive Pkwy.<br>Suite 210<br>San Ramon, CA 94583 | Hillabee | Turbine Maintenance Agreement | 1/25/2001 |
| 24290 | Hillabee Energy Center, LLC | Alabama Power Company<br>P.O. Box 2641<br>Birmingham, AL 35291-0001 | Hillabee | Interconnection Agreement | 8/5/2005 |
| 10880 | Hillabee Energy Center, LLC | Alabama Power Company<br>600 N. 18th St.<br>Birmingham, AL 35291 | Hillabee | Operating Agreement | 8/5/2005 |
| 24291 | Hillabee Energy Center, LLC | Alabama Power Company<br>P.O. Box 2641<br>Birmingham, AL 35291-0001 | Hillabee | Power Purchase Agreement | 5/30/2003 |
| 28975 | Hillabee Energy Center, LLC | Alexander City<br>120 Tallaspoosa St.<br>Alexander City, AL 35011 | Hillabee | Water Agreement | |
| 17271 | Hillabee Energy Center, LLC | Capital Refrigeration Company<br>Construction Management Group<br>104 Woodmere Rd.<br>Folsom, CA 95630 | Hillabee | Comfort Cooling Systems Service Agreement | 1/24/2005 |
| 3927 | Hillabee Energy Center, LLC | Joseph Conly<br>1922 Campground Rd.<br>Alexander City, AL 35010 | Hillabee | Lease Agreement | 2/10/2005 |

# The Schedule of Conditionally Assumed Executory Contracts and Unexpired Leases

| Contract ID | Debtor Entity | Counterparty Name and Address | Plant | Agreement Description | Dated |
|---|---|---|---|---|---|
| 3931 | Hillabee Energy Center, LLC | Metro Trailer<br>100 Metro Parkway<br>Pelham, AL 35124-1171 | Hillabee | Lease Agreement | 9/21/2005 |
| 3926 | Hillabee Energy Center, LLC | Tracy Brown<br>1878 Campground Rd.<br>Alexander City, AL 35010 | Hillabee | Lease Agreement | 5/1/2005 |
| 28973 | Hillabee Energy Center, LLC | Transcontinental Gas Pipeline Corporation<br>2800 Post Oak Blvd.<br>Houston, TX 77251 | Hillabee | Pipeline Interconnection Agreement | 8/5/2005 |
| 9389 | Calpine Energy Services, L.P. | Pacific Gas and Electric Company<br>P.O. Box 77000<br>Mail Code B16A<br>San Francisco, CA 94177 | Los Medanos | Non-Core Balancing Aggregation Agreement | 6/24/2001 |
| 9532 | Los Medanos Energy Center LLC | California Independent System Operator Corporation<br>151 Blue Ravine Rd.<br>Folsom, CA 95630 | Los Medanos | Meter Service Agreement | 5/3/2001 |
| 9529 | Los Medanos Energy Center LLC | California Independent System Operator Corporation<br>151 Blue Ravine Rd.<br>Folsom, CA 95630 | Los Medanos | Participating Generator Agreement | 5/3/2001 |
| 17772 | Los Medanos Energy Center LLC | Delta Diablo Sanitation District<br>2500 Pittsburg Antioch Hwy.<br>Antioch, CA 94509 | Los Medanos | Industrial Blowdown Water Discharge Special Agreement | 7/21/2005 |
| 9533 | Los Medanos Energy Center LLC | Pacific Gas and Electric Company<br>1030 Detroit Ave.<br>Concord, CA 94518 | Los Medanos | Electrical Standby Special Service Agreement | 7/27/2001 |
| 9515 | Los Medanos Energy Center LLC | Pacific Gas and Electric Company<br>P.O. Box 770000<br>Mail Code B13J<br>San Francisco, CA 94177 | Los Medanos | Generation Operating Agreement | 8/21/2001 |
| 9402 | Los Medanos Energy Center LLC | Pacific Gas and Electric Company<br>P.O. Box 770000<br>Mail Code B13J<br>San Francisco, CA 94177 | Los Medanos | Generator Interconnection Agreement | 6/18/2001 |
| 9403 | Los Medanos Energy Center LLC | Pacific Gas and Electric Company<br>P.O. Box 770000<br>Mail Code B13J<br>San Francisco, CA 94177 | Los Medanos | Generator Special Facilities Agreement | 2/17/2000 |
| 9519 | Los Medanos Energy Center LLC | Pacific Gas and Electric Company<br>P.O. Box 770000<br>Mail Code B13J<br>San Francisco, CA 94177 | Los Medanos | Generator Special Facilities Supplemental Agreement | 4/24/2000 |
| 7681 | Los Medanos Energy Center LLC | The Dow Chemical Company<br>P.O. Box 1398<br>Pittsburg, CA 94565 | Los Medanos | Binding Letter of Intent | 12/10/2002 |
| 7661 | Los Medanos Energy Center LLC | The Dow Chemical Company<br>901 Loveridge Rd.<br>Pittsburg, CA 94565 | Los Medanos | Lease and License Agreement | 7/24/2001 |

# The Schedule of Conditionally Assumed Executory Contracts and Unexpired Leases

| Contract ID | Debtor Entity | Counterparty Name and Address | Plant | Agreement Description | Dated |
|---|---|---|---|---|---|
| 9472 | Los Medanos Energy Center LLC | USS Posco Industries<br>900 Loveridge Rd.<br>Pittsburg, CA 94565 | Los Medanos | Energy Purchase and Sale Agreement | 12/21/1998 |
| 10384 | CPN Pipeline Company | Pacific Gas and Electric Company<br>77 Beale Street<br>San Francisco, CA 94105 | Los Medanos/Delta | Natural Gas Service Agreement | 1/31/2001 |
| 26388 | Calpine Energy Services, L.P. | BP Energy Company<br>501 West Lake Park Blvd.<br>Houston, TX 77079 | Morgan | Power Purchase Agreement | |
| 26361 | Calpine Energy Services, L.P. | Enbridge Pipelines L.L.C.<br>1100 Louisiana St.<br>Houston, TX 77002 | Morgan | Natural Gas Pipeline Construction and Transportation Agreement | 6/28/2000 |
| 26362 | Calpine Energy Services, L.P. | Enbridge Pipelines L.L.C.<br>1400 SW 5th Ave.<br>Suite 900<br>Portland, OR 97201 | Morgan | Natural Gas Pipeline Transportation Agreement | 1/28/2000 |
| 26316 | Calpine Energy Services, L.P. | Tennessee Gas Pipeline Company<br>P.O. Box 2511<br>Houston, TX 77252-2511 | Morgan | Firm Gas Transportation Agreement | 11/1/2002 |
| 4490 | Morgan Energy Center, LLC | BP Amoco<br>200 E. Randolph Dr.<br>23rd Fl.<br>Chicago, IL 60601-7125 | Morgan | Site Interface Agreement | 9/29/2000 |
| 26695 | Morgan Energy Center, LLC | BP Amoco Chemical Company<br>501 Westlake Park Blvd.<br>Houston, TX 77079 | Morgan | Energy Sales Agreement | 6/1/2000 |
| 28784 | Morgan Energy Center, LLC | BP Amoco Chemical Company<br>150 W. Warrenville Rd.<br>Bldg. 603, Mail Code P-2<br>Naperville, IL 60563 | Morgan | Project Agreement | 6/1/2000 |
| 4483 | Morgan Energy Center, LLC | BP Amoco Chemicals<br>Decatur Plant<br>P.O. Box 2215<br>Decatur, AL 35609-2215 | Morgan | Lease Agreement | 9/29/2000 |
| 4478 | Morgan Energy Center, LLC | BP Amoco Chemicals Company<br>4101 Winfield Rd.<br>Warrenville, IL 60555 | Morgan | Property Rights and Construction Responsibilities Agreement | 4/30/2003 |
| 27715 | Morgan Energy Center, LLC | Joe Wheeler Electric Membership Corporation<br>P.O. Box 460<br>Trinity, AL 35673-0460 | Morgan | Industrial Power Agreement | 12/10/2002 |
| 26419 | Morgan Energy Center, LLC | Tennessee Valley Authority<br>1101 Market St.<br>MR 2X<br>Chattanooga, TN 37402-2801 | Morgan | Electric Interconnect Agreement | 4/30/2003 |

# The Schedule of Conditionally Assumed Executory Contracts and Unexpired Leases

| Contract ID | Debtor Entity | Counterparty Name and Address | Plant | Agreement Description | Dated |
|---|---|---|---|---|---|
| 11013 | Morgan Energy Center, LLC | Tennessee Valley Authority<br>1101 Market St.<br>MR 2X<br>Chattanooga, TN 37402-2801 | Morgan | Switching Station Agreement | 4/30/2003 |
| 18337 | Calpine Central, L.P. | Siemens Westinghouse Power Corporation<br>4400 N. Alafaya Trail<br>MC 560<br>Orlando, FL 32826-2399 | N/A | Continuing Services Agreement | 8/9/2004 |
| 29748 | Calpine Construction Management Company, Inc. | Siemens Westinghouse Power Corporation<br>4000 Executive Pkwy.<br>Suite 210<br>San Ramon, CA 94583 | N/A | Settlement and General Release Agreement | 7/10/2003 |
| 29743 | Calpine Corporation | California State Lands Commissiion<br>100 Howe Avenue<br>Suite 100<br>Sacramento, CA 95825-8202 | N/A | Agreement PRC 415.1 | 6/3/1940 |
| 28947 | Calpine Corporation | California State Lands Commission<br>100 Howe Avenue<br>Suite 100<br>Sacramento, CA 95825-8202 | N/A | Oil and Gas Lease | 4/5/2004 |
| 28963 | Calpine Corporation | Minerals Management Service<br>P.O. Box 5810<br>Denver , CO 80217-5810 | N/A | Oil and Gas Lease - 170571001000 OCS-G 0935 Block 89 | 6/1/1962 |
| 28964 | Calpine Corporation | Minerals Management Service<br>P.O. Box 5810<br>Denver , CO 80217-5810 | N/A | Oil and Gas Lease - 170591000000 OCS-G 14533 Block 17 | 8/1/1994 |
| 28965 | Calpine Corporation | Minerals Management Service<br>P.O. Box 5810<br>Denver , CO 80217-5810 | N/A | Oil and Gas Lease - 170591000000 OCS-G 14544 Block 17 | 8/1/1994 |
| 28966 | Calpine Corporation | Minerals Management Service<br>P.O. Box 5810<br>Denver , CO 80217-5810 | N/A | Oil and Gas Lease - 172511000000 OCS-G 17840 Block 76 | 7/1/1997 |
| 28967 | Calpine Corporation | Minerals Management Service<br>P.O. Box 5810<br>Denver , CO 80217-5810 | N/A | Oil and Gas Lease - 173071000000 OCS-G 24984 Block 252 | 6/1/2003 |
| 28968 | Calpine Corporation | Minerals Management Service<br>P.O. Box 5810<br>Denver , CO 80217-5810 | N/A | Oil and Gas Lease - 422211000000 OCS-G11383 Block A-442 | 11/1/1989 |
| 28969 | Calpine Corporation | Minerals Management Service<br>P.O. Box 5810<br>Denver , CO 80217-5810 | N/A | Oil and Gas Lease - 422219000000 OCS-G15677 PL Rows A-442 | 9/8/1995 |
| 28970 | Calpine Corporation | Minerals Management Service<br>P.O. Box 5810<br>Denver , CO 80217-5810 | N/A | Oil and Gas Lease - 422219001000 OSC-G15676 PL Rows A-442 | 9/8/1995 |

# The Schedule of Conditionally Assumed Executory Contracts and Unexpired Leases

| Contract ID | Debtor Entity | Counterparty Name and Address | Plant | Agreement Description | Dated |
|---|---|---|---|---|---|
| 19938 | Calpine Corporation | Siemens Westinghouse Power Corporation<br>4400 N. Alafaya Trail<br>MC 560<br>Orlando, FL  328262399 | N/A | Continuing Services Agreement | 6/27/2005 |
| 29749 | Calpine Operating Services Company, Inc. | Siemens Building Technology Inc.<br>2581 Industrial Blvd.<br>Hayword, CA  94545 | N/A | Continuing Services Agreement | 10/1/2005 |
| 23468 | Calpine Operating Services Company, Inc. | Siemens Westinghouse Power Corporation<br>4400 N. Alafaya Trail<br>MC 560<br>Orlando, FL  32826-2399 | N/A | Continuing Services Agreement | 6/9/2005 |
| 26240 | Calpine PowerAmerica, LP | Flint Hills Resources L.P.<br>4111 East 37th St. North<br>Wichita, KS  67220 | N/A | Power Purchase Agreement | 5/20/2005 |
| 26308 | Calpine Energy Services, L.P. | Enogex Inc.<br>P.O. Box 24300<br>Oklahoma City, OK  73124-0300 | Oneta | Intrastate Firm Service Agreement | 5/22/2000 |
| 19943 | Calpine Corporation | Siemens Westinghouse Power Corporation<br>4400 N. Alafaya Trail<br>MC 560<br>Orlando, FL  32826-2399 | Pasadena | Maintenance Agreement | 8/27/1998 |
| 17294 | Calpine Corporation | The Dow Chemical Company<br>P.O. Box 1398<br>Pittsburg, CA  94565 | Pittsburg | Sales Agreement | 3/15/2003 |
| 26259 | Calpine Pittsburg, LLC | Dow Chemical Company<br>400 W. Sam Houston Parkway South<br>Houston, TX  77077 | Pittsburg | Energy Sales Agreement | 7/21/1998 |
| 27142 | Calpine Pittsburg, LLC | Pacific Gas and Electric Company<br>245 Market Street<br>San Francisco, CA  94105 | Pittsburg | Power Sales Agreement | 8/1/1985 |
| 10210 | Calpine Pittsburg, LLC | The Dow Chemical Company<br>400 W. Sam Houston Pkwy. S.<br>Houston, TX  77042 | Pittsburg | Ancillary Services Agreement | 7/21/1998 |
| 17136 | Calpine Pittsburg, LLC | The Dow Chemical Company<br>P.O. Box 1398<br>Pittsburg, CA  94565 | Pittsburg | Power Plant Lease | 7/21/1998 |
| 6371 | CPN Pipeline Company | Southern Pacific Transportation Company / Great Western Pipeline Company<br>1707 Wood St.<br>Oakland, CA  94607 | Pittsburg | Pipeline License Agreement | 7/16/1984 |
| 26239 | Calpine Pryor, Inc. | Enogex Inc.<br>P.O. Box 24300<br>Oklahoma City, OK  73124-0300 | Pryor | Intrastate Firm Service Agreement | 12/5/1997 |
| 14592 | RockGen Energy LLC | ADT Security Services Inc.<br>4801 Vogel Rd.<br>Suite G<br>Madison, WI  53718 | Rockgen | Commercial Sale Agreement | |

# The Schedule of Conditionally Assumed Executory Contracts and Unexpired Leases

| Contract ID | Debtor Entity | Counterparty Name and Address | Plant | Agreement Description | Dated |
|---|---|---|---|---|---|
| 26663 | RockGen Energy LLC | Alliant Energy Corporate Services<br>P.O. Box 192<br>Madison, WI  53701-0192 | Rockgen | Balancing Agreement | 8/13/2001 |
| 14613 | RockGen Energy LLC | Alliant Energy Corporate Services Inc.<br>200 1st St. SE<br>Cedar Rapids, IA  52406-1409 | Rockgen | Natural Gas Transportation Service Agreement | 10/18/1999 |
| 28353 | RockGen Energy LLC | American Transmission Company LLC<br>N19 23993 Ridgeview Parkway West<br>Waukesha, WI  53187-0047 | Rockgen | Interconnecting Agreement | |
| 14612 | RockGen Energy LLC | ANR Pipeline Company<br>500 Renaissance Center<br>Detroit, MI  48242 | Rockgen | Interconnection Agreement | 5/28/1999 |
| 26897 | RockGen Energy LLC | Duke Energy Trading & Marketing LLC<br>10777 Westheimer Rd.<br>Houston, TX  77042 | Rockgen | Brokerage Agreement | 1/8/1999 |
| 14594 | RockGen Energy LLC | G&K Services<br>N51 W13915 Northpark Dr.<br>Menomonee Falls, WI  53051 | Rockgen | G&K Services Agreement | 9/1/2005 |
| 4317 | RockGen Energy LLC | Newcourt Capital USA Inc.<br>1211 Avenue of the Americas<br>22nd Floor<br>New York, NY  10036 | Rockgen | Guaranty and Payment Agreement | 9/30/2003 |
| 14596 | RockGen Energy LLC | Onyx Waste Services<br>1215 Klement St.<br>Fort Atkinson, WI  53538 | Rockgen | Service Agreement | |
| 14597 | RockGen Energy LLC | Rebholz Gas & Electric Inc.<br>14 E. Fulton St.<br>Edgerton, WI  53534 | Rockgen | Gas Equipment Agreement | 7/15/2001 |
| 3878 | RockGen Energy LLC | Rockgen OL-1 LLC<br>79 South Main St.<br>MAC U1254-031<br>Salt Lake City, UT  84111 | Rockgen | Facility Site Sublease Agreement | 10/18/2001 |
| 3882 | RockGen Energy LLC | Rockgen OL-1 LLC<br>79 South Main St.<br>MAC U1254-031<br>Salt Lake City, UT  84111 | Rockgen | Ownership and Operation Agreement | 10/18/2001 |
| 4076 | RockGen Energy LLC | RockGen OL-2 LLC<br>79 South Main St.<br>MAC U1254-031<br>Salt Lake City, UT  84111 | Rockgen | Facility Lease Agreement | 10/18/2001 |
| 3869 | RockGen Energy LLC | RockGen OL-2 LLC<br>79 South Main St.<br>MAC U1254-031<br>Salt Lake City, UT  84111 | Rockgen | Facility Site Lease Agreement | 10/18/2001 |

# The Schedule of Conditionally Assumed Executory Contracts and Unexpired Leases

| Contract ID | Debtor Entity | Counterparty Name and Address | Plant | Agreement Description | Dated |
|---|---|---|---|---|---|
| 3879 | RockGen Energy LLC | RockGen OL-2 LLC<br>79 South Main St.<br>MAC U1254-031<br>Salt Lake City, UT 84111 | Rockgen | Facility Site Sublease Agreement | 10/18/2001 |
| 3880 | RockGen Energy LLC | RockGen OL-3 LLC<br>79 South Main St.<br>MAC U1254-031<br>Salt Lake City, UT 84111 | Rockgen | Facility Site Sublease Agreement | 10/18/2001 |
| 3875 | RockGen Energy LLC | RockGen OL-4 LLC<br>79 South Main St.<br>MAC U1254-031<br>Salt Lake City, UT 84111 | Rockgen | Facility Site Lease Agreement | 10/18/2001 |
| 3881 | RockGen Energy LLC | RockGen OL-4 LLC<br>79 South Main St.<br>MAC U1254-031<br>Salt Lake City, UT 84111 | Rockgen | Facility Site Sublease Agreement | 10/18/2001 |
| 4073 | RockGen Energy LLC | SBR OP-1 LLC<br>79 S. Main St.<br>MAC U1254031<br>Salt Lake City, UT 84111 | Rockgen | Facility Lease Agreement | 10/18/2001 |
| 3913 | RockGen Energy LLC | SBR OP-1 LLC<br>79 S. Main St.<br>MAC U1254031<br>Salt Lake City, UT 84111 | Rockgen | Tax Indemnity Agreement | 10/18/2001 |
| 3914 | RockGen Energy LLC | SBR OP-2 LLC<br>79 S. Main St.<br>MAC U1254031<br>Salt Lake City, UT 84111 | Rockgen | Tax Indemnity Agreement | 10/18/2001 |
| 4081 | RockGen Energy LLC | SBR OP-3 LLC<br>79 S. Main St.<br>MAC U1254031<br>Salt Lake City, UT 84111 | Rockgen | Facility Lease Agreement | 10/18/2001 |
| 3915 | RockGen Energy LLC | SBR OP-3 LLC<br>79 S. Main St.<br>MAC U1254031<br>Salt Lake City, UT 84111 | Rockgen | Tax Indemnity Agreement | 10/18/2001 |
| 3916 | RockGen Energy LLC | SBR OP-4 LLC<br>79 S. Main St.<br>MAC U1254031<br>Salt Lake City, UT 84111 | Rockgen | Tax Indemnity Agreement | 10/18/2001 |
| 14618 | RockGen Energy LLC | Skygen Services LLC<br>650 Dundee Rd.<br>Suite 350<br>Northbrook, IL 60062 | Rockgen | Facility Management Agreement | 6/21/1999 |
| 3865 | RockGen Energy LLC | State Street Bank and Trust Company of Connecticut<br>225 Asylum St.<br>Goodwin Square<br>Hartford, CT 06103 | Rockgen | Facility Lease Agreement | 10/18/2001 |

| Contract ID | Debtor Entity | Counterparty Name and Address | Plant | Agreement Description | Dated |
|---|---|---|---|---|---|
| 3868 | RockGen Energy LLC | State Street Bank and Trust Company of Connecticut<br>633 West 5th St.<br>12th Fl.<br>Los Angeles, CA  90071 | Rockgen | Facility Site Lease Agreement | 10/18/2001 |
| 3874 | RockGen Energy LLC | State Street Bank and Trust Company of Connecticut<br>633 West 5th St.<br>12th Fl.<br>Los Angeles, CA  90071 | Rockgen | Facility Site Lease Agreement | 10/18/2001 |
| 24589 | RockGen Energy LLC | Wisconsin Power & Light Company<br>P.O. Box 192<br>Madison, WI  53701-0192 | Rockgen | Fuel Transportation Agreement | 10/18/1998 |
| 14614 | RockGen Energy LLC | Wisconsin Power & Light Company<br>P.O. Box 77007<br>Madison, WI  53707 | Rockgen | Interconnection Agreement | 12/16/1999 |
| 24592 | RockGen Energy LLC | Wisconsin Power & Light Company<br>P.O. Box 192<br>Madison, WI  53701 | Rockgen | Power Sales Agreement | 8/10/1998 |
| 28340 | South Point Energy Center, LLC | Western Area Power Administration<br>615 S. 43rd Ave.<br>Phoenix, AZ  85009 | South Point | Firm Point-to-Point Transmission Service Agreement | 8/5/1999 |
| 27404 | South Point Energy Center, LLC | Western Area Power Administration<br>615 S. 43rd Ave.<br>Phoenix, AZ  85009 | South Point | Non-Firm Point-to-Point Transmission Service Agreement | 8/5/1999 |
| 15429 | Towantic Energy, L.L.C. | Arena Capital Ltd.<br>16 Beachside Common<br>Westport, CT  06880 | Towantic | Development Services Agreement | 10/7/1999 |
| 15433 | Towantic Energy, L.L.C. | Town of Oxford<br>Town Hall<br>486 Oxford Rd<br>Oxford, CT  06478 | Towantic | Community Support Agreement | 3/1/2000 |
| 15434 | Towantic Energy, L.L.C. | Town of Oxford<br>Town Hall<br>486 Oxford Rd<br>Oxford, CT  06478 | Towantic | Development Agreement | 3/1/2000 |
| 28114 | Calpine Corporation | Entergy Louisiana Inc.<br>P.O. Box 52917<br>New Orleans, LA  70152-2917 | Washington Parish | Interconnect and Operating Agreement | |
| 14736 | Calpine Corporation | Entergy Louisiana Inc.<br>639 Loyola Ave.<br>New Orleans, LA  70113 | Washington Parish | Substation Servitude Agreement | 8/12/2002 |
| 14679 | Calpine Corporation | Florida Gas Transmission Company<br>P.O. Box 1188<br>Houston, TX  77251-1188 | Washington Parish | Facilities Reimbursement and Interconnect Agreement | 5/22/2001 |
| 17827 | Washington Parish Energy Center LLC | Entergy Louisiana Inc.<br>Attn:  Interconnection Arrangements Administrator<br>639 Loyola Ave.<br>New Orleans, LA  70113 | Washington Parish | Switching, Tagging and Communications Procedures Agreement | 4/25/2001 |

# The Schedule of Conditionally Assumed Executory Contracts and Unexpired Leases

| Contract ID | Debtor Entity | Counterparty Name and Address | Plant | Agreement Description | Dated |
|---|---|---|---|---|---|
| 24279 | Washington Parish Energy Center LLC | Entergy New Orleans Inc. / Entergy Mississippi Inc. / Entergy Arkansas Inc. / Entergy Louisiana Inc. / Entergy Gulf States Inc.<br>639 Loyola Ave.<br>New Orleans, LA  70113 | Washington Parish | Confidentiality Agreement | 3/23/2001 |
| 28976 | Washington Parish Energy Center, LLC | Entergy Louisiana Inc.<br>639 Loyola Ave.<br>New Orleans, LA  70113 | Washington Parish | Generator Imbalance Agreement | |
| 10657 | Calpine Monterey Cogeneration, Inc. | Cascade Properties LLC<br>P.O. Box 848<br>Watsonville, CA  95076 | Watsonville | Process Water Services Agreement | 9/5/1996 |
| 26956 | Calpine Monterey Cogeneration, Inc. | Farmers Processing Inc.<br>274 Kearney Extension<br>Watsonville, CA  95076 | Watsonville | Energy Services Agreement | 1/31/1994 |
| 10621 | Calpine Monterey Cogeneration, Inc. | Pacific Gas and Electric Company<br>77 Beale Street<br>San Francisco, CA  94105 | Watsonville | Generation and Electrical Standby Service Agreement | 1/5/1990 |
| 10591 | Calpine Monterey Cogeneration, Inc. | Pacific Gas and Electric Company<br>77 Beale Street<br>San Francisco, CA  94105 | Watsonville | Natural Gas Service Agreement | 7/1/1995 |
| 26265 | Calpine Monterey Cogeneration, Inc. | Pacific Gas and Electric Company<br>245 Market Street<br>San Francisco, CA  94105 | Watsonville | Power Sales Agreement | 5/7/1984 |
| 5165 | Calpine Monterey Cogeneration, Inc. | State Street Bank and Trust Company of California NA<br>Attn: Corporate Trust Services<br>725 S. Figueroa St., Suite 3100<br>Los Angeles, CA  90017 | Watsonville | Facility Lease Agreement | 6/22/1995 |