# Exhibit 10

# Guarantees Subject to Reinstatement

TO COME