Susheel Kirpalani (SK 8926)
James C. Tecce (JT 5910)
Joseph G. Minias (JM 6530)
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone:  (212) 849-7000
Telecopier: (212) 849-7100

*Counsel For Sola Ltd. And Deutsche Bank Securities Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ---------------------------------------------------------------x | | Chapter 11 |
| In re: | : | Case No. 05-60200 (BRL) |
| | : | Jointly Administered |
| CALPINE CORPORATION, et al., | : | |
| | : | |
| Debtors. | : | |
| ---------------------------------------------------------------x | | |

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS OF
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears as counsel to Sola, Ltd. ("Sola") and Deutsche Bank Securities Inc. ("DBSI") for matters arising in or related to these chapter 11 cases, and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in the above captioned cases of Calpine Corporation and its affiliated debtors and debtors in possession ("Debtors") be transmitted to:

Susheel Kirpalani, Esq.
James C. Tecce, Esq.
Joseph G. Minias, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

**PLEASE TAKE FURTHER NOTICE THAT** this request includes not only notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of the Debtors or any other party in interest in these cases, including (a) property of the Debtors' estates or the proceeds thereof, (b) claims against or interests in the Debtors, (c) other rights or interests of creditors of the Debtors or other parties in interest in these cases or (d) property or proceeds thereof in the possession, custody, or control of the Debtors or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the Debtors or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT** in accordance with Federal Rule of Bankruptcy Procedure 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any prior or later appearance, pleading, claim or suit shall waive any right of Sola and DBSI (1) to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a United States District Court Judge, (2) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdraw, or (4) to any other

rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law , in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       September 14, 2007

                         **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

                         By:    /s/ Susheel Kirpalani
                               Susheel Kirpalani (SK 8926)
                               James C. Tecce (JT 5910)
                               Joseph G. Minias (JM 6530)
                               51 Madison Avenue, 22nd Floor
                               New York, New York  10010
                               Telephone:  (212) 849-7000
                               Telecopier: (212) 849-7100

                        *Counsel to Sola, Ltd. and Deutsche Bank Securities Inc.*