Susheel Kirpalani (SK 8926)
James C. Tecce (JT 5910)
Joseph G. Minias (JM 6530)
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Counsel For Sola Ltd. And Deutsche Bank Securities Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :    Case No. 05-60200 (BRL)
                                                :    Jointly Administered
CALPINE CORPORATION, et al.,                    :
                                                :
                      Debtors.                  :
----------------------------------------------------------------x

**VERIFIED STATEMENT OF QUINN EMANUEL URQUHART**
**OLIVER & HEDGES, LLP PURSUANT TO FED. R. BANKR. P. 2019(a)**

Quinn Emanuel Urquhart Oliver & Hedges, LLP (hereinafter, "Quinn Emanuel" or "Counsel") hereby submits this verified statement (the "Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and respectfully state as follows:

1. Quinn Emanuel is a law firm that maintains offices at, among other locations, 51 Madison Avenue, New York, New York 10010.

2. Counsel appears in the above-captioned cases on behalf of the following entities, whom Counsel represents jointly, but each in their own capacities: (a) Sola, Ltd. ("Sola") and (b) Deutsche Bank Securities Inc. ("DBSI").

3. Sola maintains offices at 430 Park Avenue, 11th Floor, New York, New York 10022.

4. DBSI maintains offices at, among other locations, 60 Wall Street, New York, New York, 10005.

5. Quinn Emanuel represents DBSI and Sola in their capacities as holders of the Third Priority Secured Floating Rate Notes due 2011 and the 11½% Third Priority Secured Notes due 2011 issued by Calpine Generating Company, LLC ("Calgen").

6. Counsel was approached on or around July 28, 2007 by Sola and DBSI to represent them.

7. Counsel does not hold any claims against or interests in the above-captioned debtors and debtors in possession.

8. Counsel will be compensated by Sola and DBSI and may assume the representation of other holders of such Calgen notes.

9. The undersigned hereby verifies that this Verified Statement is true and accurate to the best of the undersigned's knowledge and belief.

10. Counsel reserves the right to revise and supplement this Verified Statement.

Dated: New York, New York
      September 14, 2007

      Respectfully submitted,

      **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

      By: /s/ Susheel Kirpalani
           Susheel Kirpalani (SK 8926)
           James C. Tecce (JT 5910)
           Joseph G. Minias (JM 6530)
           51 Madison Avenue, 22nd Floor
           New York, New York 10010
           Telephone: (212) 849-7000
           Telecopier: (212) 849-7100