Susheel Kirpalani (SK 8926)
James C. Tecce (JT 5910)
Joseph G. Minias (JM 6530)
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Counsel For Sola Ltd. And Deutsche Bank Securities, Inc.*

**Hearing Date:
September 25, 2007**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                        :    Chapter 11
                                              :    Case No. 05-60200 (BRL)
                                              :    Jointly Administered
CALPINE CORPORATION, et al.,                  :
                                              :
                              Debtors.        :
---------------------------------------------------------------x

### JOINDER OF SOLA, LTD. AND DEUTSCHE BANK SECURITIES INC. IN OBJECTION OF MANUFACTURERS & TRADERS TRUST COMPANY TO DEBTORS' PROPOSED DISCLOSURE STATEMENT DATED AUGUST 27, 2007

Sola, Ltd. ("Sola") and Deutsche Bank Securities, Inc. ("DBSI"), holders of Third Priority Secured Floating Rate Notes due 2011 and 11½% Third Priority Secured Notes due 2011 issued by Calpine Generating Company, LLC hereby join in the Objection Of Manufacturers & Traders Trust Company To Debtors' Proposed Disclosure Statement Dated August 27, 2007, dated September 14, 2007 (Docket No. 5920) (the "MFT Objection"). Sola and DBSI (a) agree with the assertions set forth in the MFT Objection and (b) reserve any and all rights to be heard before the Bankruptcy Court with respect to the MFT Objection, the

Disclosure Statement Approval Motion,[1] the Disclosure Statement,[2] and the Plan.[3]

Dated:   New York, New York
         September 14, 2007

                                            Respectfully submitted,

                                            **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

                                            By:   /s/ Susheel Kirpalani
                                                  Susheel Kirpalani (SK 8926)
                                                  James C. Tecce (JT 5910)
                                                  Joseph G. Minias (JM 6530)
                                                  51 Madison Avenue, 22nd Floor
                                                  New York, New York  10010
                                                  Telephone:  (212) 849-7000
                                                  Telecopier: (212) 849-7100

                                            *Counsel for Sola Ltd. and Deutsche Bank Securities Inc.*

---

[1] Debtors' Motion For Entry Of An Order (A) Approving Adequacy Of Debtors' Disclosure Statement; (B) Approving Solicitation And Notice Procedures With Respect To Confirmation Of Debtors' Proposed Plan Of Reorganization; (C) Approving Form Of Various Ballots And Notices In Connection Therewith; And (D) Scheduling Certain Dates With Respect Thereto, dated July 2, 2007 (Docket No. 5162) (the "Disclosure Statement Approval Motion").

[2] First Amended Disclosure Statement For Debtors' First Amended Joint Plan Of Reorganization Pursuant To Chapter 11 Of United States Bankruptcy Code, dated August 27, 2007 (Docket No. 5702) (the "Disclosure Statement").

[3] Debtors' First Amended Joint Plan of Reorganization Pursuant To Chapter 11 Of The United States Bankruptcy Code, dated August 27, 2007 (Docket No. 5698, 5704) (the "Plan").