| | |
|---|---|
| CAMPEAU GOODSELL SMITH, L.C.<br>WILLIAM J. HEALY, #146158<br>440 N. 1st Street, Suite 100<br>San Jose, California 95112<br>TEL. (408) 295-9555<br>FAX. (408)295-6606 | Case Name:  CALPINE CORPORATION<br><br>Case No.:  05-60200 (BRL) |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 440 N. 1st Street, Suite 100, San Jose, California 95112.

On October 12, 2007, I served a copy of:

**1. RESPONSE OF ROBERT MEMBRENO, TRUSTEE OF SAI TRUST TO DEBTORS' TWENTY SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIMS, EQUITY INTEREST CLAIMS, UNLIQUIDATED CLAIMS, ANTICIPATORY CLAIMS, CLAIMS TO BE ADJUSTED AND WRONG DEBTOR CLAIMS TO BE ADJUSTED;**
**2. DECLARATION OF WILLIAM J HEALY RE RESPONSE TO TWENTY SECOND OBJECTION;**
**3. REQUEST FOR JUDICIAL NOTICE RE RESPONSE TO TWENTY SECOND OBJECTION; AND**
**4. CERTIFICATE OF SERVICE**

BY MAIL OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
Attn: Helen C. Huang
      Brian S. Lennon

Paul K. Schwartzberg
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.
Executed on October 12, 2007, at San Jose, California.

/s/ William J. Healy
William J. Healy