**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> Calpine Corporation, et al., <br><br> Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 05-60200 (BRL) <br> ) Jointly Administered <br> ) |

**CERTIFICATION OF JANE SULLIVAN WITH RESPECT TO THE
TABULATION OF VOTES ON THE DEBTORS' FOURTH AMENDED
JOINT PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11
OF THE UNITED STATES BANKRUPTCY CODE**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Jane Sullivan, being duly sworn, deposes and says, under the penalty of perjury:

1. I am the Executive Director of Financial Balloting Group LLC ("FBG"), located at 757 Third Avenue, New York, New York 10017, the firm requested by Kurtzman Carson Consultants LLC, the Debtors' claims and solicitation agent ("KCC"), to assist with the service of Solicitation Packages[1] upon the holders of the Debtors' debt and equity securities in connection with the Debtors' Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code, dated September 27, 2007 (the "Plan"), and to assist with the tabulation of votes in connection therewith. I am authorized to submit this certification on behalf of FBG. Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Order (A) Approving the Adequacy of the Debtors' Disclosure Statement; (B) Approving Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Plan of Reorganization; (C) Approving the Forms of Various Ballots and Notices in Connection Therewith; and (D) Scheduling Certain Dates with Respect Thereto, dated September 26, 2007 (the "Solicitation Procedures Order").

2. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Solicitation Procedures Order. Pursuant to the Solicitation Procedures Order, FBG was designated to review, determine the validity of, and tabulate ballots submitted to vote for the acceptance or rejection of the Plan by the holders of Claims and Equity Interests in Class C-1 (Senior Note Claims), Class C-2 (General Note Claims), Class C-3 (Subordinated Note Claims), Class C-4 (ULC1 Settlement Claims), Class C-5 Canadian Guarantee Claims (Publicly-Traded Securities)), Class C-9 (Unsecured Makewhoe Claims (CALGEN)), and Class E-1 (Interests) (collectively, the "Voting Securities Classes"). I supervised the tabulation procedures performed by personnel of FBG with respect to the Voting Securities Classes.

3. The professionals of FBG have considerable experience in tabulating the ballots of creditors and security holders with respect to plans of reorganization.

4. FBG was instructed to tabulate ballots submitted by holders in the Voting Securities Classes in accordance with the Solicitation Procedures Order.

5. As specified in the Solicitation Procedures Order, the record date for determining the holders of Claims and Equity Interests in the Voting Securities Classes entitled to vote on the Plan was September 27, 2007 (the "Record Date").

6. Ballots returned by mail, hand delivery, or overnight courier were received by personnel of FBG at the offices of FBG in New York, New York. All ballots received by FBG were date- and time-stamped upon receipt and were processed in accordance with the procedures outlined in the Solicitation Procedures Order.

7. For a ballot to be counted as valid, the ballot must have been properly completed in accordance with the Solicitation Procedures Order and executed by the holder of a

claim or interest, or such holder's authorized representative, and must have been received by FBG by the deadline of 4:00 p.m. Pacific Time on November 30, 2007 (the "Voting Deadline").

8. Ballots that were not validly executed in accordance with the Solicitation Procedures Order and/or were not received by the Voting Deadline were not counted. Any issues with respect to the validity of ballots were resolved by FBG's supervisory personnel in accordance with the guidelines set forth in the Solicitation Procedures Order.

9. All validly executed ballots cast by creditors and interest holders in the Voting Securities Classes and received by FBG on or before the Voting Deadline were tabulated as outlined in the Solicitation Procedures Order.

10. I hereby certify that the results of the voting by creditors in the Voting Securities Classes are as set forth in Exhibit "A" hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly completed ballots received by FBG.

11. FBG received a number of ballots that were not included in the tabulation. Annexed hereto as Exhibit "B" is a description of the ballots that FBG was unable to tabulate and the reasons such ballots were not included by FBG in its vote tabulation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_Jane Sullivan_
Jane Sullivan

SUBSCRIBED AND SWORN TO BEFORE ME
this 12th day of December, 2007

_Ross Matray_
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

**Exhibit A**

**CALPINE CORPORATION**
**FINAL TABULATION REPORT**

|  | Amount Accepting (% of Amount Voted) | Amount Rejecting (% of Amount Voted) | Number Accepting (% of Amount Voted) | Number Rejecting (% of Amount Voted) |
|---|---|---|---|---|
| **CLASS C-1** (SENIOR NOTE CLAIMS) | $459,115,208.17 (72.16%) | $177,147,331.78 (27.84%) | 223 (92.53%) | 18 (7.47%) |
| **CLASS C-2** (GENERAL NOTE CLAIMS) | $611,773,107.54 (34.74%) | $1,149,173,205.58 (65.26%) | 662 (91.44%) | 62 (8.56%) |
| **CLASS C-3** (SUBORDINATED NOTE CLAIMS) | $324,853,230.33 (55.66%) | $258,807,287.10 (44.34%) | 16 (76.19%) | 5 (23.81%) |
| **CLASS C-4** (ULC1 SETTLEMENT CLAIMS) | $1,834,854,788.38 (74.80%) | $618,263,725.84 (25.20%) | 174 (84.88%) | 31 (15.12%) |
| **CLASS C-5** (CANADIAN GUARANTEE CLAIMS (PUBLICLY-TRADED SECURITIES)) | $57,971,539.96 (90.49%) | $6,095,678.00 (9.51%) | 29 (96.67%) | 1 (3.33%) |
| **CLASS C-9 *** (UNSECURED MAKEWHOLE CLAIMS (CALGEN)) | $4,161,625.00 (87.82%) | $577,319.44 (12.18%) | 17 (62.96%) | 10 (37.04%) |
| **CLASS E-1** (INTERESTS) | 48,500,758 (29.40%) | 116,453,617 (70.60%) | N/A | N/A |

\* Certain Class C-9 loan and note securities were reclassified as Class C-12 claims, and are not included in the C-9 tabulation.

**Exhibit B**

05-60200-cgm    Doc 7029    Filed 12/12/07    Entered 12/12/07 19:47:53    Main Document
Pg 6 of 19

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITES INTERNATIONAL BY DK MANAGEMENT PARTNERS LP ITS INVESTMENT MGR. | C-1 | 10 1/2% SENIOR NOTES | 131347AD8 | $3,762,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INTERNATIONAL LTD BY DKIA LLC ITS INVESTMENT MGR. | C-1 | 10 1/2% SENIOR NOTES | 131347AD8 | $2,750,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | C-1 | 10 1/2% SENIOR NOTES | 131347AD8 | $1,925,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS | C-1 | 10 1/2% SENIOR NOTES | 131347AD8 | $1,540,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INSTITUTIONAL ADVISORS LLC | C-1 | 10 1/2% SENIOR NOTES | 131347AD8 | $1,238,300.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-1 | 10 1/2% SENIOR NOTES | 131347AD8 | $847,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS/ ATTN: TIM LEVART | C-1 | 10 1/2% SENIOR NOTES | 131347AD8 | $729,400.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-1 | 10 1/2% SENIOR NOTES | 131347AD8 | $532,300.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| M.H. DAVIDSON & COMPANY, LP | C-1 | 10 1/2% SENIOR NOTES | 131347AD8 | $121,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SERENA LIMITED | C-1 | 10 1/2% SENIOR NOTES | 131347AD8 | $55,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| CLEARVIEW CORRESPONDENT SERVICES | C-1 | 10 1/2% SENIOR NOTES | 131347AD8 | $15,000.00 | ACCEPT | NOT A RECORD DATE HOLDER. |
| THE MIDWEST TRUST COMPANY | C-1 | 10 1/2% SENIOR NOTES | 131347AD8 | $10,000.00 | ACCEPT | NOT A RECORD DATE HOLDER. |
| DAVIDSON KEMPNER INTERNATIONAL ADVISORS LLC | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $8,683,200.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| CREDIT SUISSE SECURITIES (USA) LLC | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $6,500,000.00 | ACCEPT | NOT A RECORD DATE HOLDER. |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS/ ATTN: TIM LEVART | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $4,772,800.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRSSED OPPORTUNITIES INTERNATIONAL BY DK MANAGEMENT PARTNERS LP ITS INVESTMENT MGR. | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $3,298,222.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $2,604,700.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INTERNATIONAL LTD BY DKIA LLC ITS INVESTMENT MGR. | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $2,413,394.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $1,688,400.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $1,350,720.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $742,896.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| M H DAVIDSON & CO | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $406,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SERENA LIMITED DY DKIA LLC ITS INVESTMENT MGR. | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $176,300.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| M.H. DAVIDSON & COMPANY, LP | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $106,128.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SERENA LIMITED | C-1 | 8 3/4% SENIOR NOTES | 131347AF3 | $48,240.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| R2 INVESTMENTS LDC C/O AMALGAMATED GADGET LP | C-1 | 7 7/8% SENIOR NOTES | 131347AJ5 | $3,000,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INTERNATIONAL ADVISORS LLC | C-1 | 7 7/8% SENIOR NOTES | 131347AJ5 | $2,068,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| R2 INVESTMENTS LDC C/O AMALGAMATED GADGET LP | C-1 | 7 7/8% SENIOR NOTES | 131347AJ5 | $1,500,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS/ ATTN: TIM LEVART | C-1 | 7 7/8% SENIOR NOTES | 131347AJ5 | $1,160,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-1 | 7 7/8% SENIOR NOTES | 131347AJ5 | $640,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| M H DAVIDSON & CO | C-1 | 7 7/8% SENIOR NOTES | 131347AJ5 | $92,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SERENA LIMITED DY DKIA LLC ITS INVESTMENT MGR. | C-1 | 7 7/8% SENIOR NOTES | 131347AJ5 | $40,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INTERNATIONAL LTD BY DKIAA LLC ITS INVESTMENT MGR. | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $2,397,200.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS/ ATTN: TIM LEVART | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $1,345,800.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $736,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITES INTERNATIONAL BY DK MANAGEMENT PARTNERS LP ITS INVESTMENT MGR. | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $684,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INTERNATIONAL LTD BY DKIA LLC ITS INVESTMENT MGR. | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $500,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $350,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $280,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $154,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| M.H. DAVIDSON & COMPANY, LP | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $22,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| JAMES TWITCHELL | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $20,000.00 | ACCEPT | BALLOT ARRIVED AFTER VOTING DEADLINE. BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SERENA LIMITED BY DKIA LLC, ITS INVESTMENT MANAGEMENT | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $18,200.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| AMERIPRISE TRUST CO ACF HENRY J KURKOWSKI IRA | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $12,540.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SERENA LIMITED | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $10,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| M H DAVIDSON & CO | C-1 | 7 5/8% SENIOR NOTES | 131347AL0 | $2,800.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INTERNATIONAL ADVISORS LLC | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $2,434,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNIITIES INTERNATIONAL BY DK MANAGAMENT PARTNERS LP IT INVESTMENT MGR. | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $1,719,300.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS/ ATTN: TIM LEVART | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $1,365,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| CITGROUP GLOBAL MARKETS | C-2 | 8 5/8% SENIOR NOTES | 131347AV8 | 1,000,000.00 | REJECT | RECORD DATE POSITION NOT CONFIRMED BY EUROCLEAR |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $875,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $753,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $700,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $385,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| CGCM HIGH YIELD | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $240,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| M H DAVIDSON & CO | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $109,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| PETER KALTMAN | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $75,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| M.H. DAVIDSON & COMPANY | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $55,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SERENA LIMITED BY DKIAA LLC ITS INVESTMENT MANAGEMENT | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $47,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SERENA LIMITED | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $25,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| STEVE LOCOCO | C-2 | 8 1/2% SENIOR NOTES | 131347AW | UNKNOWN | ACCEPT | INSUFFICIENT INFORMATION SUBMITTED ON MASTER BALLOT - NOT SUBMITTED BY A NOMINEE. |
| AMERIPRISE TRUST CO ACF MICHAEL J KELLY IRA | C-2 | 8 1/2% SENIOR NOTES | 131347AW 6 | $9,090.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| AMERIPRISE TRUST CO ACF JOSEPHINE KELLY IRA | C-2 | 8 1/2% SENIOR NOTES | 131347AW 6 | $7,070.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITES INTERNATIONAL BY DK MANAGEMENT PARTNERS LP ITS INVESTMENT MGR. | C-2 | 8 1/2% SENIOR NOTES | 131347AW6 | $7,858,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INTERNATIONAL LTD BY DKIAA LLC ITS INVESTMENT MGR. | C-2 | 8 1/2% SENIOR NOTES | 131347AW6 | $5,758,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITES BY DK GROUP IT GP FUND LP | C-2 | 8 1/2% SENIOR NOTES | 131347AW6 | $4,025,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INTERNATIONAL PARTNERS BY DAVIDSON KEMPNER ADVISORS ITS GP | C-2 | 8 1/2% SENIOR NOTES | 131347AW6 | $3,220,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| RBC CAPITAL MARKETS CORP. | C-2 | 8 1/2% SENIOR NOTES | 131347AW6 | $3,000,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS BY MHD MANAGEMENT CO ITS GP | C-2 | 8 1/2% SENIOR NOTES | 131347AW6 | $1,771,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| STEVE LOCOCO, FOOTPRINTS ASSET MANAGEMENT & RESEARCH | C-2 | 8 1/2% SENIOR NOTES | 131347AW6 | UNKNOWN | ACCEPT | INSUFFICIENT INFORMATION SUBMITTED ON MASTER BALLOT - NOT SUBMITTED BY A NOMINEE. |
| SECURITY NATIONAL BANK OF SIOUX CITY | C-2 | 8 1/2% SENIOR NOTES | 131347AW6 | $252,000.00 | ACCEPT | NOT A RECORD DATE HOLDER. |
| CHITTENDEN TRUST COMPANY | C-2 | 8 1/2% SENIOR NOTES | 131347AW6 | $30,000.00 | ACCEPT | NOT A RECORD DATE HOLDER. |
| WILLIAM LAWHORN | C-2 | 8 1/2% SENIOR NOTES | 131347AW6 | $14,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| CENTRAL BANK | C-2 | 4% CONVERTIBLE SENIOR NOTES | 131347BA3 | $15,000.00 | ACCEPT | NOT A RECORD DATE HOLDER. |
| CENTRAL BANK | C-2 | 4 3/4% CONVERTIBLE NOTES | 131347BJ4 | $299,000.00 | ACCEPT | NOT A RECORD DATE HOLDER. |
| DAVIDSON KEMPNER INTERNATIONAL ADVISORS LLC | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $6,113,500.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| HIGHLAND CREDIT STRATEGIES MASTER FUND LP FOR ARRANGED FINANCING | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $6,000,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS/ ATTN: TIM LEVART | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $2,957,900.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| HIGHLAND CREDIT STRATEGIES MASTER FUND LP FOR ARRANGED FINANCING | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $2,441,798.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRESSSED OPPORTUNITIES INTERNATIONAL BY DK MANANGEMENT PARTNERS LP ITS INVESTMENT MGR. | C-2 | 6.00% Convertible Notes | 131347BM7 | $2,394,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INTERNATIONAL LTD BY DKIA LLC IT INVESTMENT MGR. | C-2 | 6.00% Convertible Notes | 131347BM7 | $1,750,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $1,605,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $1,225,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $980,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| HIGHLAND CREDIT STRATEGIES MASTER FUND LP FOR ARRANGED FINANCING | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $558,202.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $539,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| M.H. DAVIDSON & COMPANY, LP | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $253,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| M H DAVIDSON & CO | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $213,500.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SERENA LIMITED | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $115,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SERENA LIMITED BY DKIA LLC, ITS INVESTMENT MANAGEMENT | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $110,100.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| M.H. DAVIDSON & COMPANY, LP | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $77,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| INDIANAPOLIS POWER & LIGHT CO. | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $75,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SERENA LIMITED | C-2 | 6.00% CONVERTIBLE NOTES | 131347BM7 | $35,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INTERNATIONAL LTD BY DKIA LLC INVESTMENT MANAGER | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $1,240,700.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| CENTRAL BANK | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $160,000.00 | ACCEPT | NOT A RECORD DATE HOLDER. |

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| SECURITY NATIONAL BANK OF SIOUX CITY | C-2 | 8 1/2% SENIOR NOTES | 131347AV8 | $50,000.00 | ACCEPT | NOT A RECORD DATE HOLDER. |
| DAVIDSON KEMPNER INTERNATIONAL, LTD BY DK MANAGEMENT PARTNERS, LP INTERNATIONAL, IB INVESTMENT MGR. | C-3 | 7.75% CONVERTIBLE NOTES | 131347BN5 | $171,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRESSED | C-3 | 7.75% CONVERTIBLE NOTES | 131347BN5 | $87,500.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS | C-3 | 7.75% CONVERTIBLE NOTES | 131347BN5 | $70,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-3 | 7.75% CONVERTIBLE NOTES | 131347BN5 | $38,500.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| M.H. DAVIDSON & COMPANY | C-3 | 7.75% CONVERTIBLE NOTES | 131347BN5 | $5,500.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SERENA LIMITED | C-3 | 7.75% CONVERTIBLE NOTES | 131347BN5 | $2,500.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INTERNATIONAL, LTD BY DKIA LLC, IB INVESTMENT MGR. | C-3 | 7.75% CONVERTIBLE NOTES | 13134BN5 | $125,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| HIGHLAND CRUSADER OFFSHORE PARTNERS LP | C-4 | 8 1/2 SENIOR NOTES | 13134V AA1 | $37,000,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | C-4 | 8 1/2% SENIOR NOTES | 13134VAA1 | $4,323,500.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INTERNATIONAL, LTD | C-4 | 8 1/2% SENIOR NOTES | 13134VAA1 | $2,948,700.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| PICET & TIE | C-4 | 8 1/2% SENIOR NOTES | 13134VAA1 | $1,150,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | C-4 | 8 1/2% SENIOR NOTES | 13134VAA1 | $1,089,300.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS | C-4 | 8 1/2% SENIOR NOTES | 13134VAA1 | $1,002,200.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVIDSON KEMPNER PARTNERS | C-4 | 8 1/2% SENIOR NOTES | 13134VAA1 | $636,300.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| CGCM HIGH YIELD | C-4 | 8 1/2% SENIOR NOTES | 13134VAA1 | $330,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| CAPITAL STRUCTURES OPPORTUNIITES FUND, LP | C-4 | 8 1/2% SENIOR NOTES | 13134VAA1 | $205,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| INDIANAPOLIS POWER & LIGHT CO. | C-4 | 8 1/2% SENIOR NOTES | 13134VAA1 | $120,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| TD WATERHOUSE CANADA INC | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | 1,389,000.00 | ACCEPT | RECORD DATE POSITION NOT CONFIRMED BY EUROCLEAR |

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| L.W. MAC EACHEAN | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $360,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| COLIN D CAMPBELL | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $207,900.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| KEN H. CROWTHER | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $200,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVID CAMPBELL | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $127,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| TD AMERITRADE CLEARING | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $111,000.00 | ACCEPT | NOT A RECORD DATE HOLDER. |
| 598320 ONTARIO LTD. | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $100,000.00 | ACCEPT | NOT A RECORD DATE HOLDER. |
| COLIN D CAMPBELL | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $40,100.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| CIBC WORLD MARKETS | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $39,000.00 | ACCEPT | BALLOT ARRIVED AFTER VOTING DEADLINE. |
| 777808 ONTARIO LTD. | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $25,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| EDMUND & PATRICIA WILLIAMS | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $25,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| F. WILLIAM LUTES | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $19,950.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| DAVID SMYTH | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $13,650.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| LEANNE SMYTH | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $8,400.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| JEFFREY K. CONNERY | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $6,300.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| RICK MAC TAGGART | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $5,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| ELSIE MACKAY | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $5,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| OLGA MEDITZ | C-4 | 8 3/4% SENIOR NOTES | 13134VAB9 | $5,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| PHILIPPE JACQUEUOT | C-4 | UNKNOWN | UNKNOWN | UNKNOWN | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| GOLDMAN SACHS | C-4 | 8 7/8% SENIOR NOTES | XS0137441142 | 20,219,000.00 | ACCEPT | RECORD DATE POSITION NOT CONFIRMED BY EUROCLEAR |

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| GOLDMAN SACHS | C-4 | 8 7/8% SENIOR NOTES | XS0137441142 | 16,000,000.00 | REJECT | RECORD DATE POSITION NOT CONFIRMED BY EUROCLEAR |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | C-4 | 8 7/8% SENIOR NOTES | XS0137441142 | 2,507,000.00 | REJECT | RECORD DATE POSITION NOT CONFIRMED BY EUROCLEAR |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | C-4 | 8 7/8% SENIOR NOTES | XS0137441142 | 570,000.00 | REJECT | RECORD DATE POSITION NOT CONFIRMED BY EUROCLEAR |
| PLAINFIELD SPECIAL SITUATION MASTER FUND LIMITED | C-9 | CALGEN FLOATING RATE NOTES (2ND) | 131347AF3 | $2,000,000.00 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| TD WATERHOSUE CANADA INC. | C-9 | CALGEN FLOATING RATE NOTES (2ND) | 131347AF3 | $195,000.00 | ACCEPT | NOT A RECORD DATE HOLDER. |
| BANK OF AMERICA | E-1 | COMMON STOCK | 131347106 | UNKNOWN | ACCEPT | BALLOT ARRIVED AFTER VOTING DEADLINE. |
| NINA HANDEN | E-1 | COMMON STOCK | 131347106 | UNKNOWN | ACCEPT | BALLOT ARRIVED AFTER VOTING DEADLINE. BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| ANTHONY J. CICALO | E-1 | COMMON STOCK | 131347106 | UNKNOWN | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| MARYLY R MAGUIRE | E-1 | COMMON STOCK | 131347106 | 684,777 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| ALAN A KU | E-1 | COMMON STOCK | 131347106 | 159,800 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| ALAN KU | E-1 | COMMON STOCK | 131347106 | 145,000 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| PICET & CIE | E-1 | COMMON STOCK | 131347106 | 100,000 | ACCEPT | NOT A RECORD DATE HOLDER. |
| KIRK K GENTLE & MEG A GENTLE JT TEN | E-1 | COMMON STOCK | 131347106 | 50,000 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| ISABALLA BANK & TRUST | E-1 | COMMON STOCK | 131347106 | 40,000 | ACCEPT | NOT A RECORD DATE HOLDER. |
| BRIAN GARRETT | E-1 | COMMON STOCK | 131347106 | 29,300 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| BRUCE I REIMER | E-1 | COMMON STOCK | 131347106 | 26,800 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| LOUIS W. PAPPAS | E-1 | COMMON STOCK | 131347106 | 20,000 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SI TRUST SERVICING | E-1 | COMMON STOCK | 131347106 | 20,000 | ACCEPT | NOT A RECORD DATE HOLDER. |
| KATO KU | E-1 | COMMON STOCK | 131347106 | 18,450 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| MARJORIE W. GARETT | E-1 | COMMON STOCK | 131347106 | 16,500 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| STEPHEN E. GARRETT | E-1 | COMMON STOCK | 131347106 | 15,000 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| EDWARD MEY | E-1 | COMMON STOCK | 131347106 | 10,925 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SWISS AMERICAN SECURITIES | E-1 | COMMON STOCK | 131347106 | 10,400 | ACCEPT | BALLOT ARRIVED AFTER VOTING DEADLINE. |
| BRANCH BANKING AND TRUST CO INC. | E-1 | COMMON STOCK | 131347106 | 10,000 | ACCEPT | NOT A RECORD DATE HOLDER. |
| ALANA BUCKLEY REYNOLDS & ALAN J REYNOLDS JT TEN | E-1 | COMMON STOCK | 131347106 | 8,100 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| NATIONAL BANK FINANCIAL | E-1 | COMMON STOCK | 131347106 | 6,638 | ACCEPT | NOT A RECORD DATE HOLDER. |
| CALVIN DOUDNA | E-1 | COMMON STOCK | 131347106 | 6,500 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| COSMOPOLITAN BANK AND TRUST | E-1 | COMMON STOCK | 131347106 | 6,175 | ACCEPT | NOT A RECORD DATE HOLDER. |
| MARC C. VAN PATTEN | E-1 | COMMON STOCK | 131347106 | 5,964 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| HUGH J MAGUIRE | E-1 | COMMON STOCK | 131347106 | 5,000 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| LARRY BUNKOWSKI | E-1 | COMMON STOCK | 131347106 | 5,000 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| KANALY TRUST COMPANY | E-1 | COMMON STOCK | 131347106 | 5,000 | ACCEPT | NOT A RECORD DATE HOLDER. |
| THE BANK OF EDWARDSVILLE | E-1 | COMMON STOCK | 131347106 | 4,500 | ACCEPT | NOT A RECORD DATE HOLDER. |
| STEVEN N. BARLOW | E-1 | COMMON STOCK | 131347106 | 4,000 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| MILLENIUM TRUST COMPANY | E-1 | COMMON STOCK | 131347106 | 3,500 | ACCEPT | NOT A RECORD DATE HOLDER. |
| CHITTENDEN TRUST COMPANY | E-1 | COMMON STOCK | 131347106 | 3,185 | ACCEPT | NOT A RECORD DATE HOLDER. |
| FRAN G MURPHY & EUNICE M | E-1 | COMMON STOCK | 131347106 | 3,000 | REJECT | BALLOT ARRIVED AFTER VOTING DEADLINE. BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| WILMA J POWELL TRUSTEE KENNETH E POWELL TRUSTEE WILMA J POWELL TRST UA 5-16-89 | E-1 | COMMON STOCK | 131347106 | 3,000 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| KENNETH E POWELL TTEE U/A DTD 05/16/1999 | E-1 | COMMON STOCK | 131347106 | 3,000 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| 1ST SOURCE BANK | E-1 | COMMON STOCK | 131347106 | 2,800 | ACCEPT | NOT A RECORD DATE HOLDER. |
| OLD SECOND NATIONAL BANK | E-1 | COMMON STOCK | 131347106 | 2,500 | ACCEPT | NOT A RECORD DATE HOLDER. |
| MELLON PRIVATE WEALTH | E-1 | COMMON STOCK | 131347106 | 2,250 | REJECT | NOT A RECORD DATE HOLDER. |
| LARRY BULLOCK | E-1 | COMMON STOCK | 131347106 | 2,120 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| AMERITRUST CORPORATION | E-1 | COMMON STOCK | 131347106 | 2,080 | ACCEPT | NOT A RECORD DATE HOLDER. |
| JILL M. PAPPAS CUST FOR NICHOLAS J. PAPPAS | E-1 | COMMON STOCK | 131347106 | 2,000 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SUMMIT ANESTHESIA ASSOC PA 104K PLAN FBO U/A DTD 1/1/94 | E-1 | COMMON STOCK | 131347106 | 2,000 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| IRENE FELDMAN | E-1 | COMMON STOCK | 131347106 | 2,000 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| PEOPLE'S SECURITIES INC. | E-1 | COMMON STOCK | 131347106 | 1,684 | ACCEPT | NOT A RECORD DATE HOLDER. |
| FIRST MARKET BANK | E-1 | COMMON STOCK | 131347106 | 1,448 | ACCEPT | NOT A RECORD DATE HOLDER. |
| FROST NATIONAL BANK | E-1 | COMMON STOCK | 131347106 | 1,300 | ACCEPT | NOT A RECORD DATE HOLDER. |
| PAUL YERK JR | E-1 | COMMON STOCK | 131347106 | 1,000 | ACCEPT | BALLOT ARRIVED AFTER VOTING DEADLINE. BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| JILL M. PAPPAS CUST FOR MICHAEL A. PAPAS | E-1 | COMMON STOCK | 131347106 | 1,000 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| JOSEPH A HENCHY | E-1 | COMMON STOCK | 131347106 | 1,000 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| MARTHA JANE TAYLOR IRA TO AMERITRADE | E-1 | COMMON STOCK | 131347106 | 1,000 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| ANTHONY MACALUSO | E-1 | COMMON STOCK | 131347106 | 1,000 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| STEBEN P HARMON | E-1 | COMMON STOCK | 131347106 | 1,000 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| THE JOANN O HAZAN LIV TRUST | E-1 | COMMON STOCK | 131347106 | 1,000 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| MARK LUTTER | E-1 | COMMON STOCK | 131347106 | 1,000 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| MYRON TAUBE | E-1 | COMMON STOCK | 131347106 | 1,000 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| LAWRENCE VALENTINE | E-1 | COMMON STOCK | 131347106 | 1,000 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| CITIZENS BANK AND TRUST OF ARDM | E-1 | COMMON STOCK | 131347106 | 1,000 | ACCEPT | NOT A RECORD DATE HOLDER. |
| IOWA STATE BANK TRUST DEPARTMENT | E-1 | COMMON STOCK | 131347106 | 1,000 | ACCEPT | NOT A RECORD DATE HOLDER. |
| STI TRUST & INVESTMENT OPERATIONS | E-1 | COMMON STOCK | 131347106 | 1,000 | ACCEPT | NOT A RECORD DATE HOLDER. |
| SYNOVUS TRUST COMPANY | E-1 | COMMON STOCK | 131347106 | 900 | REJECT | NOT A RECORD DATE HOLDER. |
| SCOTT N NATURMAN | E-1 | COMMON STOCK | 131347106 | 865 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| FIRST FINANCIAL TRUST & ASSET | E-1 | COMMON STOCK | 131347106 | 542 | ACCEPT | NOT A RECORD DATE HOLDER. |
| CHARLOTTE CLEMMONS | E-1 | COMMON STOCK | 131347106 | 500 | ACCEPT | BALLOT ARRIVED AFTER VOTING DEADLINE |
| ROBERT LEVIN IRA FCC AS CUSTODIAN | E-1 | COMMON STOCK | 131347106 | 500 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SECURITY NATIONAL BANK OF SIOUX CITY | E-1 | COMMON STOCK | 131347106 | 500 | ACCEPT | NOT A RECORD DATE HOLDER. |
| CB WEALTH MANAGEMENT, N.A. | E-1 | COMMON STOCK | 131347106 | 500 | REJECT | NOT A RECORD DATE HOLDER. |
| AMERICAN BANK | E-1 | COMMON STOCK | 131347106 | 500 | ACCEPT | NOT A RECORD DATE HOLDER. |
| FIRST NATIONAL TRUST COMPANY | E-1 | COMMON STOCK | 131347106 | 500 | ACCEPT | NOT A RECORD DATE HOLDER. |
| J W GULLY & ZELDA ANN GULLY JT TEN | E-1 | COMMON STOCK | 131347106 | 462 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| FMTC CUSTODIAN - ROTH IRA FBO THOMAS N INGERSOLL | E-1 | COMMON STOCK | 131347106 | 350 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| GEORGE E SHANNON | E-1 | COMMON STOCK | 131347106 | 300 | ACCEPT | BALLOT ARRIVED AFTER VOTING DEADLINE. |
| ALBERT CASALE | E-1 | COMMON STOCK | 131347106 | 300 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| CITIZENS BANKING COMPANY | E-1 | COMMON STOCK | 131347106 | 300 | ACCEPT | NOT A RECORD DATE HOLDER. |
| JOAQUIN CRESPO | E-1 | COMMON STOCK | 131347106 | 255 | ACCEPT | BALLOT ARRIVED AFTER VOTING DEADLINE. BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| SHARYN M COWLEY | E-1 | COMMON STOCK | 131347106 | 200 | ACCEPT | BALLOT ARRIVED AFTER VOTING DEADLINE |
| FIRSERV TRUST COMPANY TTEE FBO FRANCIS H. BRUNE | E-1 | COMMON STOCK | 131347106 | 200 | Accept | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| FNBO | E-1 | COMMON STOCK | 131347106 | 200 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| WILLIAM H. CLEARY | E-1 | COMMON STOCK | 131347106 | 200 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| JACQUES SANSFACON | E-1 | COMMON STOCK | 131347106 | 200 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| TEXAS STATE BANK | E-1 | COMMON STOCK | 131347106 | 200 | ACCEPT | NOT A RECORD DATE HOLDER. |
| WEST COAST CO., INC. | E-1 | COMMON STOCK | 131347106 | 200 | ACCEPT | NOT A RECORD DATE HOLDER. |
| LORA C WELT | E-1 | COMMON STOCK | 131347106 | 160 | N/A | BALLOT ARRIVED AFTER VOTING DEADLINE. BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. NO VOTE INDICATED ON BALLOT. |
| EASON-WEINMANN FOUNDATION | E-1 | COMMON STOCK | 131347106 | 150 | REJECT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| HERGET NATIONAL BANK | E-1 | COMMON STOCK | 131347106 | 150 | ACCEPT | NOT A RECORD DATE HOLDER. |
| BANK OF NOVA SCOTIA | E-1 | COMMON STOCK | 131347106 | 120 | REJECT | NOT A RECORD DATE HOLDER. |
| ELIZABETH G. HORN | E-1 | COMMON STOCK | 131347106 | 100 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| MARY K. MORRIS | E-1 | COMMON STOCK | 131347106 | 100 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| HARLAN E STOCKS | E-1 | COMMON STOCK | 131347106 | 100 | N/A | NO VOTE INDICATED ON BALLOT |
| BANKERS TRUST N.A. | E-1 | COMMON STOCK | 131347106 | 100 | ACCEPT | NOT A RECORD DATE HOLDER. |
| THE NORTHLUMBERLAND NATIONAL BANK | E-1 | COMMON STOCK | 131347106 | 100 | ACCEPT | NOT A RECORD DATE HOLDER. |
| MACATAWA BANK | E-1 | COMMON STOCK | 131347106 | 100 | ACCEPT | NOT A RECORD DATE HOLDER. |

| Name of Creditor | Class | Security Description | CUSIP / ISIN | Amount Voted (if known) | Vote | Reason(s) not Tabulated |
|---|---|---|---|---|---|---|
| JOHN C. HECT | E-1 | COMMON STOCK | 131347106 | 80 | ACCEPT | BENEFICIAL OWNER BALLOT WHICH SHOULD HAVE BEEN RETURNED TO NOMINEE FOR VOTING ON MASTER BALLOT. |
| COUNTRY TRUST BANK | E-1 | COMMON STOCK | 131347106 | 35 | ACCEPT | NOT A RECORD DATE HOLDER. |
| BONNIE L BRUGGE | E-1 | COMMON STOCK | 131347106 | 30 | N/A | NO VOTE INDICATED ON BALLOT |
| ROBERT N VIDAN & CHERYL K | E-1 | COMMON STOCK | 131347106 | 25 | ACCEPT | BALLOT ARRIVED AFTER VOTING DEADLINE |