KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri (RC 6062)
Marc Kieselstein (admitted pro hac vice)
David R. Seligman (admitted pro hac vice)
Edward O. Sassower (ES 5823)
James J. Mazza, Jr. (admitted pro hac vice)
Chad J. Husnick (admitted pro hac vice)

Counsel for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **CALPINE CORPORATION, <u>ET</u> <u>AL.</u>,** | ) | **CASE NO. 05-60200 (BRL)** |
| | ) | **JOINTLY ADMINISTERED** |
| **DEBTORS.** | ) | |
| | ) | |

**SUPPLEMENT TO DEBTORS' FIFTH AMENDED JOINT PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE**

Dated: December 16, 2007

K&E 11910011.12

# TABLE OF CONTENTS

| DOCUMENT | EXHIBIT NUMBER |
|---|---|
| **SOLICITATION MATERIALS** | |
| Solicitation Procedures | 1 |
| **BANKRUPTCY DOCUMENTS** | |
| Retained Causes of Action | 2 |
| [Deleted] | 3 |
| Contingent or Unliquidated Claims | 4 |
| **DOCUMENTS RELATED TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES** | |
| Assumed Executory Contracts and Unexpired Leases | 5 |
| Rejected Executory Contracts and Unexpired Leases | 6 |
| Rejected Indemnification Obligations for Former Employees | 7 |
| [Deleted] | 8 |
| Conditionally Assumed Executory Contracts and Unexpired Leases | 9 |
| Guarantees and Other Non-Executory Obligations Subject to Reinstatement | 10 |
| **FINANCIAL DOCUMENTS** | |
| Liquidation Analysis | 11 |
| Projections | 12 |
| **CORPORATE DOCUMENTS** | |
| Management and Director Equity Incentive Plan | 13 |
| Amended and Restated Bylaws of Calpine Corporation | 14 |
| Restated Certificate of Calpine Corporation | 15 |
| Entities To Be Merged or Eliminated | 16 |

| DOCUMENT | EXHIBIT NUMBER |
|---|---|
| Term Sheet Regarding Selection of Post-Emergence Board of Directors of Reorganized Calpine Corporation | 17 |
| Term Sheet for Proposed Trading Restrictions on Reorganized Calpine Common Stock | 18 |
| Calpine Corporation Registration Rights Term Sheet | 19 |