**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X

In re: Calpine Corporation et al  :
                                                    In Proceedings For A
                                              :  Reorganization Under
                                                    Chapter 11
                                                    Case No: 05-60200 (BRL)

                                              :

           Debtor.
                                              :
-----------------------------------X

## **CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED October 24, 2007, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.