**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

# Minutes of Proceedings

_____

Date: **January 30, 2008**
-------------------------------------------------------------
In re:

    **Calpine Corporation,**

                                        Case No. **05-60200 (BRL)**

                             **Debtors.**
-------------------------------------------------------------

| Present: | Hon. **Burton R. Lifland** | **Monica Saenz de Viteri** | **Denise Nowack** |
|---|---|---|---|
| | **Bankruptcy Judge** | **Courtroom Deputy** | **Court Reporter** |

**Proceedings:**

    ☒ **Motion of Robert Membreno, Trustee of SAI Trust ("SAI Trust"), to Lift the Automatic Stay.**

    ☒ **Debtors' Objection to SAI Trust's Proofs of Claim.**

**Orders:**     ☒ **Relief sought in Motion to Lift Stay:**
       ¤ **Granted**   ☒ **Denied**   ¤ **Dismissed**     ¤ **Awarded by Default**
    ¤ **Matter taken under advisement**
    ¤ **Formal order or Judgment to enter**
    ¤ **Confirmation/modification of plan**   ¤ **granted**   ¤ **denied**
    ☒ **Upon the record of the hearing held on January 30, 2008, SAI Trust's motion to lift the automatic stay is denied. The parties are ordered to submit to mediation of the objection to SAI Trust's claims.**

    **It is So Ordered.**

**BY THE COURT**                   **FOR THE COURT:** Kathleen Farrell, Clerk

**/s/Burton R. Lifland**         **January 30, 2008**         **By: /s/ Monica Saenz de Viteri**
**United States Bankruptcy Judge**         **Date**                     **Deputy Clerk**