# Exhibit 10

# Guarantees and Other Non-Executory Obligations Subject to Reinstatement

Exhibit 10 - Third Amended Schedule of Guarantees and Other Non-Executory Obligations Subject to Reinstatement
In re Calpine Corporation, et al., 05-60200 (BRL)

| Reference # | Guarantee Date | Calpine Business Entity | Counterparty Business Entity | Guarantor |
|---|---|---|---|---|
| | December 1, 1990 | O.L.S. Energy-Agnews, Inc. | The Bank of New York | |
| | January 10, 1990 | O.L.S. Energy-Agnews, Inc. | Credit Suisse, New York Bank | GATX Leasing Corporation |
| 2.1 | May 1, 1996 | KIAC Partners | BNY, Indenture Trustee | KIAC Partners |
| 2.2 | May 1, 1996 | KIAC Partners | BNY, Indenture Trustee | KIAC Partners |
| 2.3 | May 1, 1996 | KIAC Partners | BNY, Indenture Trustee | KIAC Partners |
| 2.4 | May 1, 1996 | KIAC Partners | BNY, Indenture Trustee | KIAC Partners |
| 3 | May 21, 1996 | Calpine Power Services Company | Aquila Power Corporation | Calpine Corporation |
| 4.1 | November 1, 1998 | Nissequogue Cogen Partners | Sufolk County Industrial Development Agency; United States Trust Company of New York | Nissequogue Cogen Partners |
| 4.2 | November 1, 1998 | Nissequogue Cogen Partners | Sufolk County Industrial Development Agency; United States Trust Company of New York | Nissequogue Cogen Partners |
| 4.3 | November 1, 1998 | Nissequogue Cogen Partners | Sufolk County Industrial Development Agency; United States Trust Company of New York | Nissequogue Cogen Partners |
| 5 | April 12, 1999 | Silverado Geothermal Resources Inc | State Lands Commission | Calpine Corporation |
| 6 | April 13, 1999 | Geysers Power Company LLC | State Lands Commission | Calpine Corporation |
| 10 | January 12, 2000 | Calpine Construction Finance Co LP | Bayer Corp | Calpine Corporation |
| 10 | January 12, 2000 | Calpine Construction Finance Co LP | Bayer Corp | Calpine Corporation |
| 12.1 | June 1, 2000 | Calpine Construction Finance Company LP | BP Amoco Chemical Company | Calpine Corporation |
| 12.2 | June 1, 2000 | Calpine Construction Finance Company LP | BP Amoco Chemical Company | Calpine Corporation |
| 16.1 | June 23, 2000 | CPN Central Fuels LP | BAMAGAS Company | Calpine Corporation |
| 16.2 | June 23, 2000 | Calpine Construction Finance Company LP | BAMAGAS Company | Calpine Corporation |
| 16.1 | June 28, 2000 | CPN Central Fuels LP | BAMAGAS Company | Calpine Corporation |
| 16.2 | June 28, 2000 | Calpine Construction Finance Company LP | BAMAGAS Company | Calpine Corporation |
| 20 | July 28, 2000 | Hermiston Power Partnership | Oregon Energy Facility Siting Council | Calpine Corporation |
| 24 | August 31, 2000 | Pasadena Cogeneration, L.P. (Lease Guaranty) | Pasadena Statutory Trust | Calpine Corporation |
| 25 | September 12, 2000 | Calpine Power Services Company | Imperial Irrigation District | Calpine Corporation |
| 26 | November 17, 2000 | CPN Gas Marketing Company | Lodi Gas Storage LLC | Calpine Corporation |
| 27 | December 1, 2000 | Geysers Power Company LLC | State Lands Commission | Calpine Corporation |
| 29 | March 6, 2001 | Decatur Energy Center LLC | Tennessee Valley Authority | Calpine Corporation |
| 30.1 | March 14, 2001 | Calpine Construction Finance Co LP | PJM Interconnection LLC | Calpine Corporation |
| 30.2 | March 14, 2001 | Calpine Construction Finance Co LP | PJM Interconnection LLC | Calpine Corporation |
| 32 | April 4, 2001 | Calpine Energy Services LP | Bio Energy (Texas) LLC | Calpine Corporation |
| 32 | April 4, 2001 | Calpine Energy Services LP | Bio Energy (Texas) LLC | Calpine Corporation |
| 33.1 | May 11, 2001 | Rocky Mountain Energy Center LLC | Public Service Company of Colorado | Calpine Corporation |
| 33.2 | May 11, 2001 | Rocky Mountain Energy Center LLC | Public Service Company of Colorado | Calpine Corporation |
| 34.1 | May 11, 2001 | Quincy Energy Center LLC | Public Services Company of Colorado | Calpine Corporation |
| 34.2 | May 11, 2001 | Quincy Energy Center LLC | Public Services Company of Colorado | Calpine Corporation |
| 35.1 | July 19, 2001 | Pastoria Energy Facility, L.L.C. | Tejon Ranchcorp | Calpine Corporation |
| 35.2 | July 19, 2001 | Pastoria Energy Facility, L.L.C. | Tejon Ranchcorp | Calpine Corporation |
| 35.3 | July 19, 2001 | Pastoria Energy Facility, L.L.C. | Tejon Ranchcorp | Calpine Corporation |
| 35.4 | July 19, 2001 | Pastoria Energy Facility, L.L.C. | Tejon Ranchcorp | Calpine Corporation |
| 36.1 | August 23, 2001 | Pastoria Energy Center LLC | Kern Water Bank Authority | Calpine Corporation |
| 36.2 | August 23, 2001 | Pastoria Energy Center LLC | Kern Water Bank Authority | Calpine Corporation |
| 37 | December 1, 2001 | Geysers Power Company LLC | State Lands Commission | Calpine Corporation |
| 38 | January 16, 2002 | Calpine Construction Finance Company LP | City of Auburndale | Calpine Corporation |
| 39 | February 28, 2002 | CPN Bethpage 3rd Turbine Inc. | Long Island Lighting Company | Calpine Corporation |
| 40 | June 18, 2002 | Zion Energy LLC | Wisconsin Electric Power Company | Calpine Corporation |
| 40.1 | June 20, 2003 | Zion Energy LLC | Wisconsin Electric Power Company | Calpine Corporation |

Exhibit 10 - Third Amended Schedule of Guarantees and Other Non-Executory Obligations Subject to Reinstatement
In re Calpine Corporation, et al., 05-60200 (BRL)

| Reference # | Guarantee Date | Calpine Business Entity | Counterparty Business Entity | Guarantor |
|---|---|---|---|---|
| 41 | March 26, 2003 | Freestone Power Generation LP | General Electric Capital Corporation | Calpine Corporation |
| 42 | May 1, 2003 | Riverside Energy Center LLC | Madison Gas & Electric Company | Calpine Corporation |
| 43 | August 14, 2003 | Calpine Construction Finance Company, L.P. | Goldman Sachs Credit Partners L.P. | Calpine Hermiston, LLC, CPN Hermiston, LLC, Hermiston Power Partnership |
| 44 | August 27, 2003 | Calpine Auburndale LLC | Auburndale Holdings LLC | Calpine Corporation |
| 45 | November 26, 2003 | Calpine Gilroy Cogen Limited Partnership | Bank of New York | Calpine Corporation |
| 46 | November 26, 2003 | Calpine Gilroy Cogen, L.P. | BNY Asset Solutions LLC | Calpine Gilroy Cogen, L.P. |
| 47 | February 1, 2004 | Calpine Energy Services LP | Northwest Pipeline Corporation | Calpine Corporation |
| 48.1 | February 20, 2004 | Rocky Mountain Energy Center LLC | DZ Bank AG, Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main | Calpine Corporation |
| 48.2 | February 20, 2004 | Rocky Mountain Energy Center LLC | DZ Bank AG, Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main | Calpine Corporation |
| 51 | May 19, 2004 | Calpine King City Cogen LLC | King City LP | Calpine Corporation |
| 52 | June 14, 2004 | Geysers Power Company LLC | WHR Inc. | Calpine Corporation |
| 53 | June 28, 2004 | Calpine Energy Services LP | Snapping Shoals Electric Membership Corporation | Calpine Corporation |
| 54 | July 8, 2004 | Calpine Energy Services LP | New York Mercantile Exchange | Calpine Corporation |
| 55 | August 5, 2004 | Calpine PowerAmerica-CT LLC | The New Hampshire Public Utilities Commission | Calpine Corporation |
| 56 | September 1, 2004 | Geysers Power Company LLC | State Lands Commission | Calpine Corporation |
| 57.1 | September 23, 2004 | Mankato Energy Center LLC | Northern States Power Company | Calpine Corporation |
| 57.1 | September 23, 2004 | Mankato Energy Center LLC | Northern States Power Company | Calpine Corporation |
| 57.1 | September 23, 2004 | Mankato Energy Center LLC | Northern States Power Company | Calpine Corporation |
| 58 | February 25, 2005 | Calpine Steamboat Holdings, LLC | Calyon New York Branch | Freeport Energy Center, LP |
| 59 | February 25, 2005 | Calpine Steamboat Holdings, LLC | Calyon New York Branch | Calpine Freeport GP, LLC |
| 60 | February 25, 2005 | Calpine Steamboat Holdings, LLC | Calyon New York Branch | Calpine Freeport LP, LLC |
| 61 | February 25, 2005 | Calpine Steamboat Holdings, LLC | Calyon New York Branch | Mankato Energy Center, LLC |
| 62 | February 25, 2005 | Calpine Steamboat Holdings, LLC | Calyon New York Branch | Mankato Energy Center, LLC |
| 63 | March 16, 2005 | Bethpage Energy Center 3 LLC | Long Island Lighting Company | Calpine Corporation |
| 64 | June 1, 2005 | CPN Bethpage 3rd Turbine Inc. | Long Island Lighting Company | Calpine Corporation |
| 65 | December 1, 2005 | Calpine Energy Services LP | Seminole Electric Cooperative Inc. | Calpine Construction Finance Corp. |
| 66 | January 4, 2000 | Calpine Construction Finance Company L.P. | CMP Natural Gas, L.L.C. | Calpine Corporation |
| 67 | March 30, 2000 | Calpine Corporation | Duke Capital Corporation | Calpine Corporation |
| 68 | February 28, 2000 | Calpine Corporation | Duke Energy North America LLC | Calpine Corporation |
| 69.1 | June 30, 2005 | Bethpage Energy Center 3 LLC | Calyon New York Branch | Calpine Corporation |
| 69.2 | June 30, 2005 | Bethpage Energy Center 3 LLC | Wilmington Trust Company | Calpine Corporation |
| 70 | August 19, 2003 | CPN Insurance Corporation | Imagine Insurance Limited | Calpine Corporation |