**NICOLETTI HORNIG & SWEENEY**
Attorneys for
*Robert Membeno, Trustee for SAI Trust*
Wall Street Plaza
88 Pine Street
New York, New York 10005
(212) 220-3830
Attorney: Lawrence C. Glynn (LG-6431)
NH&S File No.:     00000840LCG

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CALPINE CORPORATION, et al,<br><br>                               Debtor. | CHAPTER 11<br><br>Case No. 05-60200 (BRL)<br>Jointly Administered |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE**, that the law firm of NICOLETTI HORNIG & SWEENEY will be substituted as counsel of record for Robert Membeno, Trustee for SAI Trust, in place of the firm of Campeau Goodsell Smith, L.C., outgoing counsel for Robert Membeno, Trustee for SAI Trust, in the above captioned case.

**PLEASE TAKE FURTHER NOTICE**, that all papers to be served on Robert Membeno, Trustee for SAI Trust should be delivered to:

        NICOLETTI HORNIG & SWEENEY
        Wall Street Plaza
        88 Pine Street, 7th Floor
        New York, New York 10005-1801
        Tel: (212) 220-3830
        Fax: (212) 220-3780
        E-mail: lglynn@nicolettihornig.com
        Attention: Lawrence C. Glynn, Esq.

Dated: New York, New York
       August 1, 2008

NICOLETTI HORNIG & SWEENEY
Incoming Attorneys for
*Robert Membeno*
*Trustee for SAI Trust*

_____
LAWRENCE C. GLYNN (LG 6431)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
E-mail: lglynn@nicolettihornig.com

CAMPEAU GOODSELL SMITH, L.C.
Outgoing Attorneys for
*Robert Membeno,*
*Trustee for SAI Trust*

_____  8/1/08
WILLIAM J. HEALY (WH 146 148 California)
440 N. 1st Street, Suite 100
San Jose, California 95112-4024
Tel: (408) 295-9555
Fax: (408) 295-6606
E-mail: whealy@campeaulaw.com

SO ORDERED

_____
United States Bankruptcy Judge

TO: