**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| Calpine Corporation, <u>et al.</u>, | ) ) ) | Case No. 05-60200 (BRL) |
| Reorganized Debtors. | ) ) | Jointly Administered |

**ORDER GRANTING FINAL DECREE
CLOSING CERTAIN OF THE CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the above-captioned reorganized debtors in the above-captioned chapter 11 cases (now the "Reorganized Debtors") for a final decree closing certain of the chapter 11 cases; the Bankruptcy Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper in this District and before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; service and notice of the Motion having been adequate and appropriate under the circumstances and no other or further notice is required; and after due deliberation and sufficient cause appearing therefor,

**The COURT FINDS that:**

(i) The Confirmation Order has become final.

(ii) The Plan does not require any deposits.

(iii) The property required to be transferred by the Plan in respect of the Fully Administered Cases has been transferred.

(iv) Each of the Reorganized Debtors for the Fully Administered Cases has assumed the business and the management of the property dealt with by the Plan.

---

[1] Capitalized terms used but not defined herein shall have the meaning set forth in the Motion.

(v) Payments required under the Plan in respect of the Fully Administered Cases have commenced.

(vi) All claims, motions, contested matters and adversary proceedings pending during the Fully Administered Cases have been resolved except for the Minor Issue and the Louisiana Department of Revenue Motion to Allow Claim Against Calpine Construction Management Co., Inc. After the Bar Date [Docket No. 8128] (the "LDR Claim" and, collectively with the Minor Issue, the "Open Issues").

(vii) The Fully Administered Cases have been fully administered and substantially consummated.

(viii) All statutory fees of the Fully Administered Cases have been paid or will be paid within ten days after entry of this Order.

**THE COURT THEREFORE ORDERS, ADJUDGES, AND DECREES that:**

1. The Motion is granted as provided herein.

2. Pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the Bankruptcy Court hereby enters this Final Decree and orders the 258 cases identified on **Appendix 1**, annexed hereto, closed pursuant to the terms of this Order, subject only to the Bankruptcy Court's continuing jurisdiction over the Open Issues. This Order does not affect the sixteen chapter 11 cases identified on **Appendix 2**, annexed hereto.

3. Entry of this final decree is without prejudice to the rights of the Reorganized Debtors or any other party in interest to seek to reopen these cases for good cause shown pursuant to section 350(b) of the Bankruptcy Code; provided, however, that a Fully Administered Case shall not be required to be reopened in connection with any matter or action relating to the Court's continuing jurisdiction as provided herein, including with respect to the Open Issues.

4. The Bankruptcy Court shall retain jurisdiction to enforce or interpret its own orders pertaining to the chapter 11 cases. Furthermore, the Bankruptcy Court shall retain jurisdiction over any matter pending in the chapter 11 cases.

5. The Closing Report of the Reorganized Debtors is approved.

6. For purposes of calculating quarterly fees payable to the Office of the United States Trustee for the Southern District of New York pursuant to 28 U.S.C. § 1930(a)(6), no disbursements by any of the 258 Reorganized Debtors identified in **Appendix 1** made after the date of entry of this Order will be included in the calculation, and no minimum quarterly fees shall be payable in respect of the Fully Administered Cases for periods after September 30, 2009.

7. The Reorganized Debtors shall provide disbursement information for the third quarter of 2009 for each of the Fully Administered Cases and pay the appropriate quarterly fee for each such case to the U.S. Trustee within ten days after the entry of this Order.

8. Notwithstanding the closing of the Fully Administered Cases, distribution may be made with regard to the Open Issues, and with respect to the LDR Claim, once allowed or settled, such distribution may take the form of an offset of overpayments on account with the Louisiana Department of Revenue.

9. The Reorganized Debtors are authorized to take all actions necessary to effectuate this Order.

10. Notwithstanding the possible applicability of Fed. R. Bankr. P. 6004(g), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Date: September 30, 2009  /s/ Burton R. Lifland
New York, New York  United States Bankruptcy Judge

**Appendix 1**

# Fully Administered Chapter 11 Cases Closed Effective September 30, 2009

| Name | Case No. | Date Filed |
|---|---|---|
| Calpine Kennedy Operators, Inc. | 05-60199 | 12/20/2005 |
| Calpine Administrative Services Company, Inc. | 05-60201 | 12/20/2005 |
| Calpine Power Company | 05-60202 | 12/20/2005 |
| Calpine Finance Company | 05-60204 | 12/20/2005 |
| Calpine International Holdings, Inc. | 05-60205 | 12/20/2005 |
| Calpine Operations Management Company, Inc. | 05-60206 | 12/20/2005 |
| Calpine Energy Holdings, Inc. | 05-60207 | 12/20/2005 |
| Calpine Energy Services Holdings, Inc. | 05-60208 | 12/20/2005 |
| CPN Energy Services GP, Inc. | 05-60209 | 12/20/2005 |
| CPN Energy Services LP, Inc. | 05-60210 | 12/20/2005 |
| Calpine PowerAmerica, Inc. | 05-60211 | 12/20/2005 |
| Calpine PowerAmerica, LP | 05-60212 | 12/21/2005 |
| Calpine PowerAmerica - CA, LLC | 05-60213 | 12/21/2005 |
| Calpine PowerAmerica - CT, LLC | 05-60214 | 12/21/2005 |
| Calpine PowerAmerica - MA, LLC | 05-60215 | 12/21/2005 |
| Calpine PowerAmerica - ME, LLC | 05-60216 | 12/21/2005 |
| Calpine Producer Services, LP | 05-60217 | 12/21/2005 |
| CES GP, LLC | 05-60218 | 12/21/2005 |
| Calpine Capital Trust V | 05-60221 | 12/21/2005 |
| Amelia Energy Center, LP | 05-60223 | 12/21/2005 |
| Bellingham Cogen, Inc. | 05-60224 | 12/21/2005 |
| Bethpage Energy Center 3, LLC | 05-60225 | 12/21/2005 |
| Anacapa Land Company, LLC | 05-60226 | 12/21/2005 |
| Calpine Freestone Energy GP, LLC | 05-60227 | 12/21/2005 |
| Bethpage Fuel Management Inc. | 05-60228 | 12/21/2005 |
| CalGen Finance Corp. | 05-60229 | 12/21/2005 |
| Calpine Freestone Energy, LP | 05-60230 | 12/21/2005 |
| Calpine Freestone, LLC | 05-60231 | 12/21/2005 |
| Calpine Cogeneration Corporation | 05-60233 | 12/21/2005 |
| Blue Heron Energy Center LLC | 05-60235 | 12/21/2005 |
| CalGen Project Equipment Finance Company One, LLC | 05-60236 | 12/21/2005 |
| Blue Spruce Holdings, LLC | 05-60238 | 12/21/2005 |
| Androscoggin Energy, Inc. | 05-60239 | 12/21/2005 |
| Calpine Gilroy 1, Inc. | 05-60240 | 12/21/2005 |
| Calpine Gilroy 2, Inc. | 05-60241 | 12/21/2005 |
| Broad River Energy LLC | 05-60242 | 12/21/2005 |
| Calpine Gilroy Cogen, L.P. | 05-60243 | 12/21/2005 |
| Auburndale Peaker Energy Center, LLC | 05-60244 | 12/21/2005 |
| Broad River Holdings, LLC | 05-60245 | 12/21/2005 |
| Calpine Global Services Company, Inc. | 05-60246 | 12/21/2005 |
| Calpine Corpus Christi Energy GP, LLC | 05-60247 | 12/21/2005 |
| Augusta Development Company, LLC | 05-60248 | 12/21/2005 |
| CalGen Equipment Finance Company, LLC | 05-60249 | 12/21/2005 |

**Fully Administered Chapter 11 Cases Closed Effective September 30, 2009 (cont'd)**

| Name | Case No. | Date Filed |
|---|---|---|
| Calpine c*Power, Inc. | 05-60250 | 12/21/2005 |
| CalGen Equipment Finance Holdings, LLC | 05-60251 | 12/21/2005 |
| Aviation Funding Corp. | 05-60252 | 12/21/2005 |
| CalGen Expansion Company, LLC | 05-60253 | 12/21/2005 |
| Calpine Decatur Pipeline, L.P. | 05-60254 | 12/21/2005 |
| Baytown Energy Center, LP | 05-60255 | 12/21/2005 |
| Baytown Power GP, LLC | 05-60256 | 12/21/2005 |
| Calpine East Fuels, Inc. | 05-60257 | 12/21/2005 |
| Baytown Power, LP | 05-60258 | 12/21/2005 |
| CalGen Project Equipment Finance Company Three, LLC | 05-60259 | 12/21/2005 |
| Calpine Construction Management Company, Inc. | 05-60260 | 12/21/2005 |
| Calpine Corpus Christi Energy LP | 05-60261 | 12/21/2005 |
| CalGen Project Equipment Finance Company Two, LLC | 05-60262 | 12/21/2005 |
| Calpine Decatur Pipeline, Inc. | 05-60263 | 12/21/2005 |
| Calpine Dighton, Inc. | 05-60264 | 12/21/2005 |
| Calpine Acadia Holdings, LLC | 05-60265 | 12/21/2005 |
| CCFC Development Company, LLC | 05-60267 | 12/21/2005 |
| Calpine Agnews, Inc. | 05-60268 | 12/21/2005 |
| CCFC Equipment Finance Company, LLC | 05-60269 | 12/21/2005 |
| Calpine Amelia Energy Center GP, LLC | 05-60270 | 12/21/2005 |
| CCFC Project Equipment Finance Company One, LLC | 05-60271 | 12/21/2005 |
| Calpine Amelia Energy Center LP, LLC | 05-60272 | 12/21/2005 |
| Celtic Power Corporation | 05-60273 | 12/21/2005 |
| CGC Dighton, LLC | 05-60274 | 12/21/2005 |
| Channel Energy Center, LP | 05-60275 | 12/21/2005 |
| Channel Power GP, LLC | 05-60276 | 12/21/2005 |
| Channel Power LP | 05-60277 | 12/21/2005 |
| Clear Lake Cogeneration Limited Partnership | 05-60278 | 12/21/2005 |
| Calpine Gordonsville GP Holdings, LLC | 05-60281 | 12/21/2005 |
| Calpine Gordonsville LP Holdings, LLC | 05-60282 | 12/21/2005 |
| Calpine Gordonsville, LLC | 05-60283 | 12/21/2005 |
| Calpine Greenleaf Holdings, Inc. | 05-60284 | 12/21/2005 |
| Calpine Greenleaf, Inc. | 05-60285 | 12/21/2005 |
| Calpine Northbrook Holdings Corporation | 05-60286 | 12/21/2005 |
| CPN Clear Lake, Inc. | 05-60287 | 12/21/2005 |
| Calpine International, LLC | 05-60288 | 12/21/2005 |
| Calpine Investment Holdings, LLC | 05-60289 | 12/21/2005 |
| CPN Decatur Pipeline, Inc. | 05-60290 | 12/21/2005 |
| Calpine Northbrook Investors, LLC | 05-60291 | 12/21/2005 |
| CPN Power Services, LP | 05-60292 | 12/21/2005 |
| CPN Freestone, LLC | 05-60293 | 12/21/2005 |
| Calpine Kennedy Airport, Inc. | 05-60294 | 12/21/2005 |
| Calpine Northbrook Project Holdings, LLC | 05-60295 | 12/21/2005 |
| CPN Funding, Inc. | 05-60296 | 12/21/2005 |
| Calpine Leasing, Inc. | 05-60297 | 12/21/2005 |

**Fully Administered Chapter 11 Cases Closed Effective September 30, 2009 (cont'd)**

| Name | Case No. | Date Filed |
|---|---|---|
| Calpine Long Island, Inc. | 05-60298 | 12/21/2005 |
| Calpine Northbrook Services LLC | 05-60299 | 12/21/2005 |
| CPN Pryor Funding Corporation | 05-60300 | 12/21/2005 |
| CPN Morris, Inc. | 05-60301 | 12/21/2005 |
| Calpine Pastoria Holdings, LLC | 05-60302 | 12/21/2005 |
| CPN Oxford, Inc. | 05-60303 | 12/21/2005 |
| Calpine Northbrook Southcoast Investors, LLC | 05-60304 | 12/21/2005 |
| Calpine Philadelphia, Inc. | 05-60305 | 12/21/2005 |
| CPN Telephone Flat, Inc. | 05-60306 | 12/21/2005 |
| Calpine Pittsburg, LLC | 05-60307 | 12/21/2005 |
| Calpine NTC, LP | 05-60308 | 12/21/2005 |
| CPN Pipeline Company | 05-60309 | 12/21/2005 |
| Calpine Power Equipment, LP | 05-60310 | 12/21/2005 |
| Calpine Oneta Power I, LLC | 05-60311 | 12/21/2005 |
| CPN Pleasant Hill Operating, LLC | 05-60312 | 12/21/2005 |
| Decatur Energy Center, LLC | 05-60313 | 12/21/2005 |
| Calpine Lost Pines Operations, Inc. | 05-60314 | 12/21/2005 |
| Calpine Oneta Power II, LLC | 05-60315 | 12/21/2005 |
| Calpine Power Inc. | 05-60316 | 12/21/2005 |
| CPN Pleasant Hill, LLC | 05-60317 | 12/21/2005 |
| Calpine Oneta Power, LP | 05-60318 | 12/21/2005 |
| Calpine Power Management, Inc. | 05-60319 | 12/21/2005 |
| Calpine Baytown Energy Center LP, LLC | 05-60320 | 12/21/2005 |
| CPN Power Services GP, LLC | 05-60321 | 12/21/2005 |
| Calpine Operating Services Company, Inc. | 05-60322 | 12/21/2005 |
| Calpine Power Services, Inc. | 05-60323 | 12/21/2005 |
| Calpine Project Holdings, Inc. | 05-60324 | 12/21/2005 |
| Calpine Capital Trust | 05-60325 | 12/21/2005 |
| Calpine Pryor, Inc. | 05-60326 | 12/21/2005 |
| Calpine Rumford I, Inc. | 05-60327 | 12/21/2005 |
| Calpine Louisiana Pipeline Company | 05-60328 | 12/21/2005 |
| Calpine Central Texas GP, Inc. | 05-60329 | 12/21/2005 |
| Calpine Bethpage 3 Pipeline Construction Company, Inc. | 05-60330 | 12/21/2005 |
| Calpine Magic Valley Pipeline, Inc. | 05-60331 | 12/21/2005 |
| Magic Valley Pipeline, LP | 05-60332 | 12/21/2005 |
| Calpine Central, Inc. | 05-60333 | 12/21/2005 |
| MEP Pleasant Hill, LLC | 05-60334 | 12/21/2005 |
| Fontana Energy Center, LLC | 05-60335 | 12/21/2005 |
| Northwest Cogeneration, Inc. | 05-60336 | 12/21/2005 |
| MOAPA Energy Center, LLC | 05-60337 | 12/21/2005 |
| Calpine Central-Texas, Inc. | 05-60338 | 12/21/2005 |
| Freestone Power Generation, LP | 05-60339 | 12/21/2005 |
| Calpine Channel Energy Center GP, LLC | 05-60340 | 12/21/2005 |
| Calpine Monterey Cogeneration, Inc. | 05-60341 | 12/21/2005 |
| Calpine Bethpage 3, LLC | 05-60342 | 12/21/2005 |

**Fully Administered Chapter 11 Cases Closed Effective September 30, 2009 (cont'd)**

| Name | Case No. | Date Filed |
|---|---|---|
| Calpine Channel Energy Center LP, LLC | 05-60343 | 12/21/2005 |
| Mobile Energy LLC | 05-60344 | 12/21/2005 |
| Calpine Clear Lake Energy GP, LLC | 05-60345 | 12/21/2005 |
| Modoc Power, Inc. | 05-60346 | 12/21/2005 |
| GEC Bethpage Inc. | 05-60347 | 12/21/2005 |
| Calpine MVP, Inc. | 05-60348 | 12/21/2005 |
| Calpine Clear Lake Energy, LP | 05-60349 | 12/21/2005 |
| NTC GP, LLC | 05-60350 | 12/21/2005 |
| Calpine CalGen Holdings, Inc. | 05-60352 | 12/21/2005 |
| Thomassen Turbine Systems America, Inc. | 05-60354 | 12/21/2005 |
| Calpine California Development Company, LLC | 05-60355 | 12/21/2005 |
| Nueces Bay Energy, LLC | 05-60356 | 12/21/2005 |
| Tiverton Power Associates, LP | 05-60357 | 12/21/2005 |
| Calpine NCTP GP, LLC | 05-60359 | 12/21/2005 |
| Calpine California Energy Finance, LLC | 05-60360 | 12/21/2005 |
| Mount Hoffman Geothermal Company, LP | 05-60361 | 12/21/2005 |
| JMC Bethpage, Inc. | 05-60362 | 12/21/2005 |
| Deer Park Power GP, LLC | 05-60363 | 12/21/2005 |
| VEC Holdings, LLC | 05-60365 | 12/21/2005 |
| KIAC Partners | 05-60366 | 12/21/2005 |
| Odyssey Land Acquisition Company | 05-60367 | 12/21/2005 |
| Venture Acquisition Company | 05-60368 | 12/21/2005 |
| Lake Wales Energy Center, LLC | 05-60369 | 12/21/2005 |
| Deer Park Power, LP | 05-60370 | 12/21/2005 |
| Lawrence Energy Center, LLC | 05-60371 | 12/21/2005 |
| Cogenamerica Asia, Inc. | 05-60372 | 12/21/2005 |
| Vineyard Energy Center, LLC | 05-60373 | 12/21/2005 |
| O.L.S. Energy-Agnews, Inc. | 05-60374 | 12/21/2005 |
| Delta Energy Center, LLC | 05-60375 | 12/21/2005 |
| Mt. Vernon Energy LLC | 05-60376 | 12/21/2005 |
| Calpine Calistoga Holdings, LLC | 05-60377 | 12/21/2005 |
| Wawayanda Energy Center, LLC | 05-60378 | 12/21/2005 |
| Calpine Capital Trust II | 05-60379 | 12/21/2005 |
| Zion Energy LLC | 05-60380 | 12/21/2005 |
| Newsouth Energy LLC | 05-60381 | 12/21/2005 |
| Dighton Power Associates, LP | 05-60382 | 12/21/2005 |
| Cogenamerica Parlin Supply Corporation | 05-60383 | 12/21/2005 |
| Calpine Capital Trust III | 05-60384 | 12/21/2005 |
| Pajaro Energy Center, LLC | 05-60385 | 12/21/2005 |
| East Altamont Energy Center, LLC | 05-60386 | 12/21/2005 |
| Pastoria Energy Center, LLC | 05-60387 | 12/21/2005 |
| Nissequogue Cogen Partners | 05-60388 | 12/21/2005 |
| Goldendale Energy Center, LLC | 05-60390 | 12/21/2005 |
| Calpine Capital Trust IV | 05-60391 | 12/21/2005 |
| Hammond Energy LLC | 05-60393 | 12/21/2005 |

**Fully Administered Chapter 11 Cases Closed Effective September 30, 2009 (cont'd)**

| Name | Case No. | Date Filed |
|---|---|---|
| Hillabee Energy Center, LLC | 05-60394 | 12/21/2005 |
| Phipps Bend Energy Center, LLC | 05-60395 | 12/21/2005 |
| Power Investors, LLC | 05-60398 | 12/21/2005 |
| Power Systems Mfg. LLC | 05-60399 | 12/21/2005 |
| Quintana Canada Holdings, LLC | 05-60400 | 12/21/2005 |
| Rockgen Energy LLC | 05-60401 | 12/21/2005 |
| Lone Oak Energy Center, LLC | 05-60403 | 12/21/2005 |
| Los Esteros Critical Energy Facility, LLC | 05-60404 | 12/21/2005 |
| Los Medanos Energy Center, LLC | 05-60405 | 12/21/2005 |
| Calpine NCTP, LP | 05-60406 | 12/21/2005 |
| Magic Valley Gas Pipeline GP, LLC | 05-60407 | 12/21/2005 |
| Magic Valley Gas Pipeline LP | 05-60408 | 12/21/2005 |
| Calpine Northbrook Corporation of Maine, Inc. | 05-60409 | 12/21/2005 |
| Pastoria Energy Facility, LLC | 05-60410 | 12/21/2005 |
| Russell City Energy Center, LLC | 05-60411 | 12/21/2005 |
| Fond Du Lac Energy Center, LLC | 05-60412 | 12/21/2005 |
| San Joaquin Valley Energy Center, LLC | 05-60413 | 12/21/2005 |
| Calpine Rumford, Inc. | 05-60414 | 12/21/2005 |
| Skipanon Natural Gas, LLC | 05-60415 | 12/21/2005 |
| Calpine Schuylkill, Inc. | 05-60416 | 12/21/2005 |
| South Point Energy Center, LLC | 05-60417 | 12/21/2005 |
| Calpine Northbrook Energy Holdings, LLC | 05-60418 | 12/21/2005 |
| South Point Holdings, LLC | 05-60419 | 12/21/2005 |
| Calpine Siskiyou Geothermal Partners, L.P. | 05-60420 | 12/21/2005 |
| Philadelphia Biogas Supply Inc. | 05-60421 | 12/21/2005 |
| Stony Brook Cogeneration, Inc. | 05-60422 | 12/21/2005 |
| Calpine Sonoran Pipeline, LLC | 05-60423 | 12/21/2005 |
| Calpine Stony Brook Operators, Inc. | 05-60424 | 12/21/2005 |
| Calpine Stony Brook Power Marketing, LLC | 05-60425 | 12/21/2005 |
| Calpine Stony Brook, Inc. | 05-60426 | 12/21/2005 |
| Calpine Sumas, Inc. | 05-60427 | 12/21/2005 |
| Stony Brook Fuel Management Corp. | 05-60428 | 12/21/2005 |
| Calpine TCCL Holdings, Inc. | 05-60429 | 12/21/2005 |
| Sutter Dryers, Inc. | 05-60430 | 12/21/2005 |
| Calpine Northbrook Energy, LLC | 05-60431 | 12/21/2005 |
| TBG Cogen Partners | 05-60432 | 12/21/2005 |
| Calpine Texas Pipeline GP, Inc. | 05-60433 | 12/21/2005 |
| Texas City Cogeneration, LP | 05-60434 | 12/21/2005 |
| Texas Cogeneration Company | 05-60435 | 12/21/2005 |
| Texas Cogeneration Five, Inc. | 05-60436 | 12/21/2005 |
| Texas Cogeneration One Company | 05-60437 | 12/21/2005 |
| Thermal Power Company | 05-60438 | 12/21/2005 |
| Calpine Texas Pipeline LP, Inc. | 05-60439 | 12/21/2005 |
| Corpus Christi Cogeneration, LP | 05-60441 | 12/21/2005 |
| CPN 3rd Turbine, Inc. | 05-60443 | 12/21/2005 |

**Fully Administered Chapter 11 Cases Closed Effective September 30, 2009 (cont'd)**

| Name | Case No. | Date Filed |
|---|---|---|
| CPN Acadia, Inc. | 05-60444 | 12/21/2005 |
| CPN Berks Generation, Inc. | 05-60445 | 12/21/2005 |
| CPN Berks LLC | 05-60446 | 12/21/2005 |
| Calpine Texas Pipeline, L.P. | 05-60447 | 12/21/2005 |
| CPN Bethpage 3rd Turbine Inc. | 05-60448 | 12/21/2005 |
| CPN Cascade, Inc. | 05-60449 | 12/21/2005 |
| Calpine Tiverton I, Inc. | 05-60450 | 12/21/2005 |
| Calpine Tiverton, Inc. | 05-60451 | 12/21/2005 |
| Calpine Auburndale Holdings, LLC | 05-60452 | 12/21/2005 |
| Calpine Baytown Energy Center GP, LLC | 05-60453 | 12/21/2005 |
| Calpine ULC I Holdings, LLC | 05-60454 | 12/21/2005 |
| Calpine University Power, Inc. | 05-60455 | 12/21/2005 |
| Calpine Unrestricted Funding, LLC | 05-60456 | 12/21/2005 |
| Calpine Unrestricted Holdings, LLC | 05-60458 | 12/21/2005 |
| Calpine Vapor, Inc. | 05-60459 | 12/21/2005 |
| Carville Energy LLC | 05-60460 | 12/21/2005 |
| NTC Five, Inc. | 05-60463 | 12/21/2005 |
| Calpine California Equipment Finance Company, LLC | 05-60464 | 12/27/2005 |
| Calpine KIA, Inc. | 05-60465 | 12/27/2005 |
| Calpine Power Management, LP | 05-60466 | 12/27/2005 |
| Rumford Power Associates, LP | 05-60467 | 12/27/2005 |
| Whatcom Cogeneration Partners, LP | 05-60468 | 12/27/2005 |
| Calpine East Fuels, LLC | 05-60476 | 12/29/2005 |
| Geothermal Energy Partners, LLC | 05-60477 | 12/29/2005 |
| Calpine Hidalgo, Inc. | 06-10026 | 1/8/2006 |
| Calpine Hidalgo Holdings, Inc. | 06-10027 | 1/8/2006 |
| Calpine Hidalgo Power, LP | 06-10028 | 1/8/2006 |
| Calpine Hidalgo Energy Center, L.P. | 06-10029 | 1/8/2006 |
| Calpine Hidalgo Power GP, LLC | 06-10030 | 1/8/2006 |
| Calpine PowerAmerica - NY, LLC | 06-10031 | 1/8/2006 |
| Calpine PowerAmerica - NH, LLC | 06-10032 | 1/8/2006 |
| Calpine PowerAmerica - OR, LLC | 06-10034 | 1/9/2006 |
| Calpine Hidalgo Design, L.P. | 06-10039 | 1/9/2006 |
| Silverado Geothermal Resources, Inc. | 06-10198 | 2/3/2006 |
| Santa Rosa Energy Center, LLC | 07-12967 | 9/20/2007 |

# **Appendix 2**

| Name | Case No. | Date Filed |
|---|---|---|
| Calpine Corporation | 05-60200 | 12/20/2005 |
| Calpine Fuels Corporation | 05-60203 | 12/20/2005 |
| Calpine Energy Services, LP | 05-60222 | 12/21/2005 |
| Anderson Springs Energy Company | 05-60232 | 12/21/2005 |
| Calpine Gas Holdings LLC | 05-60234 | 12/21/2005 |
| Calpine Generating Company, LLC | 05-60237 | 12/21/2005 |
| Calpine Eastern Corporation | 05-60266 | 12/21/2005 |
| Calpine Central, LP | 05-60351 | 12/21/2005 |
| Morgan Energy Center, LLC | 05-60353 | 12/21/2005 |
| Geysers Power Company II LLC | 05-60358 | 12/21/2005 |
| Geysers Power I Company | 05-60389 | 12/21/2005 |
| Pine Bluff Energy, LLC | 05-60396 | 12/21/2005 |
| Idlewild Fuel Management Corp. | 05-60397 | 12/21/2005 |
| Columbia Energy LLC | 05-60440 | 12/21/2005 |
| Geysers Power Company, LLC | 06-10197 | 2/3/2006 |
| Calpine Geysers Company, LP | 06-10939 | 5/2/2006 |