KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri (RC 6062)
Marc Kieselstein (admitted *pro hac vice*)
David R. Seligman (admitted *pro hac vice*)
Edward O. Sassower (ES 5823)
James J. Mazza, Jr. (admitted *pro hac vice*)

Counsel for the Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| Calpine Corporation, et al., | ) |
| | ) Case No. 05-60200 (BRL) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

**STATUS REPORT ON DEBTORS' TWELFTH, THIRTEENTH, SIXTEENTH, SEVENTEENTH, EIGHTEENTH, TWENTY-FOURTH, TWENTY-NINTH, THIRTIETH, AND THIRTY-FIRST OMNIBUS OBJECTIONS TO CLAIMS AND STANDALONE CLAIM OBJECTION**

*(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)*

**Debtors' Twelfth Omnibus Objection to Proofs of Claim (Amended/Replaced Claims, No Liability Claims, Duplicative Claims, Claims to Be Adjusted, Wrong Debtor Claims to be Adjusted, Claims Filed By the Fireman's Fund Insurance Company, and PSM Management Claims), dated April 27, 2007 [Docket No. 4510]**

| Claim No. | Claimant | Debtor Case No. | Basis for Objection | Response | Status |
|---|---|---|---|---|---|
| 632, 876, 885 | City of New York Department of Finance | 05-60200, 05-60266, 05-60397 | No Liability Claim | Informal | Adjourned to 2/24/2010. |

**Debtors' Thirteenth Omnibus Objection to Proofs of Claim (No Liability Claims, Anticipatory Claims, Assumed Contract Claims, Amended/Replaced Claims, Unliquidated Claims, Claims to be Adjusted, and Wrong Debtor Claims to be Adjusted), dated May 10, 2007 [Docket No. 4616]**

| Claim No. | Claimant | Debtor Case No. | Basis for Objection | Response | Status |
|---|---|---|---|---|---|
| 2928-2930 (inclusive) | Petersen Production Company LLC | 05-60200, 05-60234, 05-60203 | Unliquidated Claim | Informal | Adjourned to 2/24/2010. |
| 5738, 5739 | Steel Los III LP Associated Brook Corp | 05-60200, 05-60200 | No Liability Claim | Filed 8/30/2007 (Docket No. 5739) | Resolved pursuant to a settlement agreement entered on 5/15/2009. |

2

Debtors' Sixteenth Omnibus Objection to Proofs of Claim (Claims to be Adjusted, Wrong Debtor Claims to be Adjusted, Duplicative Claims, Anticipatory Claims, No Liability Claims, Amended/Replaced Claims, Unliquidated Claims and Assumed Contract Claims), dated June 7, 2007 [Docket No. 4871]

| Claim No. | Claimant | Debtor Case No. | Basis for Objection | Response | Status |
|---|---|---|---|---|---|
| 601 | City of New York Department of Finance | 05-60252 | No Liability Claim | Informal | Claim withdrawn [Docket No. 8104]. |
| 1901 | Franchise Tax Board | 05-60361 | No Liability Claim | Informal | Objection withdrawn. |
| 3023 | Franchise Tax Board | 05-60200 | Claim to be Adjusted | Informal | Resolved pursuant to a stipulation entered on 5/11/2009. |
| 2345 | State University of New York at Stony Brook | 05-60200 | Claim to be Adjusted | Filed 7/16/2007 (Docket No. 5287) | Claim withdrawn [Docket No. 8108]. |

3

Debtors' Seventeenth Omnibus Objection to Proofs of Claim
(Claims to be Adjusted, Wrong Debtor Claims to be Adjusted, Amended/Replaced Claims, and No Liability Claims),
dated June 28, 2007 [Docket No. 5135]

| Claim No. | Claimant | Debtor Case No. | Basis for Objection | Response | Status |
| --- | --- | --- | --- | --- | --- |
| 6305 | Calhoun County | 05-60440 | No Liability Claim | Filed 7/18/2007 (Docket No. 5324) | Adjourned to 3/31/2010. |

4

**Debtors' Eighteenth Omnibus Objection to Proofs of Claim (Claims to be Adjusted, Wrong Debtor Claims to be Adjusted, No Liability Claims, Amended/Replaced Claims, Indemnification Claims and Anticipatory Claim), dated August 7, 2007 [Docket No. 5560]**

| Claim No. | Claimant | Debtor Case No. | Basis for Objection | Response | Status |
|---|---|---|---|---|---|
| 154 | IKON Financial Services | 05-60200 | No Liability Claim | Filed 9/30/2008 (Docket No. 7983) | Resolved pursuant to a settlement agreement entered on 12/14/2009. |

5

**Debtors' Twenty-Fourth Omnibus Objection to Proofs of Claim**
(Debtor Claims to be Adjusted, Wrong Debtor Claims to be Adjusted, No Liability Claims, Duplicative Claims, and Anticipatory Claim), dated October 11, 2007 [Docket No. 6281]

| Claim No. | Claimant | Debtor Case No. | Basis for Objection | Response | Status |
|---|---|---|---|---|---|
| 2207 | Entergy Arkansas Inc. | 05-60222 | Anticipatory Claim | Filed 11/26/2007 (Docket No. 6686) | Claim withdrawn [Docket No. 8150]. |

6

**Reorganized Debtors' Twenty-Ninth Omnibus Objection to Proofs of Claim (Claims to be Adjusted, No Liability Claim, Amended and Replaced Claim, and Duplicative Claims), dated April 14, 2008 [Docket No. 7762]**

| Claim No. | Claimant | Debtor Case No. | Basis for Objection | Response | Status |
|---|---|---|---|---|---|
| 6384 | Bank of America, NA | 05-60217 | Claim to be Adjusted | Filed 5/5/2008 (Docket No. 7773) | Resolved pursuant to a settlement agreement entered on 8/18/2009. |

7

**Reorganized Debtors' Thirtieth Omnibus Objection to Proofs of Claim (Claims to be Adjusted, Late Filed Claims, Assumed Contract Claims, Contingent Claims, No Liability Claims, Contract Cure Claim, and Scheduled Claims), dated February 2, 2009 [Docket No. 8051]**

| Claim No. | Claimant | Debtor Case No. | Basis for Objection | Response | Status |
|---|---|---|---|---|---|
| 6431 | Firemans Fund Insurance Company | 05-60337 | Claim to be Adjusted | Informal | Resolved pursuant to a settlement agreement entered on 8/19/2009. |
| 6401 | The South Point Joint Venture | 05-60417 | Claim to be Adjusted | Informal | Resolved pursuant to a settlement agreement entered on 9/28/2009. |
| 6525 | Engineers Union Local 30 Trust Fund Local 30 Benefits Fund | 05-60200 | Late Filed Claim | Filed 3/4/2009 (Docket No. 8070) | Claim withdrawn [Docket No. 8149]. |
| 6305, 6466 | Calhoun County | 05-60440, 05-60200 | Assumed Contract Claim | Filed 2/27/2009 (Docket No. 8071) | Adjourned to 3/31/2010. |
| 4535 | U.S. Department of the Interior, Bureau of Land Management | 06-10197 | Assumed Contract Claim | Informal | Expunged by agreement of the parties. |
| 6172 | Federal Energy Regulatory Commission | 05-60318 | Contingent Claim | Informal | Claim withdrawn [Docket No. 8122]. |

8

**Reorganized Debtors' Thirty-First Omnibus Objection to Proofs of Claim (No Liability Claims and Contract Cure Claims), dated February 2, 2009 [Docket No. 8053]**

| Claim or Contract No. | Claimant | Debtor Case No. | Basis for Objection | Response | Status |
|---|---|---|---|---|---|
| 6493 | AT & T Corp. | 05-60200 | No Liability | Informal | Resolved pursuant to a stipulation and order entered on 11/16/2009 [Docket No. 8147]. |
| 6491 | AT & T Mobility LLC f/k/a Cingular Wireless | 05-60200 | No Liability | Informal | Resolved pursuant to a stipulation and order entered on 11/16/2009 [Docket No. 8147]. |
| 6492 | BellSouth Telecommunications Inc. d/b/a/ AT & T Southeast | 05-60200 | No Liability | Informal | Resolved pursuant to a stipulation and order entered on 11/16/2009 [Docket No. 8147]. |
| 6494 | SBC Global Services Inc. | 05-60200 | No Liability | Informal | Resolved pursuant to a stipulation and order entered on 11/16/2009 [Docket No. 8147]. |
| 18634 | AT & T | 05-60200 | No Liability | Informal | Resolved pursuant to a stipulation and order entered on 11/16/2009 [Docket No. 8147]. |
| 3042 | Cingular Wireless | 05-60200 | No Liability | Informal | Resolved pursuant to a stipulation and order entered on 11/16/2009 [Docket No. 8147]. |

K&E 15396022.2

Reorganized Debtors' Objection to California Department of Forestry and Fire Protection's Proof of Claim No. 4580, dated April 16, 2008 [Docket No. 7766]

| Claim No. | Claimant | Debtor Case No. | Basis for Objection | Response | Status |
|---|---|---|---|---|---|
| 4580 | California Department of Forestry and Fire Protection | 05-60200 | No Liability Claim | Informal | Resolved pursuant to a settlement agreement entered on 11/6/2009. |

10